UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-25176- BB

ODETTE BLANCO DE FERNANDEZ
*née* BLANCO ROSELL,

    Plaintiff,

v.

SEABOARD MARINE, LTD., INC.

    Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Melvin White of the law firm of Berliner Corcoran & Rowe LLP, 1101 17th Street, N.W., Suite 1100, Washington, D.C. 200036-4798, (202) 293-5555, for purposes of appearance as co-counsel on behalf of Plaintiffs in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Melvin White to receive electronic filings in this case, and in support thereof states as follows:

    1.    Melvin White is not admitted to practice in the Southern District of Florida and is a member in good standing of the District of Columbia Bar Number 433087.

    2.    Movant, David J. Horr, Esquire, of the law firm of Horr, Novak & Skipp, P.A., Two Datran Center, Suite 1700, 9130 S. Dadeland Boulevard, Miami, FL 33156, (305) 670-2525, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court=s electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents

and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Melvin White has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Melvin White, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Melvin White at mwhite@bcr-dc.com.

WHEREFORE, David J. Horr, moves this Court to enter an Order for Melvin White, to appear before this Court on behalf of Plaintiffs, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Melvin White.

Date: December 23, 2020          Respectfully submitted,

By: _____/s/ *David J. Horr*_____
David J. Horr
Florida Bar. No. 310761
Two Datran Center, Suite 1700
9130 S. Dadeland Boulevard
Miami, Florida 33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
dhorr@admiral-law.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-25176- BB

ODETTE BLANCO DE FERNANDEZ
*née* BLANCO ROSELL,

    Plaintiff,

v.

SEABOARD MARINE, LTD., INC.

    Defendant.

_____/

**CERTIFICATION OF MELVIN WHITE**

    Melvin White, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the District of Columbia Bar, and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

    By:    /s/ *Melvin White*
           Melvin White
           BERLINER CORCORAN & ROWE LLP
           1101 17th Street NW, Suite 1100
           Washington, D.C. 20036
           Tel: (202) 293-5555
           Fax: (202) 293-9035
           mwhite@bcr-dc.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-25176- BB

ODETTE BLANCO DE FERNANDEZ
*née* BLANCO ROSELL,

    Plaintiff,

v.

SEABOARD MARINE, LTD., INC.

    Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Melvin White, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Melvin White may appear and participate in this action on behalf of Plaintiffs. The Clerk shall provide electronic notification of all electronic filings to Melvin White, at mwhite@bcr-dc.com.

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

                                                                                               United States District Judge

Copies furnished to: All Counsel of Record