UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-25176-BLOOM/Otazo-Reyes

ODETTE BLANCO DE FERNANDEZ *née*
BLANCO ROSELL*,*

    Plaintiff,

v.

SEABOARD MARINE, LTD.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff, through her undersigned counsel and pursuant to Local Rule 7.8, files this Notice of Supplemental Authority in support of her Opposition to Defendant's Motion to Dismiss (ECF No. 108), and states:

1. On January 18, 2022, Defendant filed a motion to dismiss on the basis that "no evidence" exists that Plaintiff owned the Confiscated Property. ECF No. 93.

2. On February 1, 2022, Plaintiff filed an opposition identifying some of Plaintiff's documentary and testimonial evidence showing Plaintiff owned the Confiscated Property. ECF No. 108.

3. On February 9, 2022, Plaintiff obtained a rebuttal expert report from the former Chairman of the Foreign Claims Settlement Commission identifying ownership determinations for prior Cuban Claims, reviewing the same evidence Plaintiff identified in her opposition, and concluding, in part, that "these are all examples of the types of evidence that the FCSC looks to and relies upon when determining questions of ownership." See Exhibit A; see also 28 U.S.C. §

6083 (citing FCSC as authority for determining "proof of ownership" for Helms-Burton Act claims).

4. Plaintiff files this pertinent and significant supplemental authority because it relates to Defendant's repeated representations in its reply brief that none of the evidence identified by Plaintiff could create any genuine issue of fact as to whether Plaintiff held ownership interests in the Confiscated Property. See ECF No. 113 at pp. 3-6.

Dated: February 11, 2022

David A. Baron (admitted *pro hac vice*)
dbaron@bcr-dc.com
Melvin White (admitted *pro hac vice*)
mwhite@bcr-dc.com
Laina C. Lopez (admitted *pro hac vice*)
lcl@bcr-dc.com
Berliner Corcoran & Rowe LLP 1101 17th Street, N.W., Suite 1100
Washington, D.C. 20036-4798
Tel: (202) 293-5555
Facsimile: (202) 293-9035

Richard W. Fields (admitted *pro hac vice*)
fields@fieldslawpllc.com
Martin Cunniff (admitted *pro hac vice*)
MartinCunniff@fieldslawpllc.com
Fields PLLC
1701 Pennsylvania Ave, N.W., Suite 200
Washington, D.C. 20006
Tel: (833) 382-9816

*Counsel for Plaintiffs*

Respectfully submitted,

*s/ John S. Gaebe*
John S. Gaebe (Florida Bar No. 304824)
LAW OFFICES OF JOHN S. GAEBE P.A.
5870 SW 96 St.
Miami, Florida 33156
johngaebe@gaebelaw.com
Telephone: (305) 607-4755

David J. Horr
Florida Bar. No. 310761
dhorr@admiral-law.com
William R. Boeringer Florida Bar No. 347191
wboeringer@admiral-law.com
William B. Milliken
Florida Bar No. 143193
wmilliken@admiral-law.com
Horr, Novak & Skipp, P.A.
Two Datran Center, Suite 1700
9130 S. Dadeland Boulevard
Miami, Florida 33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February, 2022, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ John S. Gaebe*
John S. Gaebe