# EXHIBIT "A"

| | |
|---|---|
| **From:** | Melvin White <mwhite@bcr-dc.com> |
| **Sent:** | Friday, October 8, 2021 10:45 AM |
| **To:** | Papkin, Matthew |
| **Cc:** | Brochin, Robert M.; William B. Milliken; John Gaebe |
| **Subject:** | Re: De Fernandez v. Seaboard Marine - Deposition of Plaintiff Odette de Fernandez_November 4, 2021 |

[EXTERNAL EMAIL]

Matt,

Thanks for your response. We are noticing Ms. de Fernandez's deposition in order to preserve her testimony for trial. We will go forward with her deposition in November but will take it on November 11 rather than November 4.

We await Seaboard Marine's discovery requests. Our aim is to substantively respond to the requests as quickly as possible this month.

Best,
Melvin


--
Melvin White
Berliner Corcoran & Rowe LLP
(202) 375-6884 (office direct)
(202) 412-8149 (mobile)
https://www.bcr.us/white


**From:** "Papkin, Matthew" <matthew.papkin@morganlewis.com>
**Date:** Tuesday, October 5, 2021 at 1:40 PM
**To:** Melvin White <mwhite@bcr-dc.com>
**Cc:** "Brochin, Robert M." <bobby.brochin@morganlewis.com>, "William B. Milliken" <wmilliken@admiral-law.com>, John Gaebe <johngaebe@gaebelaw.com>
**Subject:** RE: De Fernandez v. Seaboard Marine - Deposition of Plaintiff Odette de Fernandez_November 4, 2021

Melvin,

1

We intend to serve written discovery requests this week and to take Ms. de Fernandez's deposition after we receive substantive discovery responses from Ms. de Fernandez. We are targeting the first half of December for Ms. de Fernandez's deposition, and, of course, will work with you to accommodate her schedule.

Thanks,
Matt

**Matthew Papkin**
**Morgan, Lewis & Bockius LLP**
600 Brickell Avenue, Suite 1600 | Miami, FL 33131-3075
Direct: +1.305.415.3392 | Main: +1.305.415.3000 | Fax: +1.305.415.3001 | Mobile: +1.954.817.2452
matthew.papkin@morganlewis.com | www.morganlewis.com
Assistant: Angela Winter | +1.305.415.3333 | angela.winter@morganlewis.com



**From:** Melvin White <mwhite@bcr-dc.com>
**Sent:** Monday, October 4, 2021 11:19 PM
**To:** Papkin, Matthew <matthew.papkin@morganlewis.com>
**Cc:** Brochin, Robert M. <bobby.brochin@morganlewis.com>; Barillare, Jody C. <jody.barillare@morganlewis.com>; William B. Milliken <wmilliken@admiral-law.com>; John Gaebe <johngaebe@gaebelaw.com>
**Subject:** Re: De Fernandez v. Seaboard Marine - Deposition of Plaintiff Odette de Fernandez_November 4, 2021

[EXTERNAL EMAIL]
Matt,
Regarding my email below, is counsel available on November 4th for Ms. de Fernandez's deposition?
Best,
Melvin




--
Melvin White
https://www.bcr.us/white
(202) 375-7884 (direct)//(202) 293-5555 (main)
(202) 412-8149 (mobile)//(202) 293-9035 (facsimile)

**From:** Melvin White <mwhite@bcr-dc.com>
**Date:** Thursday, September 30, 2021 at 11:40 AM
**To:** "Papkin, Matthew" <matthew.papkin@morganlewis.com>

**Cc:** "Brochin, Robert M." <bobby.brochin@morganlewis.com>, "Barillare, Jody C." <jody.barillare@morganlewis.com>, "William B. Milliken" <wmilliken@admiral-law.com>, Margaret Ferrell <mferrell@baronwhite.us>, "eb@bcr-dc.com" <eb@bcr-dc.com>
**Subject:** De Fernandez v. Seaboard Marine - Deposition of Plaintiff Odette de Fernandez_November 4, 2021

Hi Matt,

We propose to depose Plaintiff Odette de Fernandez on Thursday, November 4, 2021, starting at 9:30 am.

Please confirm counsel's availability on that date.

Best,
Melvin


--
Melvin White
https://www.bcr.us/white
(202) 375-7884 (direct)//(202) 293-5555 (main)
(202) 412-8149 (mobile)//(202) 293-9035 (facsimile)

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.