# EXHIBIT "B"

| | |
|---|---|
| **From:** | Brochin, Robert M. |
| **Sent:** | Tuesday, October 12, 2021 1:39 PM |
| **To:** | Melvin White |
| **Cc:** | Papkin, Matthew; Herman, Brian A.; Valenstein, Carl A. |
| **Subject:** | Plaintiff's Deposition…De Fernandez v. Seaboard Marine |

Melvin – following up on our call yesterday, we are amenable to setting the plaintiff's deposition in December when you will depose plaintiff to preserve testimony and we will depose her for discovery purposes. We will need to agree to certain protocol and time limits. Will she need a translator?

As for a date, does the week of December 13th work? And do you intend to take plaintiff's deposition to preserve her testimony in other cases she brought under Helms-Burton?

Thanks. Bobby


**Robert M. Brochin**
**Morgan, Lewis & Bockius LLP**
600 Brickell Avenue, Suite 1600 | Miami, FL 33131-3075
Direct: +1.305.415.3456 | Main: +1.305.415.3000 | Cell: +1.305.986.0742
bobby.brochin@morganlewis.com | www.morganlewis.com

