# EXHIBIT "C"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-25176-BLOOM/Otago-Reyes

ODETTE BLANCO DE FERNANDEZ *née*
BLANCO ROSELL,

    Plaintiff,

v.

SEABOARD MARINE, LTD.,

    Defendant.

_____/

**AMENDED NOTICE OF VIDEO DEPOSITION OF PLAINTIFF
ODETTE BLANCO DE FERNANDEZ *née* BLANCO ROSELL**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Superior Court Rules of Civil Procedure, Plaintiff will take the deposition upon oral examination of Plaintiff Odette Blanco de Fernandez *née* Blanco Rosell on December 14, 2021, commencing at 9:30 a.m. at the offices of Horr, & Skipp, P.A., Two Datran Center, Suite 1700, 9130 S. Dadeland Boulevard, Miami, Florida 33156

The deposition will be recorded by persons certified and authorized to administer oaths and to make stenographic sound and visual recordings and written transcripts. One attorney for Plaintiffs and one attorney for Defendant may attend the deposition. All attendees must provide proof of vaccination against Covid 19 and a negative PCR test for Covid 19 taken within 36 hours prior to the deposition. Others may attend *via* video-conference. The deposition will be used for all authorized purposes, including trial.

Dated: November 1, 2021

                                                         *s/ David J. Horr*
                                                         David J. Horr
                                                         Florida Bar. No. 310761
                                                         dhorr@admiral-law.com
                                                         William R. Boeringer
                                                         Florida Bar No. 347191
                                                         wboeringer@admiral-law.com
                                                         William B. Milliken
                                                         Florida Bar No. 143193

wmilliken@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 S. Dadeland Boulevard
Miami, Florida 33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526

John S. Gaebe
Florida Bar No. 304824
johngaebe@gaebelaw.com
LAW OFFICES OF JOHN S. GAEBE P.A.
5870 SW 96 St.
Miami, Florida 33156
Tel: (305) 607-4755

David A. Baron (admitted *pro hac vice*)
dbaron@bcr-dc.com
Melvin White (admitted *pro hac vice*)
mwhite@bcr-dc.com
Laina C. Lopez (admitted *pro hac vice*)
lcl@bcr-dc.com
BERLINER CORCORAN & ROWE LLP
1101 17th Street, N.W., Suite 1100
Washington, D.C. 20036-4798
Tel: (202) 293-5555
Facsimile: (202) 293-9035

Richard W. Fields (admitted *pro hac vice*)
fields@fieldslawpllc.com
Martin Cunniff (admitted *pro hac vice*)
MartinCunniff@fieldslawpllc.com
Edward Han
edhan@fieldslawpllc.com
FIELDS PLLC
1701 Pennsylvania Ave, N.W., Suite 200
Washington, D.C. 20006
Tel: (833) 382-9816

*Counsel for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of November, 2021, I caused the foregoing document to be served by electronic mail upon:

>Robert M. Brochin
>bobby.brochin@morganlewis.com
>Matthew Papkin
>matthew.papkin@morganlewis.com
>MORGAN, LEWIS & BOCKIUS LLP
>200 South Biscayne Boulevard
>Suite 5300
>Miami, Florida 33131-2339
>Telephone: 305.415.3000
>Facsimile: 305.415.3001
>
>Carl A. Valenstein
>carl.valenstein@morganlewis.com
>MORGAN, LEWIS & BOCKIUS LLP
>One Federal Street
>Boston, MA 02110
>Telephone: 617.341.7700
>Facsimile: 617.341.7701
>
>*Counsel for Defendant Seaboard Marine, Ltd.*

*s/ David J. Horr*
David J. Horr