# EXHIBIT "D"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-25176-BLOOM/Otazo-Reyes

ODETTE BLANCO DE FERNANDEZ *née*
BLANCO ROSELL*, et al.*,

    Plaintiffs,

v.

SEABOARD MARINE, LTD.,

    Defendant.
_____/

### NOTICE OF VIDEOTAPED DEPOSITION OF ODETTE BLANCO DE FERNANDEZ *NÉE* BLANCO ROSELL

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Seaboard Marine, Ltd. will take the deposition of Odette Blanco de Fernandez *née* Blanco Rosell before an officer authorized to administer oaths, to be recorded by video and stenographic means, commencing at 9:30 a.m. on December 17, 2021.  The deposition will take place at the office of Horr, Novak & Skipp P.A., Two Datran Center Suite 1700, 9130 South Dadeland Blvd., Miami, FL 33156.  The deposition shall continue from day to day until completed.  This deposition is being taken for the purpose of discovery, for use at trial, and/or for such other purposes as are permitted under the rules of the Court.

Dated: October 29, 2021            Respectfully submitted,

*/s/ Robert M. Brochin*
Robert M. Brochin
Florida Bar No. 0319661
bobby.brochin@morganlewis.com
Matthew Papkin
Florida Bar No. 106565
matthew.papkin@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Brickell Avenue
Suite 1600
Miami, Florida 33131-3075
Telephone: 305.415.3000
Facsimile: 305.415.3001

Carl A. Valenstein (admitted *pro hac vice*)
carl.valenstein@morganlewis.com
One Federal Street
Boston, MA 02110
Telephone: 617.341.7700
Facsimile: 617.341.7701

*Counsel for Defendant Seaboard Marine, Ltd.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 29, 2021, the foregoing document is being served via electronic mail on all counsel of record.

/s/ Robert M. Brochin
Robert M. Brochin

3