# EXHIBIT "E"



Transcript of **Odette Blanco de Fernandez**

Friday, December 17, 2021

*Odette Blanco Fernandez v. Seaboard Marine, Ltd.*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO (800.367.3376)
Scheduling@Trustpoint.One

Reference Number: 111431

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


------------------------------
ODETTE BLANCO DE FERNANDEZ nee
BLANCO ROSELL, et al,

     Plaintiffs,

VS.

             No.  20-cv-25176-BLOON/Otazo-Reyes
SEABOARD MARINE, LTD,

     Defendant.
------------------------------


                       Ft. Lauderdale, Florida
                       December 17, 2021
                       9:30 A.M.


- - - - - - -
REMOTE/ZOOM VIDEO DEPOSITION

OF

ODETTE BLANCO DE FERNANDEZ
- - - - - - -

APPEARANCES:


On behalf of the Plaintiff:

        BERLINER CORCORAN & ROWE, LLP
        1101 17th Street, NW, Suite 110
        Washington, DC 20036-4798
        (202) 293-5555
        BY:  MELVIN WHITE, ESQUIRE,
        Mwhite@bcr-dc.com
        BY:  DAVID BARON, ESQUIRE,
        Dbaron@bcr-dc.com
        BY:  DALE EPPLER, ESQUIRE,
        Deppler@bcr-dc.com

        LAW OFFICES OF JOHN S. GAEBE, P.A.
        5870 SW 96 Street
        Miami, FL  33156
        (305) 607-4755
        BY:  JOHN S. GAEBE, ESQUIRE,
        Johngaebe@gaebelaw.com

On behalf of the Defendant:

        MORGAN LEWIS & BOCKIUS, LLP
        200 South Biscayne Blvd., Suite 5300
        Miami, FL 33131
        (305) 415-3000
        BY:  ROBERT M. BROCHIN, ESQUIRE,
        Bobby.brochin@morganlewis.com
        BY:  MATTHEW PAPKIN, ESQUIRE,
        Matthew.papkin@morganlewis.com


Also present:  Paul Smith, Videographer.
               Ana Beeck, Interpreter.


                    I N D E X

        WITNESS                                  PAGE
        Direct examination by Mr. Brochin        10

DEFENDANT'S EXHIBITS

No. 10 - Map                                        64
No. 11 - Photo                                      96
No. 12 - Photo                                     102
No. 13 - Photo                                     105
No. 14 - Photo                                     109
No. 15 - Photo                                     120
No. 16 - Page 8 of Amended Supplemental
         Initial Disclosures                       165
No. 17 - Plaintiff's Responses and
         Objections to First Set of
         Interrogatories                           175

Marked Question:  Page 135/Lines 19 & 20


* * * * * * * *

Remote/Zoom Video Deposition of

ODETTE BLANCO DE FERNANDEZ, a witness of

lawful age, taken by the Defendant, for the

purpose of discovery and for use as evidence in

the above-entitled cause, pending in the United

States District Court, Southern District of

Florida, pursuant to notice heretofore filed,

before LAURA LENTOSKI, a Court Reporter and

Notary Public in and for the State of Florida at

Large, remotely, on December 17, 2021, commencing

at 9:30 A.M.

```
 1                THE VIDEOGRAPHER:  We're now on the record

 2           in the matter of Odette Blanco de Fernandez

 3           versus Seaboard Marine, LTD.

 4                Today's date is Friday, December 17, 2021,

 5           and the time on the video monitor is 9:50 A.M.

 6                This is the video recorded deposition of

 7           Odette Blanco de Fernandez, taken at Horr, Novak

 8           & Skipp, PA, located at 9130 South Dadeland

 9           Boulevard, Suite 1700, Miami, Florida.

10                I'm the camera operator and my name is Paul

11           Smith, in association with Trustpoint Palmerson

12           Reporting.  The court reporter is Laura Lentoski,

13           in association with Trustpoint Palmerson

14           Reporting.

15                Laura?

16                THE COURT REPORTER:  "The attorneys

17           participating in this deposition acknowledge that

18           I am not physically present in the deposition

19           room and that I will be reporting this deposition

20           remotely.  They further acknowledge that in lieu

21           of an oath administered in person, I will

22           administer the oath remotely.  This arrangement

23           is pursuant to the Florida Supreme Court

24           Administrative Order No. AOSC-20-23.  The parties

25           and their counsel consent to this arrangement and
```

1          waive any objections to this manner of reporting.

2          Please indicate your agreement by stating your

3          name and your agreement on the record."

4               MR. WHITE:  Melvin White, counsel for

5          Plaintiff.  We agree.

6               MR. BROCHIN:  Bobby Brochin, counsel for

7          Seaboard Marine, and we agree, too.

8               Okay.  Well, we're going to begin the

9          deposition.  I know you've got to swear the

10         witness in and the translator.

11              THE COURT REPORTER:  Okay.  I was just

12         wondering if the other attorneys that are on this

13         screen are going to be acknowledging and stating

14         their appearances?

15              MR. BARON:  David Baron, counsel for

16         Plaintiff.  I agree.  And it's -- Melvin White

17         has already agreed, for Plaintiffs.

18              MR. EPPLER:  Dale Eppler, also counsel for

19         Plaintiff.  I also agree.

20              MR. PAPKIN:  Matthew Papkin, counsel for

21         Defendant.  I agree.

22              MR. BROCHIN:  And I would add that people

23         who are on the phone, Ms. Court reporter, that

24         you -- as you -- I think you did at the last

25         deposition, note who is on and attending even by

```
1              Zoom.  And I think it would be helpful, if

2              possible, when people come and go, for you to

3              note so on the record.

4                   Are you able to do that?

5                   COURT REPORTER:  Yes, sir, I can do that.

6                   MR. BROCHIN:  Okay.  Thank you.

7                   MR. GAEBE:  John Gaebe.  For the record, I'm

8              attending by Zoom.  And I also agree to the

9              stipulation.

10                  (Thereupon, the Spanish Interpreter was duly

11             sworn.)

12                  MR. WHITE:  Madam, court reporter, before

13             you start, I should inform you that Ms. Emma

14             Blanco may join the Zoom.  She's not an attorney.

15             She is an observer.  I wanted you to know that.

16                  COURT REPORTER:  Okay.  Thank you.

17                  MR. WHITE:  Sure.

18                  MR. BROCHIN:  Could I ask who she is and

19             what relationship --

20                  MR. WHITE:  She's Ms. Fernandez's niece.

21                  MR. BROCHIN:  Is she a party or -- not a

22             party, but is she a potential non-party witness

23             or a potential party?

24                  MR. WHITE:  She's a party in the other case

25             that she's got.
```

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1              MR. BROCHIN:  Oh, in the other, she's got a
 2         state claim?
 3              MR. WHITE:  I'm sorry?
 4              MR. BROCHIN:  She's got a claim?
 5              MR. WHITE:  Yes.  Yes.  Yes, she do.
 6              (Reporter clarification.)
 7              MR. BROCHIN:  Bobby Brochin, counsel for
 8         Seaboard Marine.
 9              THE VIDEOGRAPHER:  Thank you, madam court
10         reporter.
11              The attorneys on the Zoom, at least for
12         Plaintiff, will not be actively participating.
13         They will be on mute throughout the deposition.
14              MR. BROCHIN:  Just for my edification, Emma
15         is the niece of or the daughter of who?
16              MR. WHITE:  She's the daughter of Alfredo
17         Blanco.
18         Thereupon,
19              ODETTE BLANCO DE FERNANDEZ,
20              after being duly sworn, testified under oath
21         as follows:
22              THE WITNESS:  Yes, I do.
23              MR. BROCHIN:  Just a couple of, I guess,
24         housekeeping items in terms of stipulations, that
25         the stipulation that we've had in place for the
```

```
 1            previous deposition, including Ms. Fernandez

 2            is -- is that all objections are preserved and

 3            need not be raised, with the exception of the

 4            form to the question.  So, substantive

 5            objections, specifically like hearsay and the

 6            like, are preserved and need not be raised, and

 7            are not waived, if not objected to here.

 8                 Is that your understanding of the

 9            stipulation?

10                 MR. WHITE:  So, objections as to form need

11            to be made here; and hearsay is an objection to

12            form.

13                 MR. BROCHIN:  No, the answer may have

14            hearsay testimony in it, so you can't tell by the

15            question, the form of the question is wrong.

16            It's the answer that elicits hearsay.

17                 MR. WHITE:  So, you're talking about two

18            different things.

19                 MR. BROCHIN:  Right.  I'm talking about the

20            hearsay testimony, itself, will be subject to

21            being struck as hearsay, even if somebody here

22            does object that that was hearsay testimony.

23                 MR. WHITE:  Uh-huh.  Very well.

24                 MR. BROCHIN:  Okay.  And, yes, if you don't

25            object to the form of the question, then you
```

1           waive it, if you don't object to it here.  Really

2           to give whoever is asking the question the

3           opportunity to rephrase it and correct it, if

4           they so choose.

5                MR. WHITE:  Of course.

6                MR. BROCHIN:  And, second, in terms of the

7           translation issue, I believe we've agreed that

8           the deposition will be conducted in English.

9           However, we do have an interpreter here and if a

10          question I pose to Ms. Fernandez is not clear,

11          she certainly can ask me to rephrase it and I, of

12          course, will; or she can ask that the entire

13          question be translated into Spanish, and it will

14          then be translated into Spanish.  Then, the

15          Witness, on the answer side, has the option to

16          either answer the full question in English or to

17          answer the full question in Spanish, in which

18          case the interpreter will translate her answer

19          into English.

20               But what won't happen, which did sort of

21          happen at the last one, is there will be no

22          intersecting with the translator and

23          Ms. Fernandez as to certain words, and how to

24          interpret certain words and suggestions of

25          certain words.  So, it's either Ms. Fernandez

```
 1              will hear the question in Spanish or English, in

 2              its entirety; her choice.

 3                   THE WITNESS:  My choice.

 4                   MR. BROCHIN:  Or she can answer it in its

 5              entirety in English or Spanish, which is your

 6              choice.  But whatever your choice is, make the

 7              answer.  And all the interpreter here, to the

 8              right, is going to do is take what you say and

 9              translate it, so the court reporter can get it

10              down on record.

11                   THE WITNESS:  So, maybe -- maybe if I don't

12              understand it too well, you can repeat it slowly

13              for me.

14                        DIRECT EXAMINATION

15   BY MR. BROCHIN:

16      Q.  Absolutely.

17      A.  Okay.

18      Q.  Here's your choice.  If I ask you a question and

19   it doesn't make any sense to you --

20      A.  Uh-huh.

21      Q.  You know, which I'm going to ask a lot of those

22   questions because I'm not the best at this.

23         So, you say, I really don't understand your

24   question, will you repeat it?

25      A.  Uh-huh.
```

1      Q.  I'll be happy to repeat it.

2      A.  Okay.  Thank you.

3      Q.  First of all, I don't want you to answer a

4   question you don't understand.  I want you to

5   understand.

6      A.  Yeah, I know.

7      Q.  So, you make me ask it until you understand it.

8          Then, one of your options is you can say, repeat

9   it, repeat it.

10     A.  Yes.

11     Q.  You know, this guy just can't get it right, could

12  you translate the --

13     A.  So I can -- uh-huh.

14     Q.  -- question in Spanish and maybe you understand

15  it.

16     A.  Yeah, so I can understand it.

17     Q.  And, then -- and same thing on the answer, it's

18  up to you.  You can either answer it in Spanish --

19     A.  Okay.

20     Q.  -- in full.  And if you do, she's simply going to

21  listen to you.  What she's not going to do is talk to

22  you.  She's just going to translate --

23     A.  Yes.

24     Q.  -- whatever you say in Spanish because this is a

25  formal proceeding --

1    A.  Yes.  Uh-huh.

2    Q.  -- and it's being taken down.

3    A.  I'll listen.

4    Q.  Okay.  All right.  Ready to roll?

5    A.  Yeah.

6    Q.  Can you give us your name, for the record?

7    A.  Odette Blanco Fernandez.

8    Q.  And what is your current street address or home

9  address?

10    A.  5520 Southwest 70th Place, Miami, Florida, 33155.

11    Q.  And is that a house you live in?

12    A.  Townhouse.

13    Q.  How long have you been living in that townhouse?

14    A.  21 years.

15    Q.  And do you own that townhouse?

16    A.  Yes, we do.

17    Q.  Who are current owners of the townhouse you live

18  in?

19    A.  Me.

20    Q.  Are you the only owner?

21    A.  Yes.

22    Q.  Were you married?

23    A.  I was married.  I'm a widow.  My husband pass

24  away two years ago.

25    Q.  I'm so sorry.

```
 1     A.   Thank you.

 2     Q.   Were you married a long time, huh?

 3     A.   70 years.

 4     Q.   Now, that's an accomplishment.

 5     A.   Uh-huh, it sure is.

 6     Q.   That really is.

 7     A.   I understand.

 8     Q.   Yeah, that really is.  What was your husband's

 9 name?

10     A.   Juan B. Fernandez.  Everybody calls him "Johnny."

11     Q.   And when Juan Fernandez was alive, your husband,

12 was he also an owner of the townhouse, as well?

13     A.   Yes.

14     Q.   So, you both owned the townhouse?

15     A.   Yes, sir.

16     Q.   So, when he died, his ownership interest came to

17 you?

18     A.   Yes.

19     Q.   So, you are now the only owner of your townhouse?

20     A.   Yes.

21     Q.   And when you say you're the owner of your

22 townhouse, you mean that because your name is on a deed

23 somewhere?

24     A.   Yes.

25     Q.   You have title to that house?
```

1    A.  Yes.

2    Q.  Okay.  So, you have a piece of paper.  And if I

3  asked you to say, how do I know Ms. Fernandez owns this

4  house, you can show me a piece of paper with your name

5  on it and title?

6    A.  Okay.

7    Q.  Do you have that?  Do you think you have that?

8    A.  Yes, I think I have.

9         MR. WHITE:  I ask you not to guess.

10         THE WITNESS:  I think I'm positive because

11       we didn't know that.  I am the owner now, but you

12       know I'm 90, almost 92, almost 92.  So, when I

13       pass away --

14  BY MR. BROCHIN:

15    Q.  That's another great accomplishment.

16    A.  When I pass away, you know, we went to the bank

17  and we make a statement that when I -- I pass away, the

18  house will be for my daughters.  You know, that's -- we

19  went to there about two months ago, so I will tell you

20  that.  Because, you know, through transfer because I was

21  in the -- the owner.  But I didn't have any document if

22  I pass away to that house belongs, then, to my

23  daughters; two daughters, Giselle and Odette.

24    Q.  Yeah, I know we talked at the beginning of the

25  deposition about the language issue with Spanish

 1    versus --

 2       A.   Uh-huh.

 3       Q.   -- English.  And I just want to make sure we're

 4    clear, you know, for the record, that you understand the

 5    rules.

 6       A.   Yes, Yes, Yes.  I am the owner of the house.

 7       Q.   No.

 8            MR. WHITE:  Wait for him to finish asking

 9       the question.

10            THE WITNESS:  I'm sorry.

11            MR. WHITE:  And then think about the

12       question and then answer it, slowly.

13    BY MR. BROCHIN:

14       Q.   So, I just want to make sure.  I'm going to ask

15    you questions in English.  If you understand the

16    question, you will answer it.

17       A.   Yes.

18       Q.   If you don't understand the question --

19       A.   Yeah.

20       Q.   -- please ask me to rephrase it.

21       A.   Okay.  Okay.

22       Q.   Because I do not want you to answer any questions

23    that you don't understand.

24       A.   Right.

25       Q.   If you want, as an option, say I do not

 1   understand the question after I've maybe asked it three

 2   times.

 3       A.  Okay.  Interpreter.

 4       Q.  Ask the interpreter, can you ask the entire

 5   question.

 6       A.  Okay.

 7       Q.  And as we discussed, you have the option if you

 8   feel more comfortable, giving the full answer in

 9   Spanish, you can give the full answer in Spanish.  It's

10   up to you.

11       A.  I understand.

12       Q.  Perfect.  And if you need a break at any time --

13       A.  Okay, I will.

14       Q.  I know I will, so just you holler at me.

15       A.  Okay.

16       Q.  We stop.

17       A.  Okay.

18       Q.  You know, it's at your convenience.  Okay?  I

19   don't want you to be uncomfortable, in any way.

20       A.  Okay.

21       Q.  So, where did your husband die?  Did he die in

22   Miami-Dade County?

23       A.  Yes.

24       Q.  And when he died, two years ago, did he have a

25   will?

1     A.  Yes.

2     Q.  And was that will admitted to a court for

3  purposes of disposing or transferring whatever he owned

4  to people?

5     A.  No.

6     Q.  Did you know if your husband, Johnny Fernandez,

7  has a will?

8     A.  Yes.

9     Q.  He had a will?

10    A.  Yes.

11    Q.  And do you know, in generally, who he left all of

12  his assets and belongings to, in that will?

13    A.  Yes, sir.

14    Q.  Who would that be?

15    A.  The house for me.  And we have a business, a

16  small business, and that's for the -- for Bernice and

17  Johnny, and we have some warehouses.

18    Q.  So, he left you the -- the home -- the home?

19    A.  Yes.

20    Q.  Which is the townhome you're still living in,

21  correct?

22    A.  Yes.

23    Q.  And he left the business and all the assets of

24  the business to your two sons?

25    A.  Yes.

1      Q.   What are the names of your two sons?

2      A.   My sons?

3      Q.   Your two sons, yes.

4      A.   Juan.

5      Q.   The full name.

6      A.   The full name?

7      Q.   The full -- the entire name, Juan --

8      A.   Juan Manuel Fernandez Blanco, that's my son.  And

9   my daughter, Bernice Fernandez Blanco.

10     Q.   Clarification for the record, there's one son?

11          MR. WHITE:  Yes,.

12   BY MR. BROCHIN:

13     Q.   Okay.

14          How old are your two children?

15     A.   Johnny was born in 1958 -- 52, 1952, and Bernice

16   in 1954.

17     Q.   And you say your husband, Johnny Fernandez, left

18   that business to your two children.  What type of

19   business did he leave?

20     A.   It's an -- it's an old factory of detergent and

21   laundry detergent and -- well, different type of --

22   of -- of cleanings.

23     Q.   Now, I just want to make sure I have your family

24   tree right, because it's a big family.

25          You have had five brothers and sisters, correct?

```
 1      A.  Yes, sir.

 2      Q.  Okay.  And you had -- of those five, one was a

 3   woman, a girl.  I mean of the five were men, boys.

 4      A.  Yes.

 5      Q.  And you were the youngest --

 6      A.  Yes.

 7      Q.  -- of those six?

 8      A.  I was the baby.

 9      Q.  Baby girl.

10          MR. WHITE:  Odette, wait for him to finish

11      asking.  It will just be a little better.

12          THE WITNESS:  I'm sorry.

13          MR. WHITE:  Sorry.  It's not a normal

14      conversation.  And I apologize for interjecting.

15      I just want us to have it, for the record.

16   BY MR. BROCHIN:

17      Q.  And I understand that you are the baby girl and

18   the other five have passed away?

19      A.  Yes.

20      Q.  Were the other five all US citizens?

21      A.  Yes.

22      Q.  Were the other five siblings all US citizens when

23   they passed away?

24      A.  Yes, sir.

25      Q.  Now, I'm -- I'm interested in where they passed
```

 1   away.

 2        So, let's start -- who is the oldest?

 3   A.   The oldest was my sister.

 4   Q.   Your sister.  That's Heddy?

 5   A.   Ebby.

 6   Q.   Ebby?

 7   A.   Ebby.

 8   Q.   All right.

 9   A.   She passed away in Miami.

10   Q.   Okay.

11   A.   Then came Alfredo.  He passed away in Miami.

12   Florentino, he passed away in Puerto Rico.  Enrique

13   passed away in Puerto Rico.  And Byron passed away in

14   Miami.

15   Q.   Now, I'd asked you a little bit earlier about the

16   will of your husband, Johnny Fernandez.

17        You understand when I say a will?

18   A.   Yes.

19   Q.   Did Alfredo, when he passed away, have a will?

20   A.   I don't know.

21   Q.   Did Alfredo, if you know, leave for you, as his

22   sibling, anything of his when he passed away?

23   A.   No, sir.

24   Q.   Did Florentino have a will?

25   A.   I don't know.

1    Q.   Did Florentino, when he passed away --

2    A.   In Puerto Rico.

3    Q.   In Puerto Rico, yes.  And when he did pass away,

4  in Puerto Rico, did he leave for you anything?

5    A.   No.

6    Q.   An asset?

7    A.   No.

8    Q.   And, Enrique, he passed away in Puerto Rico?

9    A.   Yes.

10    Q.   And when he passed away, did he have a will?

11    A.   Yes, sir.

12    Q.   And did he, Enrique, leave for you any asset

13  or --

14    A.   No, sir.

15    Q.   -- property?

16    A.   No.

17    Q.   And, finally, Byron passed away here in Miami?

18    A.   Miami.

19    Q.   And did Byron have a will?

20    A.   Yes.

21    Q.   And did Byron leave for you any assets?

22    A.   No.  No.

23    Q.   Okay.  And, then, I know you mentioned Ebby

24  passed away in Miami.  And Ebby was a nun?

25    A.   She was a nun, in Cuba.

1      Q.   In Cuba.

2      A.   But, then, she -- she went out of the convent in

3   1962, I think.   1962.

4      Q.   She left the convent in 1962?

5      A.   She left the convent when the convent was taken.

6      Q.   Was she not a nun after 1962?

7      A.   No, un-hun.   She was not a nun.

8      Q.   What did she do -- where was she in 1962 when she

9   left the convent?

10      A.   She was in Cuba and she came to the United

11   States, to Miami.   And, well, at that time, we were

12   living in Costa Rica.   So, she went to Costa Rica to

13   stay with us, with my father and Johnny and me.

14      Q.   So, when you say she went to Miami, she just kind

15   of went through Miami on her way to Costa Rica?

16      A.   Yes, sir.

17      Q.   So, in 1962, she leaves the convent, leaves Cuba,

18   flies to Miami, and then on to Costa Rica, to live with

19   you and --

20            MR. WHITE:   Objection to the form.

21            MR. BROCHIN:   I didn't finish the question.

22   BY MR. BROCHIN:

23      Q.   -- with you and your husband and your father?

24            MR. WHITE:   Same objection.

25            THE WITNESS:   Yes.

 1   BY MR. BROCHIN:

 2      Q.  And your father's name was Alfredo?

 3      A.  Alfredo Blanco Garas.

 4      Q.  So, I'm going to tell you, I'm going to refer to

 5   your father, if it's okay, as Alfredo, Sr.?

 6      A.  Uh-huh.

 7      Q.  When I refer to your brother, I'll call him

 8   Alfredo, Jr. --

 9      A.  Okay.

10      Q.  -- so we don't get them mixed up.

11      A.  Okay.

12      Q.  And how long did Ebby live in Costa Rica?

13      A.  Well, I think -- I have to tell you, we used to

14   have a sugar mill in Costa Rica.  And, then, the day

15   that Mr. Kennedy went to Costa Rica, you know, we start

16   a lot of ashes.  They say what happened, it was the

17   volcano.  The volcano start to erupt and all the ashes

18   went to our crop.

19      Q.  Uh-huh.

20      A.  So, we lose everything in Costa Rica.

21      Q.  What year was that?

22      A.  Excuse me?

23      Q.  What year was that?

24      A.  I think it was 1964.  I just can't say what date,

25   but 1964.

1     Q.   And from 1962 to 1964, did Ebby work in the --

2   that sugar --

3     A.   Yes.

4     Q.   -- mill in Costa Rica?

5     A.   Yes.

6     Q.   Did you or did anyone in your family own that

7   sugar mill -- strike that.

8          When did you own that sugar mill, in Costa Rica?

9     A.   When?

10    Q.   Yeah.

11    A.   1962, I think.

12    Q.   So, you acquired the sugar mill, in Costa Rica,

13  after you left Cuba?

14    A.   Yes.

15    Q.   And who owned the sugar mill, in Costa Rica?

16    A.   Before we bought it?

17    Q.   Okay.  Yeah, that's good; before you bought it?

18    A.   Sold to a Spanish.

19    Q.   And, so, somebody purchased it from the two

20  Spanish people --

21    A.   We --

22    Q.   -- in 1962?

23    A.   We, Alfredo and my husband; Alfredo and Johnny.

24    Q.   So, Alfredo, Sr., and --

25    A.   No.  Senior, no.

1     Q.  No.  Junior?

2     A.  Junior.

3     Q.  Okay.  So, Alfredo, Jr., lived in Costa Rica,

4  too?

5     A.  I can't remember.  I can't remember if he stayed

6  all the time in Costa Rica.  I can't remember.

7     Q.  But the purchase of the sugar mill, in

8  Costa Rica, in 1962, was by Alfredo, Jr., and Johnny

9  Fernandez?

10     A.  Yes, sir.

11     Q.  And did they each own 50 percent of the sugar

12  mill?

13     A.  Yes, sir.

14     Q.  And did you own -- Ms. Fernandez, did you,

15  Ms. Fernandez, own any of that sugar mill, in

16  Costa Rica?

17     A.  Well, since my husband was the owner.

18     Q.  Did you own any of the sugar mill?  Were you an

19  owner or just your husband and Alfredo, Jr.?

20          MR. WHITE:  Object to the form.

21          THE WITNESS:  I don't know.

22  BY MR. BROCHIN:

23     Q.  I asked you about how the -- the ownership of the

24  townhome, right, your townhome here.  You own the town

25  home, correct?

 1     A.  Yes.  Yes.

 2     Q.  And you used to own the townhome with your

 3   husband, right?

 4     A.  Yes.

 5     Q.  Until he died?

 6     A.  Yes.

 7     Q.  The sugar mill, did you own the sugar mill with

 8   your husband?

 9     A.  Yes.

10     Q.  So, you were also an owner of the sugar mill?

11     A.  Yes, sir.

12     Q.  And who else -- was Alfredo, Jr. married at the

13   time of the purchase of the sugar mill?

14     A.  Yes.

15     Q.  What was Alfredo, Jr's wife's name?

16     A.  Maria Delago.

17     Q.  Did Alfredo, Jr's wife own the sugar mill, in

18   Costa Rica?

19     A.  No, sir.

20     Q.  Anyone else an owner of the sugar mill?

21     A.  No, sir.

22     Q.  And how long was that sugar mill in operation;

23   was it two years, until that volcano hit?

24     A.  Yes.

25     Q.  And what happened to the sugar mill, after the

```
 1   volcano?

 2       A.  Well, see, all the -- the volcano was in this

 3   place.  And all the wind went to our crops, so we lose

 4   all the sugar cane.  And we didn't have enough money to

 5   pay to the people, you know.  You know, when there's a

 6   natural disaster, you just can't save until this date,

 7   you know.  So, we lose everything because we didn't have

 8   money.

 9           My husband went to Spain, to see the Spanish, to

10   see if they could help us, but they refused to.  So, we

11   didn't have any choice.  We lose everything, every

12   everything.

13       Q.  And, so, what happened to the business; was it

14   closed?

15       A.  Yes, sir.

16       Q.  What happened to the land?

17       A.  Well, we have -- my husband bought some very good

18   farms, land, but everything was gone because the

19   attorneys in Costa Rica.  You know, I am talking about

20   60 years ago, sir.  And, you know, Costa Rica, they

21   always say, we're very poor, we're very poor, we just

22   can't help you.  So, we have to pack our things and come

23   to Miami, to my father's house.

24       Q.  In 1964?

25       A.  Yes, sir.
```

 1      Q.  And what happened to the land that your husband

 2  had bought and Alfredo, Jr. had bought?

 3      A.  Everything lost, everything.

 4      Q.  You weren't able to sell the land to anybody?

 5      A.  No.

 6      Q.  It was a total loss?

 7      A.  Total loss.

 8      Q.  Do you know if there was a company name for the

 9  sugar mill?  So, whether it's -- you know how there are

10  companies in Cuba that you're familiar with?

11          Was there a company name, in Costa Rica, that was

12  involved in the sugar mill or owning the sugar mill?

13      A.  No, sir.  I don't remember.

14      Q.  So, to the best of your knowledge, the sugar

15  mill, in Costa Rica, was owned by your husband and you,

16  Alfredo, Jr., and his wife?

17      A.  Yes.

18      Q.  And no one else?

19      A.  No one else.

20      Q.  And in 1964, you and Johnny came to Miami?

21      A.  Yes, sir.

22      Q.  Which is where Alfredo, Sr. was living?

23      A.  Alfredo, Sr.

24      Q.  And did you go live with Alfredo, Sr., initially,

25  in 1964?

```
 1      A.  I don't understand the question.

 2      Q.  I'll repeat it.  When you came to Miami, in

 3  1964 --

 4      A.  Uh-huh.

 5      Q.  -- where did you go live?

 6      A.  With my father.

 7      Q.  And that would be in Miami?

 8      A.  In Miami.

 9      Q.  When you went to live with your father, in Miami,

10  was that in a house?

11      A.  In a house.

12      Q.  And who was living in the house when you went to

13  live with Alfredo, Sr., in 1964?

14      A.  It was my father's house, and my four kids were

15  living with him.

16      Q.  I understand that Alfredo, Sr's. wife, which

17  would be your mother --

18      A.  Uh-huh.

19      Q.  -- tragically passed away?

20      A.  She passed away in Cuba.

21      Q.  Yeah, sorry.  I --

22      A.  In 1967.

23      Q.  Maybe 1957?  Does that make sense?

24      A.  No -- '57?

25      Q.  Yeah.
```

Trustpoint.One   Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

Page 30

```
 1      A.   Uh-huh.

 2      Q.   Was it 1957?

 3      A.   Yes, sir.

 4      Q.   So, your mom passed away in 1957?

 5      A.   Yes, before.

 6      Q.   Before you left Cuba?

 7      A.   Yes.

 8      Q.   So, you go to Miami, it's your father's house,

 9  and with you, you say, is Johnny?

10      A.   Johnny.

11      Q.   You?

12      A.   Yes.

13      Q.   Did you say four kids?

14      A.   Yes.

15      Q.   So, you had four kids, at that time?

16      A.   Yes.

17      Q.   So, now, you mentioned earlier that you had two?

18      A.   No, I didn't.  You asked me, who are the owners

19  of the business.

20      Q.   That's right.

21      A.   Uh-huh.

22      Q.   My bad.  So, two were the owners were Bernice, I

23  think you told me --

24      A.   Bernice and Johnny.

25      Q.   -- and Johnny?
```

```
 1      A.   Yes.

 2      Q.   Is Johnny the oldest?

 3      A.   No, Giselle is the oldest.  And the other one is

 4   Odette, like me, O-D-E-T-T-E.  And, then, Johnny, Jr.

 5   and Bernice.

 6      Q.   Okay.  And how old is Giselle, today?

 7      A.   Giselle was born in 1950.

 8      Q.   And --

 9      A.   Odette in 1951, Johnny in '52, and Bernice

10   in '54.

11      Q.   And where do -- Giselle, where does Giselle live

12   now?

13      A.   Right now?  She lives in Miami.

14      Q.   And, Odette, your daughter, where does she live?

15      A.   She lives in Atlanta, Georgia.

16      Q.   And --

17      A.   Johnny lives in Miami.  And Bernice lives in

18   Miami.

19      Q.   And in Johnny's will, two years ago, after he --

20   when he passed away, you had mentioned they left the

21   business to Johnny and Bernice.

22           Did he leave or give anything of his to Giselle

23   or Odette, his daughters?

24      A.   Yes, the house.

25      Q.   Which house would that be?
```

 1      A.   The one I live in.

 2      Q.   Okay.  Now, maybe I misunderstood, but I thought

 3   you said when he died, he left you the house?

 4      A.   Yes.  And I went with Bernice, to the bank, and

 5   we have a document to say that when I pass away --

 6      Q.   Oh, I see.

 7      A.   -- the house belongs to Giselle and Odette.

 8      Q.   Got it.  So, you have a will?

 9      A.   Yes, sir.

10      Q.   And in your will, you pass the house -- the

11   townhome you're currently living in will pass to --

12      A.   To the oldest.

13      Q.   -- to the two oldest, Giselle --

14      A.   To Giselle and Odette, yes.

15      Q.   Now, the house that you lived in, in Miami, where

16   was it?

17      A.   It's a townhouse.

18      Q.   I'm sorry?

19      A.   A townhouse.

20      Q.   What part of Miami is it?

21      A.   Miller Drive and on 72nd Street, that's it.

22   Uh-huh.  It's a gated community.  It's name is

23   Ridgepointe.

24      Q.   Ridgepointe.  Yeah, I know Ridgepointe.  They are

25   like little townhomes, right?

1    A.  Townhomes, yes, sir.

2    Q.  And who was the owner or who had the title to the

3  home or townhome, at Ridgepointe, that you lived in with

4  your father?

5    A.  I don't understand the question.

6    Q.  You went to live with your father, Alfredo, Sr.,

7  at Ridgepointe townhouse?

8    A.  Oh, no.  No.  No.  When we went -- came from

9  Costa Rica --

10   Q.  Yeah.

11   A.  -- I went to live with my father.  And he owned a

12  house in Northeast, on 55th Terrace.

13   Q.  I'm going to go back, just so we're clear.

14   A.  That was my father's house.

15   Q.  So, you're in Costa Rica, right, in 1964, right?

16   A.  Yes, sir.

17   Q.  You had to leave because your business --

18   A.  Yes.

19   Q.  -- had just been destroyed by a volcano?

20   A.  Yes, sir.

21   Q.  You go to live with your father?

22   A.  Yes, sir.

23   Q.  You came to Miami, to live with him?

24   A.  Yes.

25   Q.  Which is where he was living.

Trustpoint.One   Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
 1          Now, where in Miami did you go live when you came
 2   to live with your father, in 1954?
 3      A.  We came to my father's house.  And, then, in,
 4   let's say, 15 days or so, we went to Puerto Rico,
 5   because I have two brothers in Puerto Rico.
 6      Q.  Okay.  So, you didn't live with your father here,
 7   initially?
 8      A.  No, sir.
 9      Q.  You went to Puerto Rico?
10      A.  I went to Puerto Rico.
11      Q.  To live with your brother?
12      A.  Uh-huh.
13      Q.  Which one, which brother did you live with?
14      A.  Enrique.
15      Q.  I assume when you went to Puerto Rico, to live
16   with your brother, your husband and four children went,
17   as well?
18      A.  No, sir.  My four children stayed in Miami
19   because they were in school age.  They stayed with my
20   father until we settled down, you know, until Johnny
21   started working.
22      Q.  I'm sorry.  So, your four children remained in
23   Miami, and your husband remained --
24      A.  My husband and me, we went to Puerto Rico, to
25   Enrique's house.  We stayed there about three months or
```

 1   something like that, until my husband start working.

 2       Q.   And once he started working, that was in

 3   Puerto Rico?

 4       A.   Yes, sir.

 5       Q.   And are you suggesting that once he started

 6   working, you moved somewhere else, outside of Enrique's

 7   home?

 8       A.   Yes.

 9       Q.   Where did you move?

10       A.   We lived in a very small apartment, across from

11   Enrique.

12       Q.   And did you buy that apartment or did you rent

13   it?

14       A.   Rented it.

15       Q.   How long did you live in the apartment across

16   from Enrique, in Puerto Rico, for how long?

17       A.   In the apartment?  I will say about a year.

18       Q.   And what work did your husband, Johnny, do in

19   that year?

20       A.   He start selling houses in developments, in the

21   developed, you know, Puerto Rico.  He didn't have many

22   things, at that time.  And he was working selling

23   houses, in a new development.

24       Q.   So, he was in the real estate business?

25       A.   Yeah.

1    Q.   So, this would have been now in 1965?

2    A.   Yes, sir.

3    Q.   And, then, where did you go after a year of

4    living in that apartment?

5    A.   We rented a house.

6    Q.   In Puerto Rico?

7    A.   In Puerto Rico, in San Juan; 200 a month.

8    Q.   The good old days.

9    A.   Uh-huh.  That's right.

10   Q.   How long were you in the rented house, in

11   San Juan?

12   A.   14 years.

13   Q.   And for the entire 14 years you rented?

14   A.   Yes, sir -- well, no, because, let's say,

15   13 years because -- 13 years.

16   Q.   13 years?

17   A.   Uh-huh.

18   Q.   For those 13 years you rented the apartment?

19   A.   Yes, sir.

20   Q.   You didn't buy the property?

21   A.   No.

22   Q.   Did you ever own any property in Costa Rica

23   outside of the -- sorry, in Puerto Rico?

24   A.   No, sir.

25              MR. WHITE:  Wait for the question.  Were you

```
 1          going to say something?

 2   BY MR. BROCHIN:

 3       Q.  You can say something.

 4       A.  Well, later on, my husband start working in Gulf

 5   Western that have the principle part in Dominican

 6   Republic.  And then my husband was of Western Union or

 7   the other one, Northwestern.

 8       Q.  Northwestern?

 9       A.  Uh-huh, in Puerto Rico.  And they start building

10   in Dominican Republic.  They start building a free zone,

11   I think.  Uh-huh.  So, you know, in Puerto Rico were a

12   lot of factories, shoes and electrical, you know.  He

13   was travelling from Puerto Rico, to the Dominican

14   Republic.

15       Q.  And this was during these 14 years while you were

16   in Puerto Rico?

17       A.  Yes, sir.

18       Q.  Your husband was working for Gulf Western?

19       A.  Yes, sir.

20       Q.  So, time wise, you lived in Puerto Rico -- or at

21   least in this apartment up until what, about 1979, '78;

22   14 years later?

23       A.  No, no.  We went to -- we came to Miami in 1978.

24       Q.  Yes, 1978.

25       A.  Yes.
```

Trustpoint.One   Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1    Q.   So, you lived in Puerto Rico from 1964 --

2    A.   '64.

3    Q.   -- until 1978?

4    A.   Yes.

5    Q.   14 years?

6    A.   Yes.

7    Q.   And just to be clear, those 14 years you rented

8    an apartment?

9    A.   Oh, yes.

10   Q.   And didn't own any property, in Puerto Rico?

11   A.   No.

12   Q.   And did you work when you were staying in

13   Puerto Rico?

14   A.   No, sir.

15   Q.   Why did you and your husband take your four

16   children and come to --

17   A.   Yes.

18   Q.   -- Miami in 1978?

19   A.   Yes, the four children were with us.  They went

20   to school.

21   Q.   In where?

22   A.   In San Juan.

23   Q.   Yes.  So, 1978, you moved to Miami?

24   A.   Yes.

25   Q.   Your husband moved to Miami?

1       A.   Yes.

2       Q.   Did your four children go with you and move to

3    Miami?

4       A.   Yes.

5       Q.   And why did you, in 1978, move to Miami?

6       A.   Why?

7       Q.   Why?

8       A.   Because we were in a better position.  And my

9    husband have a lot of friends that were in the sugar

10   business here, the -- in Opa Locka, you know, some big

11   sugar mills, another one, also.  He came to Miami and he

12   start selling oil and a lot of things from the sugar

13   mills.

14      Q.   When he came to Miami to work, and got involved

15   in selling vis-à-vis the sugar mills, was that working

16   for Gulf Western or was it somebody else?

17      A.   I don't remember.

18      Q.   Okay.  Do you -- I was going to ask, do you know

19   who he was working with?  Now, in 1978, you come to

20   Miami?

21      A.   Yes --

22      Q.   Who --

23      A.   -- and he start working.  He start, you know,

24   getting to know -- there were a lot of Cubans, you know,

25   that were involved in sugar business, in Cuba.  So, he

 1    knew all those people.

 2         As he start going to the sugar mills, in Opa

 3    Locka, and the other one that belongs to another family,

 4    and he have a very good relationship with the people

 5    over there, and he start selling.  I just can't say to

 6    you exactly, but oil and lubricants and -- I don't know.

 7    You know, I don't know things.

 8    Q.  Did Johnny Fernandez have his own business?

 9    A.  Yes.

10    Q.  Was there a name to the business?

11    A.  I don't know.  He was alone.  He was alone.  He

12    maybe buy from you something and buy from the other one,

13    you know.

14         Later on, we bought a very, very small factory

15    that was named Kess, K-E-S-S.

16    Q.  K?

17    A.  K, Kess, because the owner was Kess.

18    Q.  And what was the factory for?

19    A.  It was the one that we have now.

20    Q.  What does the factory make?

21    A.  It makes cleaning supplies.

22    Q.  You said the factory is still in place now?

23    A.  Yes, sir.

24    Q.  Is this the factory that Johnny left to --

25    A.  Yes.

```
 1      Q.  -- your two children --

 2      A.  Yes.

 3      Q.  -- when he passed two years ago?

 4      A.  Yes, they work in the factory.

 5      Q.  And is it -- what's the name of that factory?

 6      A.  Kess.

 7      Q.  It's still got the same name?

 8      A.  K-E-S-S.

 9      Q.  Where is that located?

10      A.  In Doral; it's a very small one.

11      Q.  A small what?

12      A.  A small one.

13      Q.  And are Bernice and Johnny --

14      A.  And Johnny.

15      Q.  -- the co-owners of the Kess factory?

16      A.  Yes, sir.

17      Q.  Are you the owner of the Kess factory?

18      A.  No.

19      Q.  And in 1978, you came.  Where did you go live?

20      A.  Where I did live?  My sister, the one that wished

21   to be a nun.

22      Q.  Ebby?

23      A.  Ebby, uh-huh.  My father bought a house for her.

24   And she says to me, to come to Miami, and we live with

25   my father, and you will stay in the house that my father
```

```
 1   lived.  So, we stayed in Ebby's house, with my four

 2   children.

 3       Q.  And Ebby was in that house, at the time?

 4       A.  No, Ebby moved with my father.  So, we came here,

 5   we're a big family with four children.  Uh-huh.  So, the

 6   time passed by.  And, then, a year later, or something

 7   like that, we could buy the house from Ebby.

 8       Q.  I got it.  So, Ebby moved to be with your father?

 9       A.  Yes.

10       Q.  So, there was enough room for you, your husband,

11   and kids to live in that house?

12       A.  Yes, sir.

13       Q.  And how long did you live in that house?  This is

14   now, you say 1978, until about what?

15       A.  '78 -- let's see.  Then in 19 -- 19 -- the

16   hurricane came in 19 -- what year was the hurricane

17   came?

18       Q.  We've had a few, you know.

19       A.  No, no, the big one.

20       Q.  Oh, Andrew?

21       A.  Uh-huh.

22       Q.  That was, I think, '92, 1992.

23       A.  We bought a house in Coral Gables.

24       Q.  Before Andrew; are you talking about Hurricane

25   Andrew?
```

1    A.   Before Andrew, just before Andrew, we sold the

2    house, Ebby's house, and we moved to Coral Gables.

3    Q.   Okay.  So, assuming the Hurricane Andrew, which

4    was the big one --

5    A.   Yes.

6    Q.   -- was 1992-ish, you left the house that was

7    Ebby's somewhere early 1990, '91, right before that

8    hurricane?

9    A.   Yes.

10   Q.   Okay.  And you lived in Ebby's house from 1978

11   until that time you left?

12   A.   Yes, sir.

13   Q.   And when you moved into the house, in 1978, was

14   your father, Alfredo, Sr., the owner of that house?

15   A.   No, it was Ebby, the owner.  And she says, you

16   stay in the house.  And, then, later on, we moved our

17   four children to buy the house.  You know, at that time,

18   you know if you have lived here, you know, we paid for

19   that house $40,000.

20   Q.   Yeah.

21   A.   Uh-huh.  My father bought it for 27,000.  And now

22   that house is worth a million, probably.

23   Q.   Just -- I bet your father is smiling right now.

24        So, but -- but the title to the house.  Remember

25   we were talking about the title, like your townhome.

Trustpoint.One   Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

1   You have title to your townhome?

2       A.  Yes.

3       Q.  So, Ebby had a piece of paper with the title for

4   her home, in 1978?

5       A.  I don't know, sir.

6       Q.  So, you think Ebby owned it, you're just not a

7   hundred percent sure; is that fair?

8       A.  Yes.

9       Q.  And did you or your husband buy or own that house

10  eventually that Ebby owned?  Did you buy it from her?

11      A.  No, sir, no.

12      Q.  So, when you left, did she move back in?

13      A.  When we left the -- the house to move to Coral

14  Gables.  We sold the house.

15      Q.  Oh, okay.

16      A.  We sold the house.

17      Q.  You sold the house and --

18      A.  And bought in Coral Gables.

19      Q.  Right.  And -- and -- and to whom did the money

20  go for the sale of the house?

21      A.  For the sale of the house?  To buy the other one.

22      Q.  You sold the house, the townhouse, right, or

23  this --

24      A.  No, Ebby.

25      Q.  No, not the townhouse, I'm sorry.  The house that

```
 1    Ebby owned --

 2        A.   Uh-huh.

 3        Q.   -- you sold it in 1990, '91, right?

 4        A.   Uh-huh.

 5        Q.   And you sold it -- you said 40,000?

 6        A.   I can't remember the exactly the amount.

 7        Q.   How much ever you sold it for, who got the money

 8    from the sale?

 9        A.   Johnny got the money from the sale, and then with

10    that money we bought the other house.

11        Q.   I was just curious, if Ebby owned the house, why

12    Ebby didn't get the money from the sale of the house.

13        A.   I don't know.

14        Q.   Now, you say you moved to a home, in Coral

15    Gables?

16        A.   Yes, sir.

17        Q.   Where was that home?

18        A.   Delgado, Delgado Avenue.

19        Q.   Oh, and by the way, this -- Ebby's home, where

20    was that located?

21        A.   The other one?

22        Q.   Ebby's home.

23        A.   Very close to my father, one block from him, in

24    55th Terrace and Biscayne Boulevard.  Biscayne Boulevard

25    and 55th Terrace.  Morning Side.
```

 1      Q.   Morning Side?

 2      A.   Uh-huh, yeah.   It's called Morning Side, the

 3   complex.

 4      Q.   So, that's where your father had lived?

 5      A.   Yes, sir.   And he died in the house.

 6      Q.   And he died in the house?

 7      A.   Yes.

 8      Q.   Okay.   And your father, Alfredo, Sr., he came to

 9   Miami approximately when?

10      A.   1961.

11      Q.   And, then, did he come to Miami, from Cuba?

12      A.   Yeah.

13      Q.   Yeah.

14      A.   We -- we -- we left Cuba and stayed in Miami.

15   And, then, for a few days, I just can't remember.   And

16   we went to live in Fort Lauderdale.   Because the only

17   Spanish were in Fort Lauderdale.   So, that's why we --

18   we came to Fort Lauderdale.

19      Q.   So, he comes, in 1961, to Miami, and he migrates

20   up to Fort Lauderdale.

21      A.   Yes, sir.

22      Q.   And lives where in Fort Lauderdale, beginning in

23   1961?

24      A.   Uh-huh.   I can't -- I cannot remember the exact

25   location, maybe Bernice will know.   But I don't

1    remember.

2       Q.  All right.  And wherever that was, how long did

3    Alfredo, Sr. live in that place, in Fort Lauderdale,

4    after he arrived here in the United States?

5       A.  Until 1961 -- you have, when we moved to

6    Puerto Rico, in 1960 -- what?

7       Q.  Two?

8       A.  No, 62, no, no. We stayed in Puerto Rico.

9       Q.  Okay.  64?

10      A.  1964.  When we moved to Puerto Rico, my father

11   said, well, we'll go there because, you know, he was

12   very close to my children.

13      Q.  Oh, okay.  So, your father leaves Cuba in 1961

14   and comes to Fort Lauderdale.

15      A.  Yes, sir.

16      Q.  Makes his way to Fort Lauderdale.

17      A.  Yes, sir.

18      Q.  Stays there for a small period of time?

19      A.  Uh-huh.

20      Q.  And then you and Johnny are in Puerto Rico, so he

21   says, I'm going to go see you in Puerto Rico?

22      A.  When -- when we moved from the apartment to a

23   house, the one I told you, my father says, I will go to

24   Puerto Rico to live there because we were there, and

25   Enrique was there and Florentino was there.  So, my

1   father moved to Puerto Rico.  No.  Let me -- let me see.

2       Q.  Take your time and -- and think it through.

3       A.  We moved to Puerto Rico.  My father remained in

4   Miami.  Not in Fort Lauderdale, in Miami.  From 1964 on,

5   in Miami.  No, my father remains here.  My father went

6   to Puerto Rico just to visit us, but not to live.  No,

7   my father remains in Miami.

8           And, at first, when we didn't have any -- Johnny

9   was looking for a job and other things until we settle

10  down and have a house, the one I told you.  And, then,

11  my children went to Puerto Rico; my children.  My father

12  remained in Miami, in Miami, where the other ones were.

13  Ebby was here.

14          And he told me the location was very close, you

15  know.  My father would send the tickets to come to Miami

16  for my children.  And my four children stayed in

17  Puerto Rico.

18      Q.  So, your father leaves Cuba in 1960, '61 --

19      A.  Uh-huh.

20      Q.  Comes to Miami --

21      A.  Yes.

22      Q.  -- and stays in Miami?

23      A.  In Fort Lauderdale.

24      Q.  Fort Lauderdale.  Okay.

25      A.  Well, maybe he was would stay in Miami one day or

1    two when he came from Cuba.  But my father stayed in

2    Fort Lauderdale.

3        Q.  When I say "stay," I mean live, like a home.

4        A.  Yes.

5        Q.  His home --

6        A.  Yes, in Fort Lauderdale.

7        Q.  His home was in Fort Lauderdale?

8        A.  At the beginning; at the beginning.

9        Q.  And, then, he came down to Miami?

10       A.  Yes, sir.

11       Q.  Do you remember just roughly how long he was in

12   Fort Lauderdale and how long it was until he moved down

13   to Miami?

14       A.  I don't know where.  I don't.

15       Q.  Okay.  I asked you if you recalled where he lived

16   in Fort Lauderdale.

17       A.  My children will know.

18       Q.  But you don't recall?

19       A.  No, sir.

20       Q.  All right.  And now he moves to Miami at some

21   point, Alfredo, Senior, right?  He comes to Miami, from

22   Fort Lauderdale?  And he moves to where, to this house

23   on Miller?

24       A.  No.

25       Q.  No. He moves where?

1      A.  No. You're talking about my father?

2      Q.  Yes, your father.

3      A.  No, he -- he bought in Morning Side.  He bought

4   in Morning Side.

5      Q.  Okay.  Your esteemed counsel, Mr. White, would

6   like a little break, here, and I would prefer a break.

7           MR. WHITE:  Thank you.  We've been going

8           about an hour, so I thought it was a good time.

9           MR. BROCHIN:  Yeah.  Listen, any time you

10          guys need a break, just tell me.  Because, you

11          know, any time.

12          MR. WHITE:  Thank you.

13          THE VIDEOGRAPHER:  Going off record at

14          10:51 A.M.

15          (Thereupon, a short break was taken.)

16          THE VIDEOGRAPHER:  Back on record at

17          11:05 A.M.

18   BY MR. BROCHIN:

19      Q.  Ms. Fernandez, before the break I think we were

20   trying to talk about your father, Alfredo, Sr., and him

21   living in Fort Lauderdale and then coming to Miami.

22      A.  Yes, sir.

23      Q.  And I know you said he went from Cuba to the

24   United States in the 1960, '61 time frame?

25      A.  Yes, sir.

1      Q.   Then, he went to Fort Lauderdale?

2      A.   Yes.

3      Q.   Do you know when he went from Fort Lauderdale to

4   Miami?

5      A.   Let me see if I can remember.

6      Q.   Take your time, too.   Nobody is in a hurry.

7      A.   I don't remember, exactly.   I don't.

8      Q.   I think the testimony was that -- go ahead.   You

9   were going to say?

10     A.   From Fort Lauderdale?

11     Q.   Yeah.

12     A.   He went to Costa Rica.

13     Q.   Okay.

14     A.   To Costa Rica, because my children were in Fort

15   Lauderdale with him, you know.   I went to Costa Rica and

16   I was living in the sugar mill, with my husband.   So,

17   they didn't have any schools, you know, in the sugar

18   mill.

19     Q.   Uh-huh.

20     A.   So, my father went to Costa Rica.   What's the

21   capital?   Well, in Costa Rica, San Jose; to San Jose,

22   and he rent a house.   There were my four children.   And

23   my four children went to school, in San Jose.

24     Q.   Uh-huh.

25     A.   Yeah.   And I stayed in the sugar mill, with my

```
 1    husband.

 2        Q.   How long was your father in Costa Rica sending

 3    your kids to school; a year, two years?

 4        A.   Maybe two years.  Maybe.

 5        Q.   So, he goes from Fort Lauderdale, he comes to

 6    Costa Rica help you --

 7        A.   Yes.

 8        Q.   -- get your kids in school?

 9        A.   Until the volcano.

10        Q.   The volcano you said was maybe 1964?

11        A.   Yes, sir.  And he went to Miami.  He came to

12    Miami.

13        Q.   And you went to Miami?

14        A.   My father first and then we came.

15        Q.   Got it.

16        A.   And we have to stay with him because we didn't

17    have a penny.

18        Q.   Okay.  Got it.  So when he came from Costa Rica

19    to Miami, that -- he stayed in Miami until the day he

20    passed away?

21        A.   Yes.

22        Q.   I think he passed away in what, 1987?

23        A.   '87, I think so.  '86, '87.

24             MR. WHITE:  If you're sure, you can say, for

25        sure.  If you're not sure, you have to say, "I
```

```
 1            don't know."

 2   BY MR. BROCHIN:

 3       Q.  Well, that's not quite right, but -- you think it

 4   was about 1967 or 1968?

 5                MR. WHITE:  In other words -- I'm sorry to

 6            interrupt.  Objection.

 7                You should not guess.

 8                THE WITNESS:  No, I don't know.

 9   BY MR. BROCHIN:

10       Q.  Okay.  So, when Alfredo, Sr. came back to Miami,

11   did he -- where did he go to live in Miami?

12       A.  He bought a house in Morning Side.

13       Q.  And you said he bought, he didn't rent?

14       A.  No, he bought it.

15       Q.  So, he owned the house?

16       A.  Yes, sir.

17       Q.  And did your father ever remarry?

18       A.  Yes, he remarried in Costa Rica.

19       Q.  Costa Rica between 1962 and 1964 when you were

20   there?

21       A.  Uh-huh.  Should I tell you why he married?

22       Q.  Please.  I'm very interested.

23       A.  You know, in Cuba, we used to have Lola.  Lola

24   was a very good person, that she was working for my

25   mother, but she was like -- she was not a servant, you
```

1   know, she was a -- she sew very well.  And she took care

2   of me, when I was little.  And my mother have to come to

3   Havana, from the sugar mills, you know, because my

4   brothers were in school and so on.

5        So, Lola stayed with us all the time.  She was a

6   very, very good person.  She's the grandmother that my

7   children know because my mother, unfortunately, died of

8   a heart attack.  And Bernice, for example, was three

9   years old.  So, she knew Lola was the second mother for

10  my children.

11       And, then, my father thought that, you know,

12  everybody says, what is this -- this gentleman is doing

13  with that -- she was like a -- the mother of the kids,

14  you know.  We -- I stayed with my husband and Lola was

15  the one that took care for the children.  So, he said,

16  it's better to be married.  So, they married in

17  Costa Rica.

18     Q.  So, he married Lola?

19     A.  Uh-huh.

20     Q.  And can you give me Lola's full name?

21     A.  Dolores Santos.  Dolores Santos Vargas.

22     Q.  Varios?

23     A.  Vargas, V-A-R-G-A-S.

24     Q.  Vargas?

25     A.  Yes.

 1      Q.   And was -- Lola was Cuban, correct?

 2      A.   She's Cuban.  And she was younger than my father.

 3  And my father thought that Lola was going to take care

 4  of him, but it happens that he takes care of Lola

 5  because Lola lost her head.

 6      Q.   So, Lola is still --

 7      A.   No.  No.  Deceased.  Everybody is deceased.

 8      Q.   When did Lola pass?

 9      A.   I don't remember the year.  I don't remember the

10  year.

11      Q.   Do you remember if Lola died before or after your

12  father?

13      A.   Before.

14      Q.   Before your father?

15      A.   Yes.

16      Q.   So, your father died in 1987-ish?

17      A.   Yes.

18      Q.   And he -- Lola died before 1987?

19      A.   Before.

20      Q.   And did Lola die here, in Miami-Dade County?

21      A.   Yes, sir.

22      Q.   Do you know if Lola had a will?

23      A.   No.

24      Q.   So, your father, Alfredo, Sr., moves to Miami

25  from Costa Rica, in about 1964, and moves to a home and

1   buys a home in Morning Side?

2       A.   In Morning Side, yes, sir.

3       Q.   What was the size of that home, as far as you

4   know?

5       A.   Three rooms and two bath.

6       Q.   I'm sorry.  What year, if you recall -- or when

7   were Lola and your dad married?

8       A.   What year?

9       Q.   Yes, in Costa Rica?

10      A.   In Costa Rica, before we came?

11      Q.   Yeah.

12      A.   Let's say, in 19 -- I don't remember the exact

13  date.  No, I don't remember, but in Costa Rica.

14      Q.   And, so, they buy a three-bedroom house in

15  Morning Side.  And do you know if the title on that home

16  was in your father's name only or was it in your

17  father's name and Lola's name?

18      A.   I don't know.

19      Q.   Do you know the address at Morning Side?

20      A.   My children, I'm sure they know.

21      Q.   Uh-huh.

22      A.   It's in 55th Street, in Morning Side.

23      Q.   It's in the north part of Miami?

24      A.   Yes, it's northeast.

25      Q.   Northeast, right.  And he then -- did he move

1   from that house before he died or is that the house he

2   was in?

3       A.  No, he died in that house.

4       Q.  So, your dad lived in the Morning Side house from

5   approximately 1964, until 1987, until he passed away?

6       A.  Yes.

7       Q.  And over the years, did you ever live in that

8   Morning Side house?

9       A.  When we came from Costa Rica, we stayed there

10  about 15 days.

11      Q.  Okay.

12      A.  We stayed in the garage.

13      Q.  Now, you bought your home in Coral Gables, I

14  think we were -- we got to about 1990 something.

15  Hurricane Andrew then hits and --

16      A.  Yes, a year before.

17      Q.  Yeah.  How long were you in the Coral Gables

18  house?

19      A.  Until 2000.

20      Q.  Is that when you moved to the townhouse you're

21  currently in?

22      A.  Yes, our house got burned.

23      Q.  Oh, no.  And, so, you moved to the place which is

24  where you currently live?

25      A.  We have to leave because, you know, the --

```
 1      Q.   That's not the question.

 2           You moved, after the house burned, to the

 3      townhouse, which is the townhouse --

 4      A.   No, sir.

 5      Q.   Oh, you didn't?  Okay.  Where did you move after

 6      your house burned?

 7      A.   I move to Giselle's house that she used to live,

 8      my older sister, she used to live -- not to live, but

 9      she has an apartment, in Ridgepointe.  And we went to

10      Giselle's house because she was living, at that time,

11      with her husband in Columbia -- no, in St. Louis,

12      Missouri.

13      Q.   So, how long did you live at Ridgepointe?

14      A.   Excuse me?

15      Q.   How long were you living at Ridgepointe?

16      A.   From 2000 on.  2000.

17      Q.   Until when?

18      A.   Until now.

19      Q.   So, now -- so the townhouse you live in now is

20      the townhouse you moved into --

21      A.   Yes.

22      Q.   -- after your Coral Gables house burned?

23      A.   Yes, sir.

24      Q.   So, you've been in that house 20 --

25      A.   21 years.
```

1      Q.   Got it.   Now, I want to go back to your birth.

2   You were born where?

3      A.   I was born in Santiago de Cuba.

4      Q.   And when you were born in Cuba, where did you

5   live at birth?

6      A.   Where do I live --

7      Q.   Yeah.   Where?

8      A.   -- when I was born?   Well, my mother gave birth

9   to me in a hospital, in Santiago de Cuba.   Then, I don't

10  know how many days later, we went to the sugar cane

11  farm, very close to Santiago, but I just can't say where

12  it was located, you know.   Very close to Santiago.

13     Q.   And what year were you born in?

14     A.   1930.

15     Q.   And the sugar cane farm near Santiago, was that

16  owned by anybody in your family?

17     A.   Yes, my father.   It was a very big sugar mill,

18  sugar farm.

19     Q.   Did anyone own the sugar farm near Santiago,

20  other than Alfredo, Sr.?

21     A.   No, he was the only one, the only owner.

22     Q.   And how long did you live at the sugar farm near

23  Santiago?

24     A.   Three years.

25     Q.   And where did you live after living there?

```
 1      A.   We went to another sugar mill in the middle of

 2   Cuba, in Santa Clara province, a sugar mill called

 3   Corazon de Jesus.

 4      Q.   Okay.  Could you spell that or?

 5      A.   Corazon de Jesus, C-O-R-A-Z-O-N, de D-E, and

 6   Jesus, Jesus, J-E-S-U-S.  Okay?

 7      Q.   Okay.  And, so, I have you living at the sugar

 8   mill, at Santa Clara province, in 1933?

 9      A.   Yes, sir.

10      Q.   How long did you live at that sugar mill?

11      A.   Until 1936.

12      Q.   And did your --

13      A.   And then, we went to another sugar mill.  The

14   name was Unasia.

15      Q.   How do you spell that?

16      A.   U-N-A-S-I-A.

17      Q.   And the sugar mill that was in the Santa Clara

18   province --

19      A.   Yes, sir.

20      Q.   -- who was the owner of that sugar mill?

21      A.   My uncle, Francisco Blanco Calas.

22      Q.   Sorry.  Francisco Blanco -- what was the other

23   name?

24      A.   Calas, C-A-L-A-S.

25      Q.   Calas, okay.  And which child of Francisco Blanco
```

1    is your cousin?

2       A.   Which one?

3       Q.   Yeah.

4       A.   There were four.

5       Q.   Who are they?

6       A.   Mariel Risa, she's alive.   Rosita, she's dead.

7    Franchito, is alive.   And, Franklin, he passed away.

8       Q.   Okay.   Did Alfredo, Sr., your dad, own any part

9    of the Santa Clara province sugar farm?

10      A.   Not at that time, no.

11      Q.   Did there come a time that he owned,

12   Alfredo, Sr., the sugar mill, at the Santa Clara

13   province?

14      A.   Excuse me?

15      Q.   You said he didn't own it at that time?

16      A.   Yes.

17      Q.   Did there come a time when he did, your father

18   owned --

19      A.   No, sir.

20      Q.   So, he never owned?

21      A.   Never.

22      Q.   Did any of your siblings have any ownership

23   interest in the sugar mill, in Santa Clara province?

24      A.   At that time, no.

25      Q.   At any time?   At any time?

Trustpoint.One   Alderson.   www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

 1      A.   My brothers?

 2      Q.   Yeah.  Or sister?

 3      A.   Well, after that, in 1938, we went to Havana.

 4  And, then, my father bought -- in 1929, I think he

 5  bought the sugar mill, Ramona.

 6      Q.   But that sugar mill, in Ramona, is not the sugar

 7  mill in Santa Clara province?

 8      A.   No.

 9      Q.   So, from 19 -- you say you lived there --

10      A.   From 1950, that he bought the sugar mill.  I

11  don't remember.

12      Q.   But to be clear, first of all, in 1930 and 1933,

13  when you were living at the --

14      A.   Santiago.

15      Q.   -- Santiago sugar cane farm --

16      A.   Yes.

17      Q.   -- you were residing at that farm, right?

18      A.   Yes.

19      Q.   That's your place of -- that was your home?

20      A.   Yes, I was a baby.

21      Q.   Right.  But I just wanted to make sure -- clear

22  that that sugar farm where you were at, that was your

23  home?

24      A.   Yes.

25      Q.   That was the place you lived?

 1    A.   Yes.

 2    Q.   That was the place you resided?

 3    A.   Yes.

 4    Q.   That's the place your family lived?

 5    A.   Yes.

 6    Q.   And that was the place your family resided?

 7    A.   Yes.

 8    Q.   Similarly, for the sugar mill, from 1933 to 1936,

 9    the one near the Santa Clara province, that's the place

10    where you lived, right?

11    A.   Yes, sir.

12    Q.   That was your home?

13    A.   Yes.

14    Q.   That was your residence?

15    A.   Yes.

16    Q.   You understand the word "residence," right?

17    A.   Of course.

18    Q.   So, that would be what you would consider a

19    residential property?

20    A.   Yes.

21    Q.   Then, in 1936, you said you lived at the Santa

22    Clara province from '33 to '36?

23    A.   And, then, from '36 to '38, we went to Unasia.

24    Q.   Right.  Where is that?

25    A.   Unasia, very close in Santa Clara Province, was

```
 1    another sugar mill.

 2       Q.  Off the record, for a second.

 3              THE VIDEOGRAPHER:  Going off the record.

 4              (Thereupon, a short break was taken.)

 5              (Thereupon, Exhibit No. SBM-10 was marked

 6         for identification.)

 7              THE VIDEOGRAPHER:  Back on the record at

 8         11:28.

 9    BY MR. BROCHIN:

10       Q.  So, Ms. Fernandez --

11       A.  Yes.

12       Q.  -- I'm going to show you what we've marked as

13    SBM, standing for Seaboard Marine, as Exhibit Number 10.

14    Okay?

15       A.  Uh-huh.

16       Q.  And I'll tell you, this is a map, very similar,

17    if not identical, to the one you looked at on Tuesday.

18       A.  Yes, sir.

19       Q.  Right?

20           And, then, in a blow-up, there is, to your left,

21    if that's more helpful -- I actually think this may be

22    easier to look at than that map because it's right in

23    front of you.

24           So, my first question is:  Is the sugar cane farm

25    near Santiago, that you mentioned and discussed that you
```

```
 1   lived at from 1930 to 1933, on that map?

 2       A.  I don't know.

 3       Q.  Where is the sugar cane farm near Santiago, in

 4   relation to the Muriel Bay?

 5       A.  Santiago de Cuba; that's where I was born, at the

 6   end of the island.

 7       Q.  So, it would be to the far east of the bay?

 8       A.  No.  Far east?  No.

 9       Q.  So, I'm just going to -- I'll just -- if you

10   don't mind, this is Muriel Bay, right?

11       A.  Muriel Bay.

12       Q.  Yeah.

13       A.  Okay.  Here is Havana.  You know that's in the

14   Havana province, but Santiago is at the end of the

15   island.

16       Q.  So, it's east of Havana, assuming this way is

17   north?

18       A.  No, I don't --

19       Q.  Okay.  But Santa Clara is on the map.

20       A.  In the middle, the middle.

21       Q.  But it's not on this map because it's --

22       A.  No, no.

23       Q.  All right.  And, similarly, the sugar mill, the

24   Santa Clara one, which is the --

25       A.  Sir, it says here, Pilar del Rio.
```

1     Q.   Yeah, right, that's a different province, right?

2     A.   Uh-huh.

3     Q.   Right.  So, those two sugar mills were nowhere to

4  be found, in this province?

5     A.   San Ramon.

6     Q.   Not San Ramon.  I'm talking about either --

7     A.   Yes, real close to Muriel.

8     Q.   No, not San Ramon.  I'm talking about the sugar

9  farm in Santiago.

10    A.   Not Santiago.  Where was it?  No, not on the map.

11    Q.   And the sugar farm in the Santa Clara province --

12    A.   No.

13    Q.   -- not on this map?

14    A.   No.

15    Q.   Okay.  And, then, you mentioned this one from

16 1936 to 1938, at Unasia?

17    A.   Unasia.

18    Q.   All right.  Got that.

19    A.   The last name was the original owner.

20    Q.   Oh, that was the family name?

21    A.   Yes.

22    Q.   That's who your dad bought that from?

23    A.   No, sir.

24    Q.   Who purchased the --

25    A.   My Uncle Francisco.

1      Q.   Did you go live there, though?

2      A.   Yes, I did.

3      Q.   And what province was that?

4      A.   Santa Clara.

5      Q.   Was your father, Alfredo, Sr., ever an owner of

6   the Unasia family sugar farm?

7      A.   No, sir.

8      Q.   So, now, in 1938, where did you move to or live?

9      A.   We went to move -- we moved to Havana, in 1938.

10      Q.   And you lived, by the way, at this sugar farm for

11   two years in --

12      A.   In Unasia.

13      Q.   From 1936 to 1938?

14      A.   Yeah.

15      Q.   So, from 1938 you moved to where?  I'm sorry, I

16   missed it.

17      A.   To Havana.

18      Q.   All right.  And where did you go live in Havana?

19      A.   I went to school.  Oh, the address of the house?

20      Q.   Did you go -- did you go to live in a house?

21      A.   Yes.

22      Q.   So, you're eight years old?

23      A.   Uh-huh.

24      Q.   And you went to live in another home?

25      A.   Yes.

1      Q.   In Havana?

2      A.   Yes, a rented one.

3      Q.   And who rented the home?

4      A.   My father.

5      Q.   And was it you and your siblings and your father

6   that lived --

7      A.   No, my siblings, no.

8      Q.   They were older?

9      A.   I was eight years old.  My father, my mother, and

10   the -- my brothers and my sister, Ebby.

11      Q.   And how long did you rent the house in Havana?

12   For how long was the house in Havana rented for?

13      A.   Until I was 15 years old, in 1945.  1945.

14      Q.   And for those seven years, did you always rent?

15      A.   Yes, sir.

16      Q.   So, in 1945 where did you live?

17      A.   My father, my mother, they bought a house in

18   Miramar, on 5th Avenue and 12th Street.

19      Q.   And who was the owner of the house that was

20   bought in 1945?

21      A.   My father.

22      Q.   Okay.  Did your mother have any ownership in that

23   house?

24      A.   I don't know.

25      Q.   Well, how do you know your father owned it?

```
 1      A.  How do I know?  Because I know he bought it.  But

 2   I mean, I don't know.  You know, when you're 15 years

 3   old, are you going to say, show me the paper or

 4   anything?  No, I don't know.

 5      Q.  So, he may not have been the owner?

 6      A.  No, he was the owner.

 7      Q.  And you're sure he's the owner because why?

 8      A.  Because, you know, we believe in him and he says

 9   he bought it, he bought it.

10      Q.  How long were you living in the home that was in

11   Miramar?

12      A.  Until we came to exile.

13      Q.  Roughly, until about 1960?

14      A.  Uh-huh.

15      Q.  Now, did you live -- reside in this house, in

16   Miramar, continuously, for the 15 years between 1945 and

17   1960?

18      A.  When I married, I went to live in Manati, another

19   sugar mill in Oriente, with Johnny's family.

20      Q.  What year were you married?

21      A.  Excuse me?

22      Q.  I'm sorry.  What year did you get married?

23      A.  1949.

24      Q.  Okay.  So, you lived in the house your father

25   bought in Miramar for four years, got married in 1949 --
```

1     A.   Yes, sir.

2     Q.   -- and moved to a sugar mill that your husband's

3   family owned?

4     A.   Uh-huh.  And, then, in 1950, we moved to Havana,

5   to my father's house.

6     Q.   Which would be this house in Miramar?

7     A.   Yes, sir.

8     Q.   And did your husband move in, too?

9     A.   Yes.

10    Q.   And your children?

11    A.   Well --

12    Q.   How many did you have then?

13    A.   I had my first one.

14    Q.   You had your first one by then?

15    A.   Yes, I have the first one.  And I -- I used to

16  live in Manati, but the girl got sick.  And, then, my

17  mother said, no, you are not -- you don't take care of

18  it.  Come to Havana.  And we moved there.

19    Q.   The girl that got sick was who?

20    A.   Giselle.

21    Q.   Your daughter.

22    A.   My daughter.  She was two months old or something

23  like that.

24    Q.   So, you weren't in the Manati sugar mill very

25  long?

1    A.  No, a year at the most.

2    Q.  Okay.  And I thought I asked, but just to be

3  clear, your husband and the other siblings all -- when

4  they were born, obviously, they all moved back?

5    A.  Yes.

6    Q.  So, the three of you at the time moved back?

7    A.  Yes.

8    Q.  All right.  Did you live in the house in Miramar

9  continuously from 1950 --

10   A.  Yes, sir.

11   Q.  -- until 1960?

12   A.  Yes, sir.

13   Q.  Until you left for the United States or left --

14  fled Cuba?

15   A.  We moved in one year before, in 1959, Uh-huh.  We

16  moved to the -- we built a house in country club and we

17  moved to the house.

18   Q.  Where was that?

19   A.  In Havana.

20   Q.  Okay.  You said you built the house?

21   A.  Yes.

22   Q.  Who built the house?

23   A.  Well -- who built the house?  The architect.

24   Q.  All right.  Okay.  But was this something you and

25  your husband were doing or was this something that

Odette Blanco de Fernandez 12/17/2021
Case 1:20-cv-25176-BB Document 127-5 Entered on FLSD Docket 02/22/2022 Page 74 of 204

Page 72

```
 1    Alfredo, Sr. was doing or maybe one of your brothers or

 2    sisters?  Whose idea was it to build the house?

 3              MR. WHITE:  Objection, form.

 4    BY MR. BROCHIN:

 5       Q.  No?  It's not clear?  Hold on.

 6           Did you -- did you actually build a house?  Was a

 7    house actually built?

 8       A.  The house has to be built, yes.

 9       Q.  Was it built?

10       A.  Yes, it was to be built and my father bought a

11    piece of land, in the country club, and was supposed to

12    be one house for each children, but the regulation came

13    and I only have the house.

14       Q.  So, your father bought a piece of land, in the

15    country club, for a house to be built on?

16       A.  Yes, sir.

17       Q.  Was that house ever built, on that land?

18       A.  Yes, sir, my house.

19       Q.  Your house.

20       A.  And Byron's house.

21       Q.  And Byron's house; two separate houses or one

22    house?

23       A.  Two separate houses.

24       Q.  He bought you each a lot, in the country club, to

25    build a house?
```

Odette Blanco de Fernandez                                    12/17/2021
Case 1:20-cv-25176-BB   Document 127-5   Entered on FLSD Docket 02/22/2022   Page 75 of
204

Page 73

1      A.  Yes.

2      Q.  And each house was built?

3      A.  Yes.

4      Q.  Did you actually live in the house?

5      A.  I live -- we live in the house a very short

6   period because, you know, a lot of revolution and so on.

7   And we came back with my father.  When my mother died,

8   my father was really lonely, so we move again so he'd

9   have the children around.

10     Q.  And who was the owner?  Who had that title, the

11  piece of paper that we've been talking about, to the

12  house in the country club that your father originally

13  built or bought the land for?

14     A.  I don't know.

15     Q.  You don't know?

16     A.  No.

17     Q.  Did Byron move into his house?

18     A.  Yes.

19     Q.  Now, I'd like to know about your educational

20  background.

21         So, did you go to high school?

22     A.  Yes, sir.  I went to high school.  I didn't -- I

23  studied business and some things, you know.  Yes.

24     Q.  And where did you go?

25     A.  To Sacred Heart school.  Sacred Heart.

```
1      Q.   Where was that?

2      A.   In Havana.   Then, when I graduate, I was 16 years

3   old, and I went to a division of Marymount school in

4   Sag Harbor, Long Island.

5      Q.   Rhode Island?

6      A.   Uh-huh.   Rhode Island?   No.   Long Island.

7      Q.   Long Island.

8      A.   Long Island; very close to New York.

9      Q.   Yes.

10      A.   Sag Harbor.

11      Q.   What's the name of this place, Sacred Heart?

12      A.   Sacred Heart, in Havana.

13      Q.   Yes.   And, then, the --

14      A.   Then, I went to a division of Marymount schools

15   because my cousins were in Connecticut and I went there.

16   But, you know, I didn't know enough English.   So, they

17   have a division in Sag Harbor, and I went over there for

18   one year.

19           And, then, the next year, I realized that I

20   hadn't learned any English, at all.   So, I went to

21   Stephens College, in Columbia, Missouri.   And all the

22   English I know, I learn it there.

23      Q.   So, you were in Rhode Island?

24      A.   No, Long Island.

25      Q.   Sorry.   Long Island, for what, about a year?
```

1    A.   Yes, sir.

2    Q.   And wanted to learn more English?

3    A.   Yeah.

4    Q.   And, so, you transferred or went to school in

5   Missouri?

6    A.   Yes, Stephens College, which is really good.

7    Q.   You were there a year or year and a half?

8    A.   One year.  I was 18 when I finished.  And, then,

9   I met Johnny and I married next year.

10   Q.   You went back to Cuba?

11   A.   Yes.

12   Q.   You met Johnny in Cuba or the United States?

13   A.   Cuba.

14   Q.   Was Johnny educated in the United States?

15   A.   No.

16   Q.   Now, you mentioned -- you were about to mention

17  something about a sugar mill in Ramona that was

18  purchased?

19   A.   Yes.

20   Q.   Who purchased that?

21   A.   My father bought it.

22   Q.   And when did your father purchase the Ramona

23  sugar mill?

24   A.   In 1945.

25   Q.   And was it Alfredo, Sr. who purchased the Ramona

1   sugar mill?

2       A.   Yes.

3       Q.   Did your uncle --

4       A.   My Uncle Francisco.

5       Q.   Yes, your Uncle Francisco, did he have any

6   purchase or ownership in the Ramona sugar mill?

7       A.   No.

8       Q.   Was your last name -- was Alfredo, Sr's wife's

9   name on the Ramona sugar mill?

10      A.   I don't know.

11      Q.   Was your name on the title to the Ramona sugar

12  mill?

13      A.   I don't know, sir.

14      Q.   And now, we go back to exhibit --

15      A.   To the map.

16      Q.   To the map.  Let's go to the map, which is, for

17  the record, Number 10.  And is the Ramona sugar mill on

18  this map?

19      A.   It's so small.

20      Q.   It is small?

21      A.   It's very close to San Juan, but, you know, I

22  would need to look or something.

23      Q.   Well, is it easier if you look at the blown-up

24  chart, which is really the same map?

25      A.   Well, this is the Isle Rio.  No.  No.  No.  We

```
 1    are -- you were talking about Ramona.

 2        Q.  Right.

 3        A.  Ramona was in the middle of the island, Santa

 4    Clara.

 5        Q.  So, the answer is no?

 6        A.  No.

 7        Q.  So, the Ramona sugar mill, that your father

 8    bought in 1945, is no where to be found on this map?

 9        A.  No.

10        Q.  All right.  And how long did your dad own the

11    Ramona sugar mill?

12        A.  Until it was confiscated.

13        Q.  Was there a home or house at the Ramona sugar

14    mill?

15        A.  Yes.

16        Q.  A place to live?

17        A.  Uh-huh.

18        Q.  Is that yes?

19            Was there a place to live on the Ramona sugar

20    mill?

21        A.  Yes, sir.

22        Q.  A home; was there a home there?

23        A.  No.  No.

24        Q.  What was it?  Would you go to live there?  Would

25    you go to spend weekends there?
```

```
 1      A.  No.

 2      Q.  Could people go to spend time there and live?

 3      A.  No.

 4      Q.  So, I thought you said there was a house there?

 5      A.  There was a house, but, you know, Alfredo, my

 6   brother, he was in charge of the sugar mill.  He lived

 7   over there.

 8      Q.  Where did he live?

 9      A.  In the house.

10      Q.  So, there was a house?

11      A.  Well, the house in Ramona.

12      Q.  There was a house in Ramona?

13      A.  Yes.

14      Q.  It was a house that was used for people to live

15   in?

16      A.  Yes, sir.

17      Q.  Now -- so, your father bought -- buys a sugar

18   mill in 1949.  Did he acquire any other sugar mills

19   after that?

20           MR. WHITE:  Objection to misconstrues prior

21      testimony.

22   BY MR. BROCHIN:

23      Q.  You can answer.  I'll repeat it.

24           Your father purchases the Ramona sugar mill in

25   1945.  Did he purchase another sugar mill or sugar
```

 1  fields, after he purchased the Ramona sugar mill?

 2      A.  Yes.  Yes.

 3      Q.  What sugar mill or sugar field did he purchase?

 4      A.  San Ramon.

 5      Q.  San Ramon?

 6      A.  Ramona and Ramon.

 7      Q.  And when did your dad purchase Central San Ramon?

 8      A.  1949 or 1950 - no, 1950, because Giselle was born

 9  in 1950.

10      Q.  1950 he purchased it?

11      A.  Yes.

12      Q.  And is the sugar mill -- strike that.

13          In 1949, did he purchase a sugar mill or sugar

14  fields or both?

15      A.  I don't know.

16      Q.  All right.  The property that he purchased, in

17  1949, did he purchase it from a family?

18      A.  Yes.

19      Q.  What family did he --

20      A.  Bastinde.

21      Q.  And were the - was the Bastinde family living at

22  the Central San Ramon sugar mill --

23      A.  I don't know.

24      Q.  -- at the time of the purchase?

25      A.  I don't know.

 1      Q.  Was there a home or a house at the Central

 2   San Ramon sugar mill?

 3      A.  Yes, sir.

 4      Q.  What I mean by a home, a place where people could

 5   live?

 6      A.  Yes.

 7      Q.  And a home where people could reside?

 8      A.  Yes.

 9      Q.  Did you ever live or reside in the house that was

10   at Central San Ramon?

11      A.  No.

12      Q.  Did you ever go stay for days there, or a few

13   days there, or stay at the house?

14      A.  Once, we went for one night.

15      Q.  Now, do you know who the title owner is of

16   Central San Ramon when it was purchased in 1949?

17      A.  No, sir, I don't.

18      Q.  You do not know?

19      A.  No.

20      Q.  You're not -- you don't know if it was your

21   father or not who actually made the purchase?  It could

22   have been a company that made the purchase, correct?

23              MR. WHITE:  Objection, form.

24              THE WITNESS:  I know my father bought it.

25   BY MR. BROCHIN:

1      Q.  Well, have you -- are you familiar or have you

2   heard of a company called Azucarera Muriel SA?  I'll

3   spell it for you.  A-Z-U-C-A-R-E-R-A, Muriel, SA, have

4   you heard of that?

5      A.  Can I see the spelling, so I can --

6           MR. BROCHIN:  I'm happy to show it to her,

7        but --

8           MR. WHITE:  How about you write it on a

9        blank piece of paper and show it to her?

10          THE WITNESS:  I don't know.

11   BY MR. BROCHIN:

12      Q.  I'm showing you what I wrote out as "Azucarera

13   Muriel SA."  Do you recognize that?

14      A.  No, sir, I don't.

15      Q.  Do you know -- do you know if anyone in your

16   family has ownership interest in a company called

17   Azucarera Muriel?

18      A.  No, I don't.

19      Q.  Do you have any ownership interest in Azucarera

20   Muriel; do you?

21      A.  I don't know.

22      Q.  You've not heard of that company until I just

23   mentioned it today, right?  This was the first time

24   you've heard of it?

25      A.  I don't know.  I don't recall.  I don't think so.

```
 1      Q.  Fair enough.  Have you ever, at any time, owned

 2  stock in any company from Cuba?

 3      A.  I don't remember.

 4      Q.  As you sit here right now, take your time and

 5  think a minute, have you ever been a stock holder or

 6  owned shares of a stock or owned --

 7              MR. WHITE:  Objection, form.

 8              MR. BROCHIN:  You've got to let me finish

 9       the question.

10              MR. WHITE:  I will.

11              But don't answer until he finishes, please.

12       Thank you.

13              You're asking multiple questions at once.

14              MS. MURPHY:  I didn't even finish.

15              MR. WHITE:  I know, but there was still

16       multiple questions.

17              MS. MURPHY:  You've got to let me finish the

18       question.

19              MR. WHITE:  All right.

20  BY MR. BROCHIN:

21      Q.  At any time, have you ever owned any shares of

22  stock in any Cuban corporation?

23      A.  I don't recall.  I don't remember.

24      Q.  You don't remember and you don't recall.

25              So, as you are sitting here today with me, you
```

 1    cannot recall one way or another as to whether you've

 2    ever owned shares of any company in Cuba?

 3              MR. WHITE:  Objection, form.

 4    BY MR. BROCHIN:

 5       Q.  Is that correct?  Is that right?

 6       A.  I don't remember.  I don't remember.

 7       Q.  Now, back to the map.  This map, yeah.  I'll give

 8    you my blue pen, and just ask you to make a circle where

 9    you believe the Central San Ramon sugar mill is, if you

10    can.  If you can't, tell me you can't do it.

11       A.  No.

12       Q.  Okay.  You can't do it.

13              Did -- I asked you earlier, you know, between the

14    difference, did you purchase a sugar mill or did you

15    purchase sugar fields?

16              And by sugar fields, I wanted to ask you, do you

17    know if your father, Alfredo, Sr., purchased sugar lands

18    or sugar fields?  Did he do that?

19       A.  Yes, he did.

20       Q.  And did you purchase these sugar fields in or

21    around the sugar mill at Central San Ramon?

22       A.  Yes, sir.

23       Q.  Okay.  And do you have any sense of how much land

24    he purchased?

25       A.  No, sir.

1     Q.  Can you even estimate how much land and sugar

2  fields and lands he purchased in the surrounding area of

3  Central San Ramon?

4     A.  I can't recall.  I don't remember.

5     Q.  You know, I know on Tuesday you -- you described

6  the circumstances of you fleeing Cuba, in 1960.

7        At that time, who owned the Central San Ramon

8  sugar mill?

9     A.  My father.

10    Q.  Your father, Alfredo, Sr., owned the Central

11 San Ramon sugar mill, at the time you fled Cuba?

12    A.  Yes.

13    Q.  Did you own the Central San Ramon sugar mill, at

14 the time you fled Cuba?

15    A.  Yes, sir.

16    Q.  All right.  So, you owned it, your father owned

17 it.  Who else owned central San Ramon sugar mill, at the

18 time you fled?

19        (Thereupon, Mr. Eppler left the Zoom screen.)

20    A.  My family.

21    Q.  Well, who?  Who?  You told me, so far, two

22 individuals that owned it, you and your dad.

23        Who else, at the time you fled --

24    A.  My brothers, Alfredo, Florentino, Enrique, and

25 Byron.

1      Q.   I'm sorry, you said it a little too fast for me.

2      A.   Alfredo.

3      Q.   Uh-huh.

4      A.   Florentino.

5      Q.   Uh-huh.

6      A.   Enrique and Byron.

7      Q.   Now, did you own -- what percent of Central

8    San Ramon did you own, supposedly, when you fled Cuba?

9      A.   I --

10          MR. WHITE:   Objection to form.

11   BY MR. BROCHIN:

12     Q.   I'm sorry, what was the answer?   I didn't hear

13   the answer.

14     A.   No, I don't recall.

15     Q.   Oh, you don't recall?   How much did Alfredo, Sr.

16   own in Central San Ramon sugar mill, at the time he fled

17   Cuba?

18     A.   I don't know.

19     Q.   How much did Florentino own of Central San Ramon,

20   at the time he fled Cuba?

21     A.   I don't know.

22     Q.   How much did Enrique own of Central San Ramon, at

23   the time he fled Cuba?   And how much did Byron, your

24   brother, own at the time he fled Central San Ramon?

25     A.   I don't know.

1    Q.  Was there any other owners of the Central

2    San Ramon, allegedly, other than Alfredo, Sr. and

3    Alfredo Senior's four children -- five children?  That's

4    a bad question.  Let me ask it again.

5         First of all, did Ebby own any part of Central

6    San Ramon?

7    A.  No, sir.

8    Q.  But all five siblings owned Central San Ramon?

9    A.  Yes.  Yes.

10   Q.  And Alfredo, Sr.?

11   A.  Yes.

12   Q.  And how about your mother?  I recognize that she

13   passed in 1957.

14   A.  '57.

15   Q.  Right.  But up to the point that she passed, did

16   she own any part of Central San Ramon?

17   A.  Yes.

18   Q.  So, what percent or what part ownership or how

19   much did your wife -- sorry, did your father's wife own

20   of Central San Ramon?

21   A.  I don't know.

22   Q.  And when your mother passed, in 1957, did

23   something happen to her ownership of Central San Ramon?

24   A.  No.

25   Q.  Nothing happened to it?  I mean she died and who

```
1   get her ownership?

2       A.  I don't know.

3       Q.  Did your -- I may have asked this, sorry if I

4   did, but did your mother have a will?

5       A.  I don't know.  I don't think she did.

6       Q.  Any recollection of when she died?

7       A.  No.

8       Q.  Some --

9       A.  No, it was suddenly, you know.  She had a -- a

10  massive heart attack.

11      Q.  Uh-huh.  Yeah.  And why did Ebby not own Central

12  San Ramon?

13      A.  What did you --

14      Q.  Why did your other sister, Ebby, not have an

15  ownership interest in Central San Ramon?

16      A.  No, no.

17      Q.  Right.  You said she didn't, so my question is,

18  why not?

19      A.  Because she was a nun and my father and mother

20  said that -- you know, she belongs to the congregation

21  that she was a nun for.  The congregation, in Spanish,

22  the congregacion.  And my father said or my mother, that

23  if she ever was out of the, you know, was different, she

24  have the same rights as we have it.

25          But you don't know, not so many people, you know,
```

```
 1   at that time, we didn't know.  We never thought that she

 2   was going to go out because she was very prominent in

 3   the community.  But she later, when everything was

 4   confiscated, she went out to -- to take care of my

 5   father.

 6              MR. WHITE:  Counsel, we've been going an

 7         hour.  Did you intend to allow a lunch break

 8         today?

 9              MR. BROCHIN:  Certainly.  I didn't mean to

10         starve everybody, but listen, as far as the

11         schedule, the schedule in my mind is at the

12         convenience of the witness.  So, whatever the

13         witness wants is -- is good by me.  I believe

14         it's a good time for a break, if you want to take

15         another break.

16              MR. WHITE:  Yes.  Shall we take a lunch

17         break?

18              MR. BROCHIN:  Let's go off the record.

19              THE VIDEOGRAPHER:  Going off record at

20         12:04 P.M.

21              (Thereupon, a short break was taken.)

22              THE VIDEOGRAPHER:  We're back on record at

23         1:41 P.M.

24              (Thereupon, Mr. Papkin and Mr. Baron

25         returned to the Zoom screen.)
```

```
 1   BY MR. BROCHIN:

 2      Q.  Ms. Fernandez, I'd like to now talk to you a

 3   little bit about the property you've -- you've -- you've

 4   called Tapia.  Tapia.

 5      A.  Yeah, uh-huh.

 6      Q.  Does Tapia, that word, mean anything?

 7      A.  No, no, Tapia was a last name.  Tapia.

 8      Q.  That was a family name, too?

 9      A.  Yeah, family name.  No first name.

10      Q.  Like Blanco?  Like Blanco names?

11      A.  Yeah.

12      Q.  Now, the Blanco family -- I think you testified

13   that the Blanco family, at some time, owned Tapia.

14      A.  Yes, sir.

15      Q.  Who was it that actually purchased the Tapia

16   property?

17      A.  My husband.

18      Q.  And when did your husband, Johnny, purchase the

19   Tapia property?

20      A.  I can't remember.  The date?  I don't remember.

21      Q.  It was after you were married then, correct?

22      A.  Oh, sure.

23      Q.  So, it would be after 1949?

24      A.  Oh, yes.

25      Q.  And it would be before you left to go to Miami?
```

```
 1     A.  Yes, yes.

 2     Q.  That's right.  So, sometime in the 1950s, right?

 3  Is that right?

 4     A.  Yes, sir.

 5         (Mr. Gaebe joined the Zoom screen.)

 6  BY MR. BROCHIN:

 7     Q.  And -- and why did your husband, Johnny, choose

 8  to purchase the Tapia property?

 9     A.  The owner of Tapia farm, at that time, was a

10  gentleman that want to sell it.  He went to Johnny and

11  Johnny bought it.

12     Q.  Well, it was the owner of that Balcinge family,

13  too, of the Tapia property?

14     A.  Yes.

15     Q.  And he wanted to sell his Tapia property?

16     A.  He sold it to my father.

17     Q.  Okay.  I'll -- I'll rewind it.

18         So, Johnny, your husband, bought Tapia.

19     A.  Bought Tapia.

20     Q.  Bought Tapia.  Who did Johnny, your husband, buy

21  that Tapia from?

22     A.  From Angela Ruiz.

23     Q.  Could you spell that for me, please?

24     A.  Angela Ruiz, A-

25     Q.  A-N-G?
```

Odette Blanco de Fernandez                                    12/17/2021
Case 1:20-cv-25176-BB   Document 127-5   Entered on FLSD Docket 02/22/2022   Page 93 of
204

Page 91

```
 1     A.   Uh-huh.

 2     Q.   E-L-A, Angela?

 3     A.   No, Angela.

 4     Q.   Angela, uh-huh. And the other name, the last

 5  name?

 6     A.   R-U-I-Z, Ruiz.

 7     Q.   Okay.  So, your husband bought it from Mr. Ruiz.

 8          Why did your husband want to buy the Tapia

 9  property from Mr. Ruiz?

10     A.   Because it was land that grew the sugar cane, in

11  San Ramon.

12     Q.   Could you repeat that?  It was the land that did

13  what?

14     A.   Tapia.  A colonia -- what you say, a farm, sugar

15  cane farm, that greens, sell it to San Ramon.

16     Q.   And, then, your husband then became the owner of

17  Tapia?

18     A.   Yes.

19     Q.   When your husband became the owner of Tapia, were

20  you also the owner of Tapia?

21     A.   Yes.

22     Q.   With him?

23     A.   Yes.

24     Q.   So, both you and your husband bought Tapia?

25     A.   Yes, sir.
```

1     Q.   How much did you purchase Tapia for?

2     A.   For?

3     Q.   How much?

4     A.   How much?  10,000.

5     Q.   And in exchange for the 10 thousand pesos, did

6     you get -- 10 thousand pesos was it or US dollars?

7     A.   I don't know.

8     Q.   When you paid the money for Tapia, did you get

9     the deed or title to the Tapia property, the document?

10    A.   I don't think so.

11         (Mr. Eppler joined the Zoom screen.)

12    BY MR. BROCHIN:

13    Q.   Do you recall if there was a deed or title

14    document with your name on it or your husband's name on

15    it or both?

16    A.   I don't recall.

17    Q.   And how long did you and your husband own Tapia

18    for?

19    A.   We own it, but my father bought it from us.

20    Q.   How long after you bought it from Mr. Ruiz did

21    you then, in turn, sell it to your father?  How long a

22    period of time?

23    A.   I don't recall for how long.  I don't recall

24    that.  Soon.

25    Q.   But why, then, did your father buy Tapia from you

```
1    and your husband, Johnny?

2       A.   Why?

3       Q.   Why?  Why did he buy it?

4       A.   Why did he buy it?  Because it was land for the

5    sugar mill.

6       Q.   And when your father bought the land from you,

7    did you and your husband give your father, Alfredo, Sr.,

8    a title or a piece of paper --

9       A.   I don't recall that.

10      Q.   You have to let me finish.

11      A.   Yes.

12      Q.   I'll start over.  Just let me finish and the

13   reason is because the court reporter --

14      A.   I'm sorry.

15      Q.   She's good, but she isn't that good.  So, she has

16   to take down my sentence, and then she has to hear your

17   answer.

18           So, when you bought the property -- when you sold

19   Tapia, you and your husband, to your father, Alfredo,

20   did you give your father, Alfredo, a piece of paper or

21   something to show the title or ownership of that

22   property, Tapia, was going from you and your husband to

23   your father?

24      A.   I don't recall.

25      Q.   And when you purchased -- excuse me.
```

 1          When you sold Tapia to your father -- you sold it

 2     to him, correct?

 3          Do you recall how much you sold Tapia to your

 4     father for?

 5     A.   The same amount.

 6     Q.   10,000?

 7     A.   Yeah.

 8     Q.   And at the time that you sold Tapia to your

 9     father, was your mother alive?

10     A.   Yes.

11     Q.   Did your mother also take ownership with your

12     father of the Tapia property?

13     A.   I don't know.

14     Q.   Was the Tapia east to the Bay of Muriel?  In

15     other words, if you go east from Tapia, that's where the

16     Bay of Muriel is?

17     A.   Yes.

18     Q.   And is that where the family's summer home was

19     located at Tapia?

20     A.   Yes.

21     Q.   So, Tapia was used as a family home?

22     A.   No, we have our home.

23     Q.   Summer home, was it used as a summer home?

24              MR. WHITE:  Object to form.

25              THE WITNESS:  Objection --

```
 1   BY MR. BROCHIN:

 2       Q.  I'll ask it again.

 3           Was the Tapia house, was there a house -- there

 4   was a house at Tapia, right, a house that you could live

 5   there, right?

 6       A.  Yes.

 7       Q.  That house where you could live at Tapia, was

 8   that used by the Blanco family, as a summer home?

 9       A.  No.

10       Q.  Never used as a summer home?  Would you go there

11   in the summers?

12       A.  Yes, but it was very close to the land.  We went

13   in the morning and come back in the afternoon.

14       Q.  Would you ever go for overnight?

15       A.  No.

16       Q.  So, you never went to Tapia, to sleep there

17   overnight?

18       A.  No, sir.

19       Q.  What was the purpose then for you travelling from

20   Havana to Tapia, during the day, and then returning to

21   Havana that same day?

22       A.  Why?

23       Q.  Yeah, why did you go there for a few days?

24       A.  For vacation.

25       Q.  And for recreation?  Did anybody live at that
```

```
1    Tapia house?

2        A.  No, sir.

3        Q.  Ever?

4        A.  Ever.

5              MR. BROCHIN:  I have some photographs.  The

6          one that's already been marked, so -- for the

7          record.  So, what I'm going to do -- it's the

8          same one, but I'm also going to mark it for this

9          deposition.

10             MR. WHITE:  11 is it?

11             MR. BROCHIN:  Yeah.

12             (Thereupon, Exhibit No. SBM 11 was marked

13         for identification.)

14   BY MR. BROCHIN:

15       Q.  I'm going to show you, Ms. Fernandez, this is a

16   photograph.  It was marked as Exhibit 5 in a previous

17   deposition.  I marked it as SBM-11 to this deposition.

18             And I want you to -- if you could just identify

19   that.  What is that a picture of?

20       A.  The house.

21       Q.  That's the house, in Tapia?

22       A.  Yes, sir.

23       Q.  And was that house there when you and your

24   husband purchased the property from Mr. Ruiz?

25       A.  Yes.  Not as pretty as here, not that pretty as
```

```
 1    here.  It was in bad shape.

 2        Q.  When you bought it?

 3        A.  Uh-huh.

 4        Q.  Okay.  So, did you and your family fix it up?

 5        A.  Yes.

 6        Q.  And what kind of improvements did you make?

 7        A.  What kind of improvements?

 8        Q.  Yeah.

 9        A.  Well, I think the bathroom.  That's it.

10        Q.  How large was the house?

11        A.  No, it wasn't that large.

12        Q.  Is it larger than the townhome you live in today?

13        A.  No.

14        Q.  Smaller than the townhome you live in?

15        A.  Yes.

16        Q.  How many bedrooms did the --

17        A.  I don't recall how many bedrooms, but two, I

18    think.

19        Q.  But it had bedrooms for people to sleep in?

20        A.  Yes, sir.

21        Q.  And it had room for people to live in there, if

22    they wanted to live in there?

23        A.  Yes.

24             MR. WHITE:  Objection to form.

25    BY MR. BROCHIN:
```

 1      Q.  People could live and reside in that house, which

 2   is depicted in Exhibit Number 11, correct?

 3      A.  Yes.

 4      Q.  Did it have a kitchen?

 5      A.  I don't know.

 6      Q.  Did you have a place somewhere to cook food,

 7   stove?

 8      A.  I don't recall.

 9      Q.  Did it have electricity?

10      A.  Yes.

11      Q.  Running water?

12      A.  I don't recall because we never stopped in there.

13   I don't recall.

14      Q.  Did it have bathrooms, toilets?

15      A.  One bathroom.

16      Q.  One bathroom.  Okay.  Did it work?

17      A.  Yes.

18      Q.  And were there, over the years that you owned it,

19   from time to time, people who would stay there in that

20   house?

21      A.  No, sir.

22      Q.  So, as far as you know, no one ever stayed there?

23      A.  No.

24      Q.  This structure -- or this building that is

25   Exhibit Number 11, which is a house, could that be used

 1   for anything, other than to live in?

 2      A.  I don't know.

 3      Q.  Was it used for anything, other than living in?

 4      A.  I don't recall anything.  I don't remember.

 5      Q.  You don't recall anyone using this house to do

 6   anything but live in it?

 7              MR. WHITE:  Objection to form.

 8              THE WITNESS:  No.

 9   BY MR. BROCHIN:

10      Q.  Okay.  Were there any other structures, on the

11   Tapia property, that you and your husband purchased and

12   then sold?

13      A.  I don't recall anything.  A dock, no?

14   Something --

15      Q.  A dock?  Maybe take a look at that picture, too.

16          Anything else?

17      A.  Anything else?

18      Q.  Nothing else?

19      A.  Nothing else.

20      Q.  I just want to be clear because I don't want to

21   talk through each other.

22              MR. WHITE:  May I ask for clarification?  We

23          can have it read back, but the original question

24          was what?

25              MR. BROCHIN:  I don't --

```
 1                  MR. WHITE:  Madam, court reporter --

 2                  MR. BROCHIN:  Like, what do you need?

 3                  MR. WHITE:  I'm not sure the question she's

 4          answering.

 5                  MR. BROCHIN:  Okay.  Well, then, I'll

 6          rephrase it.  Withdrawn.  I'll ask it again.

 7                  MR. WHITE:  All right.

 8   BY MR. BROCHIN:

 9      Q.  So far, you've told me that there was a house on

10   the Tapia property and there was a dock on the Tapia

11   property.

12          Was there any other structure on the Tapia

13   property?

14      A.  Yes, a small thing where you can sit down.

15   That's it.  But not for living, you know.

16      Q.  Okay.  Let me try to understand that.

17      A.  Like a terrace, a terrace, a terrace.

18      Q.  Was that like a sitting area?

19      A.  Uh-huh.

20      Q.  So, if you were staying at the house and wanted

21   to go over here to sit outside and relax?

22      A.  Yes.  Yes, sir.  Uh-huh.  Yes.

23      Q.  It was covered?

24      A.  One of them.

25      Q.  One of them was covered?
```

 1     A.  Palms.  Palms.  Uh-huh.

 2     Q.  It was covered with palms?

 3     A.  With -- I think I have to call on Maria to

 4  translate it.

 5     Q.  So, let's do this.  Let me ask the question in

 6  English, I'll let her translate it, and then you can

 7  answer.

 8     A.  Okay.

 9     Q.  Okay.  On the Tapia property, you were describing

10  the outdoor structure you called a "terrace."  Describe

11  that terrace for us.

12     A.  That terrace had a roof, which is the Palm

13  leaves.

14     Q.  That's it?

15          MR. BROCHIN:  And we'll keep -- we'll do

16       this in Spanish, so I want you to translate my

17       questions for her.

18  BY MR. BROCHIN:

19     Q.  What was the purpose of the terrace?

20     A.  To be able to sit down and have a conversation.

21     Q.  On the terrace, were there chairs to sit?

22          MR. WHITE:  Was there an answer to the

23       question that was just asked?

24          MR. BROCHIN:  Yes.

25          THE WITNESS:  Yeah, and there was also a

```
 1              small table, in order so that you could put a

 2              Coke to drink.

 3   BY MR. BROCHIN:

 4      Q.  Was there any sort of a service utility, such as

 5   a refrigerator or an ice chest or something, to host

 6   people there?

 7      A.  No.

 8      Q.  Other than the house, the dock, and the terrace,

 9   were there any other structures on the Tapia property

10   that you and your husband purchased?

11      A.  No.

12              (Thereupon, Exhibit No. SBM-12 was marked

13         for identification.)

14         MR. BROCHIN:  This is exhibit -- I marked it

15         as SBM-12, and albeit, it was marked at another

16         deposition, it's not the same version.

17         MR. WHITE:  Counsel, was it marked at her

18         deposition earlier this week or some other

19         deposition?

20         Do you have a copy for me?  That's all I'm

21         asking you.

22         MR. BROCHIN:  Yeah, that I do.

23         MR. WHITE:  I would appreciate it.

24         May I inspect the copy for the Witness?  You

25         do have one for me?  Great.
```

 1   BY MR. BROCHIN:

 2       Q.  Okay.  So Exhibit Number 12 is a photograph or an

 3   image that -- one similar was marked into evidence, but

 4   this is not the exact same -- it's not a copy of that.

 5           So, do you recognize --

 6               MR. WHITE:  Counsel, I'm sorry, the one you

 7           gave me is the prior exhibit, but -- it's the one

 8           we marked.

 9               Let me just look at what you've got there.

10           Okay.  Sorry.  That's from our production.

11               MR. BROCHIN:  No, it's from your production,

12           but it wasn't marked as an exhibit.

13               MR. WHITE:  I get it.  I'm just going to

14           write down the Bates number, so I can get a copy

15           later.  It's going to be SBM-12.

16               Got it.  Thank you.

17   BY MR. BROCHIN:

18       Q.  Do you recognize the photograph, in

19   Exhibit Number 12?

20       A.  Yes.

21       Q.  And what are we looking at here?  What is that a

22   picture of?

23       A.  The dock.

24       Q.  The dock at Tapia?

25       A.  Yes.

```
 1      Q.  Was that dock there when you bought the property?

 2      A.  I don't recall if it is the same or not.  I don't

 3   recall.

 4      Q.  And you see in the upper, left-hand corner,

 5   there's a handwritten note, a word -- it says -- seems

 6   to say "Tapia"?

 7          See in the upper right-hand corner, the word --

 8   can you see that?  Right here.

 9      A.  What is this?  "Tapia," uh-huh.

10      Q.  Is that your handwriting?  Did you write that?

11      A.  No.

12      Q.  Now, do you know who these people are on the

13   dock?

14      A.  No, sir, I don't recall.

15      Q.  And you see there's a boat here, it looks like,

16   and a child in the boat?  Do you see that?

17      A.  Yes.

18      Q.  Were there recreational boats at this dock?

19      A.  One small boat with --

20      Q.  Oars?

21      A.  Uh-huh.

22      Q.  And was that a boat that was always kept at that

23   dock?

24      A.  I don't recall.

25      Q.  Was there a boat or boats at that dock, for
```

 1   people to use for recreation?

 2      A.   No, sir.

 3      Q.   Did people use that dock for boats or recreation?

 4      A.   I don't know.

 5      Q.   Let me show you what was marked as

 6   Exhibit Number 3, from a previous deposition.  But I'm

 7   now going to also mark it as Exhibit Number 12.

 8             MR. WHITE:  The last one was 12.  That would

 9        be 13.

10             MR. BROCHIN:  I'll mark this as

11        Exhibit Number 13, SBM-13.

12             (Thereupon, Exhibit No. SBM-13 was marked

13        for identification.)

14   BY MR. BROCHIN:

15      Q.   Do you recognize the image in Exhibit Number 13?

16   Take your time.  Use your glasses, whatever you need.

17      A.   What did you say?

18      Q.   Have you -- you took a look at it.  What are we

19   looking at?  What is that?  What is this a picture of?

20      A.   The dock and my children, I guess.

21      Q.   You guess or you have a pretty good idea?

22      A.   I don't know.

23      Q.   Okay.  Like your counsel said, you don't need to

24   guess.  If you don't know, you don't know.

25             Is the dock, in Number 13, the same dock that's

```
 1    in Number 12?  Are we looking at the same dock?

 2        A.  I don't know.

 3        Q.  All right.  Is Exhibit Number 13 a dock at Tapia,

 4    correct?  Right, this is a dock at Tapia?

 5        A.  Yes, sir.

 6        Q.  And this, on Exhibit Number 12, that's a dock at

 7    Tapia?

 8        A.  I don't know.  I can't recall.

 9        Q.  Okay.  Is Exhibit Number 12 a picture of the

10    property at Tapia?

11        A.  I don't know.

12        Q.  How many docks were there at Tapia?

13        A.  (Indicating one finger.)

14        Q.  Now, was this dock, with these kids at it, using

15    this boat, looks like for recreation, was this dock used

16    for anything, other than maybe to boat or fish off?

17        A.  I don't know.

18        Q.  Do you remember this dock being used for anything

19    but boating, recreational or fishing?

20        A.  That's it.

21        Q.  That's it.  You're don't remember it being used

22    for anything else?

23        A.  No.

24        Q.  And you say your father bought the Tapia property

25    from you and your husband.  Did your father ever sell
```

1    that Tapia property to anybody?

2        A.   No.

3        Q.   Did your father, Alfredo, Sr., own the Tapia

4    property at the time he fled from Cuba, in 1960?

5        A.   Yes.

6        Q.   So, after you bought the Tapia property, you gave

7    10,000 -- was it 10,000 -- how much -- oh, did -- he

8    paid you 10,000, right?

9            He paid you 10,000 for the Tapia property.  And

10   for the 10,000 either dollars or pesos, you gave him the

11   title or ownership to the Tapia property?

12       A.   I don't know.

13       Q.   But when he gave you the $10,000, he was giving

14   you the $10,000 so your father would own Tapia?

15       A.   I don't know, sir.

16       Q.   Well, why did he give you 10,000 either dollars

17   or pesos for Tapia?  What was the purpose of him giving

18   you $10,000?

19       A.   Because he was buying, and he was paying off what

20   my husband paid, 10,000, you know.  Uh-huh.  We sold it

21   for 10,000 and he gave us 10,000.  That's it.

22       Q.   So, you became the owner of Tapia?

23       A.   Yes, sir.

24       Q.   And he kept the ownership all the way --

25       A.   Yes.

 1      Q.  -- until he had to leave Cuba?

 2      A.  Yes, sir.

 3      Q.  Are you familiar with, in Cuba, the Angosta

 4   peninsula, A-N-G-O-S-T-A, Angosta?

 5      A.  No.

 6      Q.  You've not heard of that?

 7      A.  No, sir.

 8      Q.  Do you know of or are you familiar with the town

 9   of Quibera, Q-U --

10      A.  Quibera Hacha.

11      Q.  Quibera Hacha.  And are you able, on the map

12   here, to show me where that town is?  Circle it in blue.

13   Again, you take your time.

14            THE COURT REPORTER:  Can you spell that for

15       me?

16            MR. BROCHIN:  Q-U-I-E-B-R-A, one word,

17       Hacha, H-A-C-H-A.

18            THE COURT REPORTER:  Thank you.

19            THE WITNESS:  Here.

20   BY MR. BROCHIN:

21      Q.  Mark it.  I'll let you mark it with a pen, blue

22   pen.

23      A.  Around?

24      Q.  Yeah, that would be perfect.

25            Now, did Alfredo, Sr. own land near where you

 1    just marked that blue circle?

 2        A.  Where?

 3        Q.  Where you just marked the circle.

 4        A.  Yes.

 5        Q.  Did he own, your father, own land where you just

 6    pointed?

 7        A.  I don't know.

 8        Q.  Do you know if he owned land near where you

 9    marked that circle; do you know?

10        A.  If I know?

11        Q.  Yeah.  No, do you know?

12        A.  No.

13              (Thereupon, Mr. Eppler left the Zoom

14        screen.)

15              MR. BROCHIN:   The next one is going to be

16        14, as I recall.

17              (Thereupon, Exhibit No. SBM-14 was marked

18        for identification.)

19              MR. BROCHIN:  I marked it as 14, and it's

20        Bates stamped as 2506.

21    BY MR. BROCHIN:

22        Q.  All right.  Now, Ms. Fernandez, I put in front of

23    you another photograph.  I marked it as

24    Exhibit Number 14.

25              I'm going to ask you to take a look at it and

1    tell me if you recognize it, and if you know what you're

2    looking at, what that's a picture there?

3        A.   Muriel Bay.

4        Q.   Is that what you think it is Muriel Bay?

5             MR. WHITE:   Only state what you know.

6    BY MR. BROCHIN:

7        Q.   And do you see in the right-hand side here, do

8    you recognize this dock or platform?

9             MR. WHITE:   Objection to form.

10             MR. BROCHIN:   What's wrong with the

11         question?

12             MR. WHITE:   It's two questions.

13             MR. BROCHIN:   Okay.  I'll rephrase it then.

14    BY MR. BROCHIN:

15        Q.   Do you recognize this platform structure that's

16    on the far right-hand side?

17        A.   No, sir, I can't recall that.

18        Q.   Do you know whether this platform structure on

19    the right-hand side sits on the Tapia property?

20        A.   I don't recall.

21        Q.   Do you see -- and this is a document I will tell

22    you that your lawyers gave us, but in the left-hand

23    side, there is handwritten, it looks to me to be, Tapia,

24    Muriel Cove.  Do you see that right here?

25        A.   Yes.

```
 1      Q.   Is that your handwriting?

 2      A.   No, sir.

 3      Q.   Is this a photograph that you had and provided to

 4  counsel?

 5      A.   I don't recall.

 6      Q.   Have you ever seen this photograph; Tapia?

 7      A.   Yes, I see this, but I don't recall.  I just

 8  can't say this is this, you know.

 9      Q.   Well, when I asked you what it was, you sounded

10  like you speculated a bit, or said, hey, that may be

11  Muriel Bay, right?

12      A.   Uh-huh.

13      Q.   What made you think it was a picture of Muriel

14  Bay?

15      A.   Why?

16      Q.   Yeah.

17      A.   Because it looks like, you know, it's a lot of

18  sea and land, over here.

19      Q.   Uh-huh.

20      A.   I don't know what it is, for sure, or if this is

21  this, no.

22      Q.   But this, for some reason, looked to you to be

23  Muriel Bay?

24      A.   Yes, sir.

25      Q.   Okay.  Can you see in the far distance, there's
```

1    -- it looks to be some structures of some sort, maybe a

2    little bit of element; do you see all that there?

3        A.   I see it, but I don't know what it is.

4        Q.   That was my next question.  Do you know what that

5    is?

6        A.   No.

7        Q.   Do you have any idea what that is?

8        A.   No.

9        Q.   Do you know where that is?

10       A.   No.

11       Q.   When you were in Cuba, in this time period, and

12   let's just say from 1955 to the time you left, so 25 to

13   30 years old, did the town of Muriel have an airport?

14       A.   I don't know.

15       Q.   You don't remember if there was an airport?

16       A.   An airport in Muriel?  I don't remember.

17       Q.   Do you remember if there were any air strips near

18   -- let me just finish -- near the Tapia property?

19       A.   No, sir.

20       Q.   Do you know if there was any discussion or plans

21   to build a naval air base close by Tapia?

22       A.   No, sir, I don't recall.

23       Q.   How many times -- and I know this is just an

24   estimate, Ms. Fernandez, don't worry about being

25   concise, but I'm just trying to get a sense for how

 1   often you went to Tapia or how many times you were

 2   actually there, physically, on that property?

 3       A.  I don't remember how many times I have been

 4   there.

 5       Q.  So, let me see if I can help you.

 6       A.  No.

 7       Q.  Let me see if I can help you.  You were there at

 8   least once, right?

 9       A.  Of course.

10       Q.  But you weren't there a hundred times; were you?

11       A.  No.

12       Q.  So, were you there maybe 10 times?

13       A.  More.

14       Q.  More than 10.  Okay.  Would you say 50 times?

15       A.  Uh-huh.

16       Q.  So, approximately, somewhere around maybe 40 or

17   50 or even 60 times?

18       A.  Yes, sir.

19            MR. WHITE:  Object to form.

20   BY MR. BROCHIN:

21       Q.  And that's over the years -- all the years you

22   were there?

23       A.  Yes.

24       Q.  And all those years you were there and you went

25   that many times to Tapia, is it your testimony that you

 1   never slept overnight there?

 2       A.  Yeah.

 3             MR. WHITE:  Objection, asked and answered.

 4   BY MR. BROCHIN:

 5       Q.  You would only go there on those times for the

 6   day; is that correct?

 7       A.  Yes.

 8       Q.  And but the purpose for going those times to

 9   Tapia was for recreation?

10       A.  Recreation.

11       Q.  Is it fair to ask or say that you would maybe go

12   on weekend days, like Sundays?

13       A.  Sundays.

14       Q.  For the day off?

15       A.  Yes.

16       Q.  And when you went for the day off with your

17   family, other family members would go with you?

18       A.  Yes.

19       Q.  Your children sometimes?

20       A.  Yes.

21       Q.  Your father, Alfredo?

22       A.  Yes.

23       Q.  And maybe your brothers and sisters?

24       A.  Uh-huh.

25       Q.  Their wives and kids, is that right, they would

```
 1   all go?

 2      A.  Yes.

 3      Q.  But each and every time you went, you would go

 4   for recreational purposes?

 5      A.  Yes, sir.  Yes.

 6      Q.  You would go to have fun?

 7      A.  Yes.

 8      Q.  You would go to relax?

 9      A.  Yes.

10      Q.  Do you recall, while you may have gone for only

11   that day on Sunday, whether your brother or your kids

12   may have stayed overnight or stayed a few days --

13           MR. WHITE:  Objection, asked and answered,

14        and compound, as well.

15           MR. BROCHIN:  But you have to let me finish.

16        You can object, but you have to let me finish my

17        question, just like she does.

18           MR. WHITE:  Once he finishes, then I will

19        say something.  So, let him finish and then wait

20        for me to instruct you to answer.

21           MR. BROCHIN:  Just for my refreshment,

22        Laura, could you just read the first phrase or

23        two from that question.

24           THE COURT REPORTER:  " Do you recall, while

25        you may have gone for only that day on Sunday,
```

```
 1            whether your brother or your kids may have stayed

 2            overnight or stayed a few days --"

 3                 MR. BROCHIN:  I'm going to rephrase the

 4            question.  I'm going to ask it again.

 5  BY MR. BROCHIN:

 6     Q.  Do you recall, while you went there many times to

 7  recreate and have fun, but only for the day, whether

 8  your brothers, their wives, their kids, your father,

 9  your mother, would stay longer, longer than the day,

10  maybe, you know, a week or vacation for a few days?

11            Do you recall that ever happening?

12                 MR. WHITE:  Objection to form.

13                 You may answer.

14  BY MR. BROCHIN:

15     Q.  You can answer.

16     A.  To him?

17                 MR. WHITE:  Yes, answer to him.

18                 THE WITNESS:  My brother, Florentino, he

19            built stuff, you know, for the weekend.  He built

20            two little houses, you know, like cabins or

21            something like that to stay because Florentino

22            has other children.  But as Havana was so close,

23            we went for the day and then we went back.

24  BY MR. BROCHIN:

25     Q.  Okay.  But Florentino --
```

 1      A.   But Florentino has another children.   And he

 2   loves, you know, to -- the nature and, you know, he

 3   enjoyed it a lot.   That's why he construct two -- two or

 4   three like a cabin, cabin just for overnight.

 5      Q.   And Florentino and his wife and his kids would

 6   stay in those cabins?

 7      A.   Yes.

 8      Q.   And they would live in those cabins?   They would

 9   reside in there for the time and then go home to Havana?

10      A.   Uh-huh.

11      Q.   They would go to vacation there?

12      A.   Well, one day, Saturday, and then return.

13      Q.   And when did Florentino build those cabins?

14      A.   I can't remember.

15      Q.   Was it after you -- it was after you bought the

16   property from Mr. Ruiz?

17      A.   Yes.

18      Q.   Was it after you sold the property to your

19   father?

20      A.   Yes, sir.

21      Q.   And he built the cabins for the purpose of

22   staying in them overnight?

23      A.   Yes.

24      Q.   So, it would have bedrooms, the cabins?

25      A.   Yes.

```
1     Q.   Did it have a kitchen?

2     A.   (Shakes yes.)

3     Q.   You have to say it out loud.

4     A.   Yes, sir.

5     Q.   She's good, but she can't take it down.

6     A.   I'm sorry.

7     Q.   And did it have a kitchen to cook in?

8     A.   I have never been inside the house, so I just

9  can't say they have this or this.  I don't know.

10    Q.   And did I hear you correctly that there were two

11 of them?

12    A.   Two of them.

13    Q.   Side by side?

14    A.   Side by side.

15    Q.   And how close were they to the house at Tapia?

16    A.   From here to there.

17    Q.   So, the witness indicated it's, you know 10,

18 15 feet --

19    A.   Uh-huh.

20    Q.   -- the length of the conference room.

21         Okay.  Close by, very close?

22    A.   Very close.

23    Q.   Very close.  So, just to go back before when I

24 asked you what structures were on the Tapia property,

25 you got a house?
```

 1     A.   A house.

 2     Q.   And there was a dock?

 3     A.   A dock.

 4     Q.   And there was a terrace?

 5     A.   Yes, sir.

 6     Q.   And, now, there's also two cabins?

 7     A.   Well, those cabins were after we bought it.

 8     Q.   Yes.

 9     A.   And Florentino likes it very much, so he build,

10   you know, for himself.  And, then, there were so many

11   children, you know, he build a very small one for the

12   children.

13     Q.   How many children did --

14     A.   Florentino have.

15     Q.   -- Florentino have?

16     A.   Seven or eight.

17     Q.   So, your father would have owned the cabins, too,

18   because they were on the Tapia property?

19          MR. WHITE:  Objection to form.

20   BY MR. BROCHIN:

21     Q.   Is that yes?

22     A.   I don't know.

23     Q.   But the cabins were right next to the house,

24   correct?  They were very close to the house?

25     A.   (Shakes yes.)

 1      Q.  When your father left Cuba, were these structures

 2   all still on the Tapia property, that is the house, the

 3   terrace, the dock, and the two cabins?

 4      A.  Yes, sir.

 5      Q.  Your father had not sold the Tapia property at

 6   the time he was leaving Cuba?

 7      A.  No.

 8            MR. BROCHIN:  This is Exhibit Number 15,

 9         which was marked at a previous deposition as

10         Exhibit Number 2.

11            (Thereupon, Exhibit No. SBM-15 was marked

12         for identification.)

13   BY MR. BROCHIN:

14      Q.  I know you know who those people are.

15      A.  Yes, I do.

16      Q.  And that is who?  Who is that?

17      A.  Johnny, my husband, me.

18      Q.  Uh-huh.  And this is taken at Tapia?

19      A.  At Tapia.

20      Q.  It looks like you're standing on something; is

21   that the dock?

22      A.  It have to be.

23      Q.  It looks like it?  Do you think it is?

24      A.  Yes.

25      Q.  And can you see here, in the background, a little

1    bit what looks to be a structure?  Can you see this?

2         A.   The terrace.

3         Q.   That's what I was going to ask you, what it is.

4    Can you see that?

5         A.   Yes.

6         Q.   I was going to ask you exactly that.

7              So, I'm now referring to the structure that

8    appears in the upper left-hand corner of Exhibit 15.

9         A.   Yes, sir.

10        Q.   What do you think that is?

11        A.   The terrace, I told you.

12        Q.   That's the terrace you described?

13        A.   Uh-huh.

14        Q.   And, then, if you look kind of like right behind

15   both of you, more toward the center, there looks to be

16   another structure.  You see that there?

17        A.   The house?  The house.

18        Q.   Has anyone ever lived in the house, on the Tapia

19   property, from the time you purchased it, other than any

20   member of the Blanco family?

21        A.   I don't know.

22        Q.   You don't know?  I'll ask it differently.

23             From the time you bought it --

24        A.   Uh-huh.

25        Q.   -- which was in 1950-ish --

```
 1      A.   Uh-huh.

 2      Q.   -- until the time you left, so that's several

 3   years --

 4      A.   Yeah.  Uh-huh.  Yes, sir.

 5      Q.   -- in 1960, did anybody ever live in that house,

 6   in Tapia, other than someone from the Blanco family?

 7      A.   Let me ask Ana Maria.

 8      Q.   Perfect.

 9           MR. BROCHIN:  Do you want me to repeat that

10           question?

11   BY MR. BROCHIN:

12      Q.   I'll repeat that question, so she can translate

13   it, and you can answer it.

14           From the time she and her husband purchased the

15   Tapia property, to the time Alfredo, Sr. fled Cuba, in

16   1960, did anyone live in the Tapia property or on the

17   Tapia property, other than somebody who was in or

18   belonged to the Blanco family?

19           MR. WHITE:  I'll object to form.

20           You may proceed.

21           THE WITNESS:  No.  Florentino, my brother,

22           he had two bungalos, cabins, however you want to

23           call it, but he didn't reside there.  He would

24           just spend the overnight.

25           MR. BROCHIN:  But the first answer she gave
```

```
 1          was no, right?

 2              MR. WHITE:  Counsel, that was Exhibit 15 or

 3          14?

 4              MR. BROCHIN:  15.

 5   BY MR. BROCHIN:

 6      Q.  What properties were purchased by your father,

 7   Alfredo, Sr., from the Bastinde --

 8      A.  Bastinde family, yeah.

 9          What is the question?

10      Q.  What properties were purchased by your father,

11   Alfredo, Sr., by the Bastinde family?

12              MR. WHITE:  From the Bastinde family.

13              THE WITNESS:  Sugar mill, San Ramon, and the

14          adjacent properties.

15   BY MR. BROCHIN:

16      Q.  Are you familiar with farm lands known as

17   Regalato?

18      A.  No, sir.

19      Q.  Have you ever heard of farm lands identified as

20   Regalato?

21      A.  No.

22      Q.  Are you familiar with a Cuban company known as

23   Maritima Muriel?  I'm going to write it out for you.

24              MR. WHITE:  Object, there should be an SA on

25          the end of it.
```

```
 1   BY MR. BROCHIN:

 2       Q.  Are you familiar with a company, which I've

 3   underlined on this piece of paper, which is called or

 4   known as Maritima Muriel SA?

 5       A.  I remember of the name, but that's it.

 6       Q.  What do you remember about Maritima Muriel?

 7       A.  Maritima means the city.

 8       Q.  Well, as compared to what it means, I'm curious,

 9   what do you remember about a company that was known as

10   Maritima Muriel SA?

11       A.  Anything, no.  No recall, at all.  I remember the

12   name, but that's it.  I don't remember, but they do what

13   they did or what they own.  I don't remember.

14       Q.  So, when -- I'm just going to ask you these

15   questions.  Answer them, if you know.

16           When was Maritima Muriel SA formed?

17       A.  I don't know.

18       Q.  When was Maritima SA organized?

19       A.  I don't remember.

20       Q.  Who, in 1950s -- strike that.

21           Who, from 1954 to 1959, owned Maritima Muriel SA?

22       A.  I don't remember.

23       Q.  Did your father, Alfredo, Sr., own Maritima

24   Muriel SA?

25       A.  I don't recall, sir.
```

```
 1      Q.  You don't know Maritima Muriel SA; do you?

 2      A.  As to what?

 3      Q.  You don't own Maritima Muriel SA; do you?

 4      A.  No.

 5      Q.  You've never owned Maritima Muriel SA; have you?

 6      A.  No, no, no.  You're asking me if I was one of the

 7  owners of Maritima Muriel; I don't know.

 8      Q.  Well, were you ever a shareholder in the company

 9  known as Maritima Muriel SA?

10      A.  I have to answer you yes or no.  No.

11          MR. WHITE:  You can also answer "I don't

12      know."

13          THE WITNESS:  I don't know.

14          MR. BROCHIN:  Excuse me.  Excuse me.  I

15      don't believe you can instruct the Witness how to

16      answer a question.

17          MR. WHITE:  Well --

18          MR. BROCHIN:  Excuse me.  I don't think you

19      can do that.

20          MR. WHITE:  Well, I think she has

21      instruction.  She thought she only had two

22      options.

23          MR. BROCHIN:  Sir, I don't think you can

24      tell a Witness how to answer a question.  And I

25      ask that you don't do that anymore.  It's
```

```
 1          inappropriate.

 2               MR. WHITE:  Well, you're asking a line of

 3          questioning --

 4               MR. BROCHIN:  Well --

 5               MR. WHITE:  -- where she's already said she

 6          doesn't know anything about Maritima Muriel.  And

 7          you're asking her repeated questions about

 8          Maritima Muriel.  She said, "I don't know,"

 9          multiple times about Maritima Muriel.

10               So, what's the point of your line of

11          questioning?

12               MR. BROCHIN:  The point -- if you don't like

13          my questions, what you do is you object.  That's

14          what you do.

15               MR. WHITE:  I object.

16               MR. BROCHIN:  What you don't do is tell the

17          Witness what possible answers there are to my

18          questions.

19               MR. WHITE:  I object to this entire line of

20          questioning.

21               MR. BROCHIN:  Okay.  Your objection is

22          noted.

23     BY MR. BROCHIN:

24        Q.  By the way, do you currently own stock in any

25     company?
```

```
 1      A.  I don't know.

 2      Q.  Have you ever owned stock in companies?

 3      A.  I don't know.

 4      Q.  Do you know what being a shareholder in a company

 5   is?

 6      A.  Yes.

 7      Q.  Have you ever been a share holder in a company?

 8      A.  I don't know.

 9      Q.  Do you know whether your brother, Alfredo, Jr.,

10   had any ownership interest in Maritima Muriel SA?

11           MR. WHITE:  Objection to form, asked and

12       answered.

13           You can answer.

14           THE WITNESS:  No, I don't know.

15   BY MR. BROCHIN:

16      Q.  Did your brother, Byron, ever own any shares of

17   stock in Maritima Muriel SA?

18           MR. BROCHIN:  Objection to form.  Objection,

19       asked and answered.

20           THE WITNESS:  What should I say?  No.  No.

21   BY MR. BROCHIN:

22      Q.  Okay.  Your lawyer has a right to object.  And

23   sometime later, a judge will make a decision.

24           MR. BROCHIN:  I'm going to want you to

25       translate this.
```

```
 1    BY MR. BROCHIN:

 2        Q.  He has a right to object.  And if he objects,

 3    someday a judge will decide over his objections about

 4    his objections.  But unless he tells you don't answer a

 5    question, you should answer the question, even if he

 6    objects.

 7            So, because of the objection, I'm going to re-ask

 8    the question.

 9               MR. WHITE:  Objection.  I do have a right to

10          object, and I will keep objecting.

11               We've been going for about an hour and

12          10 minutes, I think it's a good time for a break.

13               MR. BROCHIN:  I mean, I just -- is it --

14               MR. WHITE:  Is there a question pending?

15               MR. BROCHIN:  Yeah, there kind of was.  I

16          just wanted to rephrase it and get it completed.

17               MR. WHITE:  All right.

18    BY MR. BROCHIN:

19        Q.  Okay.  I was asking you about Byron, your

20    brother.

21        A.  Yes.

22        Q.  Did he ever, to your knowledge, own shares of

23    stock in a company known as Maritima Muriel SA?

24               MR. WHITE:  Objection to form, asked and

25          answered.
```

```
1                    You may answer.

2                    THE WITNESS:  I don't know.

3    BY MR. BROCHIN:

4        Q.  Did your brother, Enrique, ever own shares of

5    stock or own ownership interest in a company known as

6    Maritima Muriel SA?

7                    MR. WHITE:  Objection to form, asked and

8            answered.

9                    You may answer.

10                   THE WITNESS:  I say, no, I don't know.  I

11           don't know.

12                   MR. BROCHIN:  All right.  Let's take a

13           break.  How long you want?  Let's say 20 of?

14                   MR. WHITE:  10 minutes?

15                   MR. BROCHIN:  Okay.  10 minutes.

16                   We're off the record until 10 of 3.

17                   THE VIDEOGRAPHER:  Going off record at 2:40

18           P.M.

19                   (Thereupon, a short break was taken.)

20                   (Thereupon, Mr. Gaebe returned to the Zoom

21           screen.)

22                   THE COURT:  Back on record at 2:56 P.M.

23   BY MR. BROCHIN:

24       Q.  Do you know -- strike that.

25                   You mentioned that there -- on Tapia I'm talking
```

```
 1    now.  On Tapia, there was a house and a dock and a

 2    terrace for entertaining, and two cabins to live in?

 3              MR. WHITE:  Objection, form, misconstrues

 4         prior testimony.

 5              MR. BROCHIN:  Yeah, I -- and that's fine to

 6         object, but I'd like to finish the question,

 7         before you object.  So, I'm going to start over.

 8    BY MR. BROCHIN:

 9      Q.  You mentioned before the break about the

10    structures on the Tapia property, that there were a

11    house, there was a dock, there were a terrace, and there

12    were a couple of cabins --

13              MR. WHITE:  Objection to form.

14              MR. BROCHIN:  I haven't finished.

15              MR. WHITE:  You're still asking?

16              MR. BROCHIN:  Yes.

17              MR. WHITE:  Okay.  Well, then when he

18         finishes asking, wait for me to talk, before you

19         talk.  Thank you.

20              THE WITNESS:  Okay.

21              MR. BROCHIN:  And you know what, for this

22         question, I'll just assume you're going to

23         object, for the record.

24              MR. WHITE:  But I need to object,

25         specifically.
```

```
 1                  MR. BROCHIN:  Okay.  All right.

 2                  MR. WHITE:  Thank you.

 3                  MR. BROCHIN:  So, I'll start again.

 4     BY MR. BROCHIN:

 5        Q.  Prior to the break, we were talking about the

 6     structures on the Tapia property.  We were talking about

 7     the house.  We were talking about the dock.  We were

 8     talking about the terrace.  We talked about the two

 9     cabins that your brother built.

10            Do you know if any of those structures are on the

11     property today?

12        A.  I don't know.

13                  MR. WHITE:  Objection to form, misconstrues

14         prior testimony.

15                  Now, you may answer.

16                  THE WITNESS:  I don't know.

17     BY MR. BROCHIN:

18        Q.  Were all of those structures on the Tapia

19     property when you left Cuba, in 1960?

20        A.  Yes, sir.

21        Q.  And have you been back to Cuba, since you left in

22     1960?

23        A.  No, sir.

24        Q.  Have any of your four children visited Cuba?

25        A.  No, sir.
```

1      Q.  Had your husband, when he was alive, had he ever

2   returned to Cuba since he had left?

3      A.  No.

4      Q.  Do you know whether the Cuban government

5   intervened with the business of Maritima Muriel SA?

6            MR. WHITE:  Objection to the form, asked and

7        answered.

8            You may answer.

9            THE WITNESS:  If I know?

10  BY MR. BROCHIN:

11     Q.  I'll repeat the question.  I don't want his

12  objection to confuse you.

13           MR. BROCHIN:  Could you re-read the question

14       for her, please?

15           And you don't have to object.

16           THE COURT REPORTER:  "Do you know whether

17       the Cuban government intervened with the business

18       of Maritima Muriel SA?"

19           THE WITNESS:  No, I don't know.

20  BY MR. BROCHIN:

21     Q.  Do you know if the Cuban government barred anyone

22  from operating the business of Maritima Muriel SA?

23     A.  No, I don't know.

24     Q.  Now, I know you appreciate that you have brought

25  a lawsuit against a company called Seaboard Marine.

```
 1      A.  Yes, I do.

 2      Q.  You know I represent Seaboard Marine?

 3      A.  Yes, sir.

 4      Q.  And what have you sued Seaboard Marine for?

 5      A.  Because we have that property, in Muriel.  We

 6  want some justice and compensation, because they have

 7  been using the facilities for 60 years and it was our

 8  property.  It was taken from us.

 9      Q.  So, do you believe that Seaboard Marine has been

10  using your property?

11      A.  Yes, sir.

12      Q.  In looking at the map, which is Exhibit Number --

13              (Thereupon, Mr. Papkin left the Zoom

14          screen.)

15              MR. WHITE:  That would SMB-10.  I don't have

16          the original.

17              MR. BROCHIN:  I have it right here.  The map

18          is Exhibit Number 10.

19  BY MR. BROCHIN:

20      Q.  With a blue pen, mark an X on the property that

21  Seaboard Marine was using that was yours.

22      A.  I don't know how to figure out that in the map.

23      Q.  Okay.

24      A.  I know for sure.  But, I mean, in the map, I just

25  can say this piece.
```

1      Q.  Well, what -- what was the name of the property

2   that Seaboard Marine used of yours?

3      A.  Maritima Muriel, no?  Maritima Muriel.

4      Q.  Seaboard Marine used Maritima Muriel?  And

5   what -- who is Maritima Muriel?

6      A.  Maritima Muriel?

7           MR. WHITE:  Can you read that question back?

8           MR. BROCHIN:  Could you -- actually, could

9        you read the last question and answer and the

10       question.

11          THE COURT REPORTER:  " Well, what -- what

12       was the name of the property that Seaboard Marine

13       used of yours?

14          "Maritima Muriel, no?  Maritima Muriel.

15          "Seaboard Marine used Maritima Muriel?  And

16       what -- who is Maritima Muriel?

17          "Maritima Muriel?"

18          MR. BROCHIN:  I got it.

19   BY MR. BROCHIN:

20      Q.  Let me -- I'm going to go back and ask this.

21          What property did you own that Seaboard Marine

22   used?

23      A.  I just can't remember 60 years, 62 years ago,

24   what the name, you know.  But I know that Seaboard

25   Marine had been using the port, our property.  But

1    62 years, I don't remember.

2        Q.  So, is it fair to say you do not remember the

3    property that Seaboard Marine used that you own?

4        A.  Well, there was -- the docks was our property,

5    and I know that Seaboard Marine was using it.

6        Q.  And how is it you know that Seaboard Marine was

7    using your dock?

8              MR. WHITE:  Objection, calls for privileged

9         communications.

10             I would instruct you not to disclose

11        anything that your attorneys -- you should not

12        discuss anything that your attorneys have told

13        you.

14   BY MR. BROCHIN:

15       Q.  Okay.

16       A.  I don't know.

17       Q.  You believe that Seaboard Marine used your dock?

18       A.  Yes, sir.

19       Q.  How is it that you claim to believe that Seaboard

20   Marine used your dock?

21       A.  Because everybody says that Muriel is a very good

22   property now.  And the dock was fixed, we were the one

23   that fixed the -- the (Spanish).

24       Q.  No.  And I'm happy -- if you want to, we can ask

25   the question in Spanish.

```
 1      A.   Okay.  I would like to have the question in

 2   Spanish.

 3      Q.   Okay.  Perfect.

 4           MR. BROCHIN:  So, madam court reporter, if

 5      you could re-read the question, so the translator

 6      can get it?  And then she'll translate it and ask

 7      it.

 8           THE COURT REPORTER:  "How is it that you

 9      claim to believe that Seaboard Marine used your

10      dock?"

11           MR. WHITE:  I would object because the

12      question calls for privileged communications.

13           And I instruct the Witness not to answer.

14           MR. BROCHIN:  We've got a problem.  Think

15      so.  I got sworn answers from her that says it,

16      so I'm asking her questions.  Now, to hide --

17           MR. WHITE:  Well --

18           MR. BROCHIN:  -- hide -- excuse me.  To now

19      hide behind attorney/client privilege is not

20      right, so --

21           MR. WHITE:  No, no, no.  That's not what's

22      happening.

23           MR. BROCHIN:  That is what's happening.

24           MR. WHITE:  That's -- you said you got an

25      answer that does what?
```

```
 1            MR. BROCHIN:  Your Interrogatory answers
 2       talk about Seaboard Marine using the property.
 3            MR. WHITE:  They do, indeed, yes.
 4            MR. BROCHIN:  So, I'm asking her about
 5       those.
 6            MR. WHITE:  Uh-huh.
 7            MR. BROCHIN:  And you're saying, don't
 8       answer it because it's attorney/client privilege.
 9            MR. WHITE:  Well, we also say in that
10       Interrogatory response -- that her responses are
11       based on the investigation of counsel.
12            MR. BROCHIN:  You can't have it both ways.
13            MR. WHITE:  I believe so.
14            MR. BROCHIN:  Absolutely not.
15            MR. WHITE:  If she doesn't have any
16       knowledge, independent of what has been disclosed
17       by counsel, she can't testify about what's been
18       disclosed by counsel.  You can feel free to ask
19       her about her independent knowledge of this.
20            MR. BROCHIN:  That's exactly what I asked
21       her.
22            MR. WHITE:  But if she doesn't have any
23       knowledge, other than what we told her -- you
24       have what the Interrogatory response says.  What
25       more do you want to know?
```

1          MR. BROCHIN:  Here's what I'm saying to you.

2      An instruction to that question, not to answer

3      it, because it calls for attorney/client

4      privilege, is inappropriate.  If she knows the

5      answer, she needs to give us that answer, and she

6      needs to give us that answer now.

7          MR. WHITE:  The answer is in the

8      Interrogatory response.

9          MR. BROCHIN:  No, I got a right to ask her

10     questions about it.  And that's what I just did.

11         MR. WHITE:  You can put the Interrogatory

12     response in front of her, if you like, and ask

13     her about it.

14         MR. BROCHIN:  I don't need to do that.  I'm

15     not required to do that.  And I'm going to ask

16     you, again, to withdraw your objection, because I

17     clearly will take this up with the Court, if

18     you're telling me I can't ask a question about

19     the basis of a Witness's knowledge, something

20     she's sworn to.  And that's essentially what you

21     just told me.

22         MR. WHITE:  Well, what's your question

23     again?

24         Can we read that back, so that I know what

25     he's asking?

```
 1                THE COURT REPORTER:  It's the same question.

 2                " How is it that you claim to believe that

 3          Seaboard Marine used your dock?"

 4                MR. WHITE:  If she knows that from

 5          counsel -- if she knows about it prior from

 6          counsel, fine.  But if she doesn't know about it

 7          prior to counsel, no.

 8                MR. BROCHIN:  Okay.  Listen, I couldn't

 9          disagree with you more.  So, I mean, obviously,

10          I'm not going to win this here with you, but --

11          so, I guess, are you going to continue to tell

12          this Witness, don't answer that question?

13                MR. WHITE:  I believe so.

14                MR. BROCHIN:  Okay.  Just mark the question,

15          so I can take it up with the court.

16                How about doing it now, actually?

17                MR. WHITE:  Well, let's do it now, so we can

18          get this --

19                MR. BROCHIN:  Yeah, the problem is getting

20          her in again.

21                MR. WHITE:  Okay.  I think the questions

22          about her independent knowledge are fine, her

23          independent knowledge.  I'm just saying that

24          discussions with counsel are privileged.  Maybe

25          you should phrase it that way.
```

Trustpoint.One   Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

```
1              MR. BROCHIN:  I disagree with you,

2         discussions with counsel are privileged -- I

3         didn't ask anything about counsel.  I didn't say

4         one thing about counsel.

5              MR. WHITE:  Well, the question calls for

6         privileged information.  I'm just protecting

7         that.

8              And if you want to ask her apart from

9         anything that your lawyers have told you, how do

10        you come to know -- how did you come to know that

11        Seaboard Marine was trafficking in your

12        confiscated property?  And then she can answer

13        that, if she knows.

14   BY MR. BROCHIN:

15     Q.  Ms. Fernandez, you said Seaboard Marine used your

16   dock, correct?

17     A.  Yes, sir.

18     Q.  You say Seaboard Marine used your dock that you

19   owned?

20     A.  Yes, sir.

21     Q.  You say that Seaboard Marine used your dock that

22   you owned because your lawyers told you that was what

23   happened?

24              MR. WHITE:  Objection, calls for privileged

25         information.
```

```
 1              Do not answer.

 2              You can ask her if she knows --

 3              MR. BROCHIN:  Don't tell me how -- I know

 4        what I can ask.

 5              Are you instructing her not to answer?

 6              MR. WHITE:  That particular question, yes,

 7        counselor.

 8   BY MR. BROCHIN:

 9      Q.  Do you -- you say that Seaboard Marine used your

10   dock, and that was a dock that you owned, correct?

11      A.  Yes, sir.

12      Q.  Do you know that Seaboard Marine used the dock

13   that you owned from sources or from someone, other than

14   your lawyers?

15      A.  Yes, sir.

16      Q.  Okay.  Who is that?  Who do you know that from?

17      A.  The Seaboard Marine was using -- some work in our

18   property.  Before we left Cuba, before, my father was

19   the one that -- let me ask her -- (Spanish.)

20      Q.  We're going to have it -- and then if --

21      A.  Well --

22      Q.  If you -- I'm happy to again repeat that question

23   and you can answer the whole question.

24              MR. WHITE:  I think you should have an

25        interpretation of this question.
```

```
 1              MR. BROCHIN:  Madam court reporter, again --

 2       I keep going madam court reporter, which is

 3       dating me terribly.  So, I --

 4              MR. WHITE:  I do the same thing.

 5              MR. BROCHIN:  Laura, will you repeat the

 6       question, so the interpreter can re-read it to

 7       Ms. Hernandez?

 8              THE COURT REPORTER:  "Do you know that

 9       Seaboard Marine used the dock that you owned from

10       sources or from someone, other than your lawyers?

11              "Yes, sir.

12              "Okay.  Who is that?  Who do you know that

13       from?"

14              MR. BROCHIN:  Yeah.  So --

15              MR. WHITE:  Those are improper questions.

16              MR. BROCHIN:  So, you should probably read

17       it -- read her the first one, too.  Otherwise,

18       she's not going to have the context for the

19       second one, right?

20              And so -- all right.  Here's what we're

21       going to do.  I'm going to repeat those two

22       questions, Laura, you just read for the record.

23       So, read those two questions, the first question

24       again, and I'll have the interpreter ask it.  And

25       I'll have the interpreter ask the second question
```

```
 1          after that.

 2               Okay?  So, read the first of those two, just

 3          for the purpose of the interpreter getting it

 4          down for her, so she can interpret it.

 5               THE COURT REPORTER:  Okay.

 6               MR. WHITE:  I prefer -- this is your

 7          deposition.

 8               MR. BROCHIN:  No, no, I was wondering about

 9          that.

10               MR. WHITE:  Okay.  It's your deposition, I

11          assure you.  How did you know that?

12               MR. BROCHIN:  How did I know what?

13               THE COURT REPORTER:  Are you ready?

14               MR. BROCHIN:  Yep, go.

15               THE COURT REPORTER:  "Do you know that

16          Seaboard Marine used the dock that you owned from

17          sources or from someone, other than your

18          lawyers?"

19               THE WITNESS:  Well, before we left Cuba, we

20          were the people that gave more depth to the dock.

21          And furthermore, Ana Maria, I'm under the

22          understanding that we have the ownership on that.

23          And when we left Cuba, they took all that away.

24          But that remains and we know that Seaboard Marine

25          is using it.
```

```
 1   BY MR. BROCHIN:

 2       Q.  So, is it fair to say -- you want to do this in

 3   Spanish?

 4            MR. WHITE:  I think we should.

 5            MR. BROCHIN:  Okay.

 6   BY MR. BROCHIN:

 7       Q.  So, is it fair to say that the dock that Seaboard

 8   Marine used -- strike that.

 9            Is it fair to say that the dock that you believe

10   Seaboard Marine used was a dock that you and your family

11   had began -- begun to develop and construct while you

12   were in Cuba?

13       A.  Yes.  Being in Cuba, yes.

14       Q.  And do you -- when did Seaboard Marine use the

15   dock?

16       A.  I don't know.

17       Q.  Well, did Seaboard Marine use the dock while you

18   were in Cuba?

19       A.  I don't know.  I'm telling the truth.

20       Q.  How do you know Seaboard then -- how do you know

21   then that Seaboard Marine used the dock?

22            MR. WHITE:  I object on privilege grounds.

23            You can answer.

24            THE WITNESS:  I can answer?

25            MR. BROCHIN:  You can answer.
```

```
 1              THE WITNESS:  How do I know?  Don't they use

 2         it?  They use it.  So, that's what I know.

 3    BY MR. BROCHIN:

 4       Q.  But I'm just trying to understand from you.  You

 5    say you know they used it.  And you say they didn't use

 6    it while I was there?

 7       A.  No.

 8       Q.  No.  So, they used it when I left, after I left?

 9       A.  Yes.

10       Q.  And you haven't been back since?

11       A.  No, I haven't.

12       Q.  So, I'm just curious, how do you know they used

13    it?

14       A.  How?

15       Q.  Yeah.  You didn't see it, right?

16       A.  No, I haven't been there.

17       Q.  Right.

18       A.  I haven't been to Cuba.

19       Q.  So, you haven't seen it, so how do you know they

20    used it, if you didn't see it?

21       A.  Because everybody says that Muriel now is a very

22    important port.  And, you know, some people that comes

23    from Cuba, we have to not be physical in Cuba.

24       Q.  I'm still trying to understand, though.  Maria --

25    you said Maria was -- Maria, the dock, is that what
```

 1   you're referring to -- what did you call the dock?

 2       A.  Muriel.

 3       Q.  Oh, Muriel.  I'm sorry.  I didn't understand.

 4           So, Muriel is a very important dock?

 5       A.  Dock.

 6       Q.  So, you told me Muriel was a very important dock?

 7       A.  Yes, sir.

 8       Q.  And people told you that?

 9       A.  And I saw it in the news, too.

10       Q.  You saw it in the news.  It's important.  Big

11   dock in Cuba, very important.

12           But how do you know Seaboard Marine used that

13   very important Muriel dock?

14               MR. WHITE:  Same objection.

15               You may answer.

16               THE WITNESS:  I don't know how to say

17           Seaboard Marine, well, this day and they did

18           this, no.  But I know that they have used our

19           facilities, but I just can't say when or how.

20   BY MR. BROCHIN:

21       Q.  And I'm not asking you when.

22           I'm only asking you, how are you so sure Seaboard

23   Marine used your docks?

24       A.  Because the people that came from Cuba,

25   sometimes, you know, they see.  If you see that now, you

```
 1    know, the big port and everything, that was your

 2    property.  And they are using it.  But not specific, you

 3    know, they do this or that.

 4       Q.  Did anyone tell you that Seaboard Marine has used

 5    your dock?

 6              MR. WHITE:  Objection.

 7              Same instruction, you may answer, if you

 8         know apart from discussions with counsel.

 9              THE WITNESS:  No.

10    BY MR. BROCHIN:

11       Q.  But nobody has told you, other than maybe your

12    lawyers, that Seaboard Marine --

13              MR. WHITE:  Objection --

14              MR. BROCHIN:  You got to let me finish the

15         question.

16    BY MR. BROCHIN:

17       Q.  -- that Seaboard Marine used your dock?

18              MR. WHITE:  Hold up.  Please stop.

19              I object.  That question was inherently

20         infused with privilege, and so the answer is

21         going to reveal privilege.  So, I ask you to

22         restate that question or I'll have to ask her not

23         to answer that question.

24              And she's answered this question three or

25         four times, on record.  The answers are what they
```

```
 1            are, so I don't understand the repeat of the

 2            questions.  Objection.

 3    BY MR. BROCHIN:

 4       Q.  Did anyone tell you, Ms. Fernandez, Seaboard

 5    Marine has ever used your dock?

 6                MR. WHITE:  Same objection.

 7                THE WITNESS:  Objection.

 8    BY MR. BROCHIN:

 9       Q.  Yeah.  You've got to answer it.

10       A.  I know the lawyer objection.

11       Q.  You want me to repeat the question?

12       A.  Repeat it.

13                MR. BROCHIN:  Give her the question -- let's

14            ask that one -- it's a -- repeat that question,

15            please, Laura.  And please translate it for us.

16            And you go ahead and answer it.

17                THE COURT REPORTER:  "Did anyone tell you,

18            Ms. Fernandez, Seaboard Marine has ever used your

19            dock?"

20                MR. WHITE:  I'm going to object and ask that

21            my objection be translated, as well.  I object,

22            and instruct the Witness not to disclose anything

23            that her lawyer has told her.

24                Otherwise, she --

25                (Thereupon, Mr. Papkin entered the Zoom
```

```
 1              screen.)

 2              MR. WHITE:  She can testify about other

 3         information, should she have any, other than what

 4         counsel has discussed with her.

 5              MR. BROCHIN:  Do you have any objection to

 6         re-reading the question to her in Spanish?  She

 7         forgot the question.

 8              MR. WHITE:  Please go ahead.

 9              THE COURT REPORTER:  "Did anyone tell you,

10         Ms. Fernandez, Seaboard Marine has ever used your

11         dock?

12              THE WITNESS:  No.  Specifically, a given

13         person like Juan Perez, no, but I do know that

14         they are using it.

15    BY MR. BROCHIN:

16       Q.  And that's what I'm trying to understand.

17         How do you know that Seaboard Marine is using

18    your dock?  How do you know that?

19       A.  How do I know?  From what people talk.

20       Q.  What people talk?

21       A.  All I want to know is -- I can tell you, Juan

22    Perez.  Who is Juan Perez?  Somebody that came from

23    Cuba.  But, you know, that's it.

24       Q.  Did Juan Perez tell you that Seaboard Marine is

25    using your dock?
```

```
 1      A.   Uh-huh.  Well -- uh-huh.

 2      Q.   He did tell you that?

 3      A.   Yeah.

 4      Q.   And who is Juan Perez?

 5      A.   That's right, he was somebody in Muriel and, you

 6   know, we're talking.

 7      Q.   I'm sorry?

 8      A.   X-person, Juan Perez.  You know, they come from

 9   Cuba and they say, they are using the facilities that

10   you left, that were your property.  But nobody have go

11   to Cuba to investigate, you know, one of the family.  We

12   are not allowed to go to Cuba, you know.

13      Q.   But here's what I'm trying to find out:  Did Juan

14   Perez tell you they're using your dock or did Juan Perez

15   tell you that Seaboard Marine is using your dock?

16           MR. WHITE:  Objection to form.

17           THE WITNESS:  Objection.  No.  No.

18   BY MR. BROCHIN:

19      Q.   You have to answer that.

20      A.   I have to answer?  How do I know?

21      Q.   Do you remember?

22           Did Juan Perez say, Seaboard Marine is using the

23   dock; or did Juan Perez, you know, Ms. Fernandez, they

24   are using that dock that your family used to own back in

25   Cuba?
```

```
 1                    MR. WHITE:  Same objection.

 2                    THE WITNESS:  I don't know.  I -- what can I

 3           say?  I don't remember.

 4    BY MR. BROCHIN:

 5       Q.  Now, we're going to call it the "Muriel dock."

 6    Okay?  Let's call this the "Muriel dock."

 7           Do you know who owned the Muriel dock at the time

 8    you left Cuba?

 9       A.  Do I know?  The government.

10       Q.  No, before the government took it?

11       A.  We, our, my father.

12       Q.  So, just to be clear, we've been talking about a

13    dock, right?  And you were talking about a dock that you

14    say Seaboard Marine has used, correct?  That's what

15    we've been talking about.

16           I'm going to call that dock the "Muriel dock."

17    Okay?

18           Who owned the Muriel dock before your family left

19    Cuba?

20       A.  Before we left Cuba, who own it?  My family, my

21    father.

22       Q.  That was your father?

23       A.  Yes.  Yes.

24       Q.  Did you own the Muriel dock before you left Cuba?

25       A.  Yes.
```

```
 1      Q.  Did your other siblings own the Muriel dock

 2   before you left Cuba?

 3      A.  Yes, my family, my brothers.

 4      Q.  Your four brothers owned the Muriel dock --

 5      A.  Yes.

 6      Q.  -- before they left?

 7          But not your sister, Ebby?

 8      A.  Before we left Cuba, no.

 9      Q.  So, when you left Cuba --

10      A.  When I left Cuba, my sister was still a nun.

11      Q.  So, when you left Cuba, you believe the owner of

12   the Muriel dock was your father and the -- all of the

13   sibling -- all of the children, except Ebby --

14      A.  Yes.

15      Q.  -- were the owners?

16      A.  Yes.

17      Q.  You believe those were the owners?

18      A.  Yes, sir.

19      Q.  A company known as Maritima Muriel SA, they did

20   not own the Muriel dock, correct?

21              MR. WHITE:  Objection to form.

22              THE WITNESS:  I don't know.

23   BY MR. BROCHIN:

24      Q.  Well, you just said you owned the dock, your

25   siblings owned the dock?
```

 1      A.   Yes.

 2      Q.   Alfredo, Sr., owned the dock?

 3      A.   Uh-huh.

 4      Q.   Does that mean Maritima Muriel, they didn't own

 5   the dock; did they?

 6            MR. WHITE:   Object to form.

 7            THE WITNESS:   I don't know.

 8   BY MR. BROCHIN:

 9      Q.   I ask this question in Spanish because I

10   cannot -- I'm not any good at pronouncing the Spanish

11   word here.

12         So, I'm going to ask:   Do you know of the

13   Maritani dock in Sada de Las Delicias?

14      A.   No, I don't.

15            MR. BROCHIN:   I want to go -- show her the

16         map, so how do I do that?

17            (Discussion held off the record.)

18   BY MR. BROCHIN:

19      Q.   This is a blow-up, Ms. Fernandez.   This is a map,

20   right?   This was marked as a big exhibit at your

21   deposition on Tuesday and it was used in a deposition

22   last week.

23         And you know this is the town of Muriel here,

24   right?   This is where the town is?

25      A.   Okay.

1      Q.  Here's the bay, you see, with the squiggly lines

2   here.  Here.  So, this would be west of the bay?  And

3   this is east of the bay --

4      A.  Yes, sir.

5      Q.  -- which is where the town is.  It's is over

6   here?

7      A.  Yes.

8      Q.  Do you know if the dock that you think Seaboard

9   Marine was using was on the east side of the bay or on

10   the west side?

11      A.  I don't know.  It was 62 years ago.

12      Q.  So, you don't know?

13      A.  No.

14      Q.  Is it fair to say you don't have any idea where

15   that dock was located?

16      A.  Yes, in the bay.

17      Q.  Well, okay.  It was located on the bay.  It was a

18   dock, right?  So, that means it was located anywhere

19   around the coastline of this bay area?

20      A.  I don't know.

21      Q.  You don't even know that?

22      A.  No.

23      Q.  You don't even know if this was located in this

24   area?

25      A.  No.

1      Q.   So, the --

2      A.   My family owns it -- owned it.  But, you know, I

3    was 27 years old, something like that.  You know, all

4    the responsibility was my father and my brothers.  I was

5    an heiress, but I am not inside the business, you know.

6    I know Muriel, I go there and say, well, here is going

7    to be a big dock.  But not physically, not 28 years old.

8    62 years ago, you think I'm going to remember?

9      Q.   Well, I don't -- I'm just trying to figure this

10   out and understand where this dock was actually located

11   that you are suing Seaboard Marine for, for use.  You're

12   suing Seaboard Marine saying, you used our dock, and I

13   was just kind of wondering where it was?

14     A.   I don't know exactly what they are doing.  I know

15   they are using it, but I just can't say they are doing

16   this or they are doing that.

17     Q.   No.  But I'm asking you where?  Not --

18     A.   Where?

19     Q.   We're past the doing.

20          MR. WHITE:  Object to the form, asked and

21          answered repeatedly.

22   BY MR. BROCHIN:

23     Q.   We're past that.  We're dealing with, where may

24   it be?  I'm just trying to figure out if you know and --

25     A.   No, I don't know.  I do not, no.  I don't know.

```
 1      Q.  Did you go -- did you ever see that dock?

 2      A.  Yes.

 3      Q.  How many times?

 4      A.  How am I going to know how many times?  Two,

 5   three, four times.

 6      Q.  I mean, it wasn't a hundred times?

 7      A.  No.

 8      Q.  And it was more than once?

 9      A.  Yes.

10      Q.  So, two, three times?

11      A.  Yes.

12      Q.  How large was the dock?

13      A.  I am going to be 92 years old, do you think I can

14   say to you the length of the dock?  No, no, no.  I don't

15   know.  I don't remember.  Besides that, I wasn't the one

16   in charge of the docks or anything.  I remember Tapia,

17   but, you know --

18           MR. WHITE:  Please wait until the question

19           comes.  I'm surely one is coming.

20   BY MR. BROCHIN:

21      Q.  When you and your siblings and your father left

22   Cuba, were you still the owners of the dock?

23      A.  They took it us -- they took it from us.  They

24   took everything, the house, the furniture, everything.

25      Q.  Up to the time the Cuban government took the
```

1    dock, were you and your siblings and your father the

2    owners of that dock?

3      A.   Yes.

4      Q.   In suing Seaboard Marine, you have sued them on

5    a -- what's known as a concession, I wrote it down for

6    you, a concession by the Cuban government.

7       Do you know what a concession is?

8      A.   Well, that I'm willing to give it to you.

9    Uh-huh.   That's what it means.

10     Q.   And what would be then a concession by the Cuban

11   government, the willingness to give something, from the

12   Cuban government?

13     A.   No.

14     Q.   What's a concession from the Cuban government?

15     A.   I don't know, sir.   We left Cuba and I don't

16   know.

17     Q.   Do you know what the meaning of a concession is

18   in the lawsuit that you brought against Seaboard Marine?

19     A.   We didn't have any concession to the government

20   or anything.

21     Q.   You don't recall the government giving you or

22   your family businesses concessions or the right,

23   perhaps --

24     A.   No anything.   Anything.

25     Q.   The Cuban government ever give to your father

```
 1    Alfredo, Sr., a concession to build and develop the

 2    Muriel dock?

 3        A.  Not the one of the revolution, no.

 4        Q.  Not the one what?

 5        A.  The -- my father make the work.  Fidel Castro

 6    wasn't in power.  As soon as Fidel Castro came to

 7    Havana, everything went out.

 8        Q.  Okay.

 9        A.  We didn't have anything.

10        Q.  Let's kind of focus before Castro.

11        A.  Uh-huh.

12        Q.  All right?  Maybe say 1954, 1955.

13        A.  Uh-huh.

14        Q.  Did the Cuban government then give any concession

15    or give you or your family any rights to build or

16    develop any particular venues?

17        A.  Yes, sir.

18        Q.  Okay.  So, that was a concession given by the

19    Cuban government?

20        A.  Yes, before Fidel.

21        Q.  Before Fidel?

22        A.  Yeah, '54 or '55.

23        Q.  And who did Fidel -- who did the government, in

24    '54 and '55, give the concession to?

25        A.  To whom?  The concession?  To my family.
```

 1      Q.  Everyone in your family?

 2      A.  Yes.

 3      Q.  So, they gave you, Ms. Fernandez, a concession?

 4      A.  In my family, you know, it's different.  My

 5  father and my brothers and my husband, they all have a

 6  company.  And it's not particular, this one and this one

 7  not.  Everybody; to the family.  Maybe it's different

 8  now, but at that time, you know, they made the

 9  concession to my family.

10      Q.  To build and develop the Muriel dock?

11      A.  Yes, sir.

12      Q.  And just so I'm clear, you don't remember or know

13  where the concession to build the dock was?

14      A.  In the port, but I don't know specific this one.

15      Q.  You know it was somewhere near Muriel Bay?

16      A.  You know, when you have a sugar mill, you produce

17  sugar.  That sugar have to go to the port.  So, they put

18  in a big boat to sell it, here in the United States or

19  Mexico, or wherever it is, I don't know.

20          And the Muriel Bay was very shallow, so the boats

21  have to be outside, you know, a mile away or something

22  like that, big boat.  So, my father asked for

23  permission, whatever, to excavate the shallow waters, to

24  put it more deep, deeper, you know.

25      Q.  For the purposes of building the Muriel dock?

```
 1      A.  Yes.

 2      Q.  And that was done because he, Alfredo, Sr., got

 3   the concession?

 4      A.  Yes, sir.

 5      Q.  From the Cuban government pre-revolution?

 6      A.  Yes, pre-revolution.

 7      Q.  And your father, you're saying Alfredo, Sr.,

 8   began to work and develop that --

 9      A.  Yes, sir.

10      Q.  -- Muriel dock?

11      A.  Yes.

12      Q.  Was that -- just so I'm clear, you don't know

13   where on the bay that Muriel dock was built?

14      A.  Specifically, in this exact place?

15      Q.  Yes.

16      A.  No.

17      Q.  Well, do you know if it was on the east side of

18   the bay --

19      A.  No.

20      Q.  -- or the west side?

21           MR. WHITE:  Objection, asked and answered.

22   BY MR. BROCHIN:

23      Q.  Do you know if it was on the north side of the

24   bay?

25      A.  No.
```

```
 1      Q.  Do you know if it was on the south side of the

 2   bay?

 3              MR. WHITE:  Objection, asked and answered.

 4              THE WITNESS:  No.

 5   BY MR. BROCHIN:

 6      Q.  When you mentioned about shipping the sugar out

 7   by boat, off the dock, right, how would the sugar get

 8   from the -- how would the sugar get from the sugar mills

 9   or fields to --

10      A.  The warehouse.

11      Q.  Wait a minute.

12          -- to the dock, the Muriel dock, to then be put

13   on a boat and sent out?

14      A.  I don't know.

15      Q.  Was it by rail?

16      A.  I don't know.

17              MR. WHITE:  Objection to form, asked and

18          answered.

19   BY MR. BROCHIN:

20      Q.  Was there railroad tracks laid?

21      A.  I don't remember that.  I don't remember.

22      Q.  The Muriel dock that you say you maybe have gone

23   to a handful of times, do you remember if there were --

24              MR. WHITE:  Objection, misconstrues prior

25          testimony.
```

```
 1                    MR. BROCHIN:  I didn't finish the question.

 2                    MR. WHITE:  Go ahead.

 3     BY MR. BROCHIN:

 4        Q.  The Muriel -- the dock, the Muriel Bay, that you

 5     say your father built and developed, do you recall

 6     whether there were railroad tracks leading up --

 7        A.  I --

 8        Q.  Let me finish.

 9            -- leading up into or close by that dock?

10        A.  I don't remember.

11        Q.  How -- do you know, generally, forget the bay and

12     everything, how the sugar mills, say central San Ramon

13     or Ramona, do you know how they would transport their

14     sugar from the mills, so they could get it exported?

15        A.  I don't remember.

16        Q.  Have you heard of the National Finance

17     Corporation?

18        A.  No.

19        Q.  Do you know whether a company known as Maritima

20     Muriel sought a loan to develop the Muriel dock pursuant

21     to the concession?

22        A.  I don't know.

23                    MR. WHITE:  Ms. Fernandez, you need to keep

24            your voice up because -- so that they can hear

25            you.
```

```
 1              THE WITNESS:  Sorry.

 2   BY MR. BROCHIN:

 3       Q.  Did, pre-revolution Cuban government get paid for

 4   the concession that was granted to your family?

 5       A.  After the revolution?

 6       Q.  No, no, no.

 7       A.  Before?

 8       Q.  Remember, in the 1954, '55 timeframe, you got --

 9   you said you had a concession to develop the Muriel

10   dock?

11       A.  Yes.  Yes.

12       Q.  Did the Cuban -- did your -- did Alfredo, Sr., or

13   your family pay the government for that concession or

14   for those rights?

15       A.  I don't know.  I don't know.  I don't remember.

16   It's not my business, you know.  The business were in my

17   father --

18              MR. WHITE:  Wait for a question.  Wait for a

19          question, Ms. Fernandez.  Surely one is coming.

20   BY MR. BROCHIN:

21       Q.  Do you know whether a concession pre-revolution

22   was granted by the Cuban government to anyone else,

23   other than the Blanco family?

24       A.  I don't know.

25       Q.  Do you know whether your father, Alfredo, Sr., or
```

```
 1    members of your family were granted a concession by

 2    pre-revolutionary Cuban government, other -- in addition

 3    to the one to develop the --

 4        A.  I don't know.

 5        Q.  You got to let me finish.

 6            -- to develop the Muriel Bay?

 7                MR. WHITE:  Could you repeat that question

 8            in whole, please?

 9                MR. BROCHIN:  And could you translate it,

10            please.  And then let her answer it.

11                THE COURT REPORTER:  "Do you know whether

12            your father, Alfredo, Sr., or members of your

13            family were granted a concession by

14            pre-revolutionary Cuban government, other -- in

15            addition to the one to develop the Muriel Bay?"

16                THE WITNESS: I don't know.

17                MR. WHITE:  Counsel, you may want to move

18            your note pad from the microphone.

19                Thank you.

20    BY MR. BROCHIN:

21        Q.  Was the work on the Muriel dock completed?

22        A.  Completed?  Yes.

23        Q.  And that means -- you say it was completed before

24    you left Cuba?

25        A.  Yes.
```

```
 1      Q.  Was the Muriel dock in use before you left Cuba?

 2      A.  I don't know.  I don't know.

 3      Q.  You don't know -- do you remember --

 4      A.  I don't remember.

 5      Q.  I'm just trying to see if you remember whether

 6   you saw boats being docked up and leaving and coming in

 7   and out?

 8      A.  No, I don't remember.

 9           MR. WHITE:  Are these the ones you've marked

10      today?

11           MR. BROCHIN:  I believe so.  I believe so.

12           MR. WHITE:  So, what's our protocol here?

13      Are you planning --

14           MR. BROCHIN:  Well, I'm not done.

15           MR. WHITE:  I know you're not done, but

16      we're going to have to figure out the exhibits

17      because --

18           MR. BROCHIN:  Yeah, we will.  We'll get them

19      all sorted out.

20           16; is that right?

21           (Thereupon, Exhibit No. SBM-16 was marked

22      for identification.)

23   BY MR. BROCHIN:

24      Q.  I'm showing you, Ms. Fernandez, what's been

25   marked as Exhibit Number 16.  And I will represent to
```

```
 1   you and counsel that this is Page 8 of the recent

 2   Amended Supplemental Initial Disclosures that was

 3   submitted and filed with the Court fairly recently.

 4        But what I want to direct your attention to is

 5   the image or photograph in that exhibit.  Do you

 6   recognize that image or photograph, in Exhibit Number

 7   16?

 8      A.  I don't remember, sir.

 9      Q.  Slightly different question, so I will ask it one

10   more -- make sure you got it.  I'm not asking if you

11   remember anything.

12        I'm asking:  Do you recognize that?

13           MR. WHITE:  I'm going to object to form,

14           compound, lack of foundation.  She -- I'll stop

15           there.

16           MR. BROCHIN:  But what -- okay.  If you're

17           objecting to form, what's wrong with the form of

18           the question?

19           MR. WHITE:  I think you have to establish

20           that she's seen this before.

21           MR. BROCHIN:  That's what I just asked her.

22           MR. WHITE:  Have you ever seen this

23           photograph?

24           MR. BROCHIN:  No.  Okay.  I can -- I thought

25           I asked it pretty well.
```

```
 1   BY MR. BROCHIN:

 2       Q.  Do you recognize this photograph that's in

 3   Exhibit Number 16?  Do you recognize that?

 4       A.  No, sir.

 5       Q.  Have you ever seen that?

 6       A.  Yeah, but, you know, this is a large -- you know,

 7   if you go by the highway, you know.  So, in a map, in a

 8   map, I don't recognize it.  I mean, I knew this, the

 9   port, and this is the warehouses or wherever, and the

10   port.  But if you go by the highway, are you going to

11   recognize, you know, that's up?

12       Q.  Yeah, I just -- it's a picture.  It looks to be

13   like an aerial, right, photograph --

14       A.  Uh-huh.

15       Q.  -- taken from high above --

16       A.  Uh-huh.

17       Q.  -- that they can do today.  That's incredible,

18   right?

19       A.  Uh-huh.

20       Q.  I'm just -- do you recognize that place?

21               MR. WHITE:  Objection, asked and answered.

22               THE WITNESS:  Yeah, once.

23               MR. BROCHIN:  You've got to let me finish my

24           question.

25               MR. WHITE:  You asked her, do you recognize
```

```
 1          that place?

 2              MR. BROCHIN:  I didn't get it out.

 3   BY MR. BROCHIN:

 4      Q.  Do you recognize that picture, that photograph,

 5   and what's being photographed?  Does that look familiar

 6   to you?

 7      A.  Yes.

 8      Q.  Okay.  What does that look like to you?

 9              MR. WHITE:  I object.  It should be

10          translated.

11              THE WITNESS:  Well, I see that it's from

12          Muriel.

13              MR. BROCHIN:  Ask it again.  Go ahead.

14   BY MR. BROCHIN:

15      Q.  This is -- in Exhibit Number 16, there's a

16   photograph.

17      A.  Yes, there's a picture.

18      Q.  Do you know what it is a picture of?

19      A.  Muriel port.

20      Q.  Do you recognize the picture, in Exhibit 16, as

21   the Port of Muriel, correct?

22      A.  Yes, sir.

23      Q.  And that means this water area here would be

24   Muriel Bay, right?

25      A.  Uh-huh.
```

1      Q.   And where would Tapia be on this?   Put a pen

2   where you think it approximately was.

3      A.   What?

4      Q.   Put a T.

5      A.   Huh?

6      Q.   Put a T, for Tapia.

7      A.   (Complies.)

8      Q.   And the dock -- does this picture help you tell

9   me where the Muriel dock that you had the concession for

10   is?

11      A.   I don't.  No, sir, I don't.  I don't know.

12      Q.   You see this area that's -- has like a green

13   point thing to it and says "Port of Muriel"?

14      A.   Yes.

15      Q.   Do you see the point there?

16      A.   Yes.

17      Q.   Is that what it's pointing to?

18      A.   Yes.

19      Q.   Was that -- did that exist in 1955?

20      A.   I don't know.

21      Q.   Do you remember something coming out to the bay

22   that far in 1955?

23      A.   No.  No, sir.

24      Q.   Do you know or have you ever heard of Jose A.

25   Vila and Associates?

Page 170

```
 1      A.   Jose Vila?

 2      Q.   And Associates?

 3      A.   No, sir.

 4      Q.   Do you know whether they are an architect firm in

 5   Cuba?

 6      A.   No, I don't.

 7      Q.   Construction firm in Cuba?

 8      A.   I don't remember.

 9      Q.   You don't know them?

10      A.   No.

11      Q.   Never heard of them?

12      A.   No, I don't remember.

13      Q.   Do you know of any financial studies for the

14   works of the Muriel Bay, pursuant to the concession?

15      A.   No, sir.

16      Q.   Do you know of any studies produced by public

17   accountants, regarding the Muriel Bay?

18      A.   I don't remember.

19           MR. BROCHIN:  I would like a 10-minute

20       break.

21           THE VIDEOGRAPHER:  Going off record at

22       3:57 P.M.

23           (Thereupon, a short break was taken.)

24           THE VIDEOGRAPHER:  Back on the record at

25       4:15 P.M.
```

```
 1    BY MR. BROCHIN:

 2        Q.  Earlier, you had testified that you had heard

 3    that Seaboard Marine was using Muriel dock?

 4        A.  Yes, sir.

 5        Q.  Had you heard -- or have you heard anyone else

 6    has been using Muriel dock?

 7        A.  I don't know.

 8        Q.  Have you heard, for example, whether a company

 9    called Crowley, C-R-O-W-L-E-Y, has been using --

10        A.  Yes, sir.

11        Q.  Oh, you did hear that?  Okay.  And who told you

12    that?

13              MR. WHITE:  Objection, to the extent the

14         question calls for attorney/client privileged

15         communications.

16              Otherwise, she can answer.

17              And I would ask that my objection be

18         interpreted because I'm not -- I want to make

19         sure she understands.

20              MR. BROCHIN:  You need to tell us what she

21         said.

22              THE INTERPRETER:  She tells me, could you

23         repeat again, Ana Maria?

24              MR. BROCHIN:  Okay.  Okay.  So, you repeated

25         the instruction.
```

```
 1              So, now -- so, I asked her -- Laura, can you

 2         re-read -- it may take two questions to get it up

 3         in context.  So, she can re-do that two questions

 4         in English.  You'll translate.  And then she'll

 5         answer those two in Spanish.

 6              THE COURT REPORTER:  "Have you heard, for

 7         example, whether a company called Crowley,

 8         C-R-O-W-L-E-Y, has been using --

 9              "Yes, sir.

10              "Oh, you did hear that?  Okay.  And who told

11         you that?"

12              THE WITNESS:  A gentleman that passed away

13         years ago told me, and he worked at Crowley.

14         That's it.

15    BY MR. BROCHIN:

16       Q.  What was the name of the gentleman that told you?

17       A.  I can't remember right now.  I can't remember.

18       Q.  But the gentleman who did tell you this, told you

19    that Crowley was using the Muriel dock?

20       A.  No, no.

21       Q.  Her question was cut off, so I'm going to ask

22    that same question you just asked, but make sure you put

23    in the Muriel dock.  So, I'm going to re-boot the whole

24    question.

25              You mentioned someone or people had told you that
```

1    Seaboard Marine was using the -- have used or was using

2    the Muriel dock.  Has anyone -- have you been told that

3    anyone else has been or is using the Muriel dock?

4        A.  Yes, more than 20 years ago this person, that I

5    don't recall the name, was working in Puerto Rico.  And

6    he said that they were using the Muriel dock, Crowley

7    and Seaboard Marine.

8        Q.  So, the same person that told you that Seaboard

9    Marine was using the dock, also told you that Crowley

10   was using the Muriel dock?

11       A.  Yes.

12       Q.  And this conversation to you about Crowley and

13   Seaboard Marine using the Muriel dock happened about

14   20 years ago?

15       A.  Oh, yes.

16       Q.  Has anyone told you that a company called Maersk,

17   M-A-E-R-S-K, has been or is using the Muriel dock?

18       A.  No, sir.

19       Q.  Have you been involved in any lawsuits, other

20   than this one?

21       A.  No.

22       Q.  This is the only lawsuit?

23       A.  Uh-huh.

24       Q.  That's a yes?

25       A.  The first or the last?

```
 1      Q.  Yeah.  But you're involved, if I'm not mistaken,

 2   in a lawsuit suing Crowley; is that right?  Are you

 3   suing Crowley?

 4      A.  No.

 5      Q.  You're not suing Crowley?  I thought you were.

 6          Are you suing Maersk?

 7      A.  No.

 8      Q.  Have you testified in any other lawsuits before?

 9      A.  No, sir.

10      Q.  This is it?

11          I want to show you what I'm going to mark as

12   Exhibit 17 now.

13              MR. WHITE:  I think it's 16, unless I'm

14          missing one.

15              THE INTERPRETER:  16 was the aerial one.

16              MR. WHITE:  I didn't get a copy of that one.

17          I've got to find it.

18              MR. BROCHIN:  What was it?

19              MR. WHITE:  16.

20              THE INTERPRETER:  17.

21              MR. BROCHIN:  No, but what was 16?

22              THE INTERPRETER:  16 was the aerial one.

23              MR. WHITE:  I think you have it.

24              MR. BROCHIN:  Yeah, I gave it to you.

25              (Thereupon, a discussion was held off the
```

```
 1            record.)

 2                (Thereupon, Exhibit No. SBM-17 was marked

 3            for identification.)

 4    BY MR. BROCHIN:

 5       Q.  Here's exhibit now marked as Exhibit Number 17.

 6    What I'm going to want you to do is go through, not read

 7    it, but go through it to see if you can recognize it.

 8            Because my first question will be:  Have you seen

 9    it before?

10       A.  I can answer you, no.

11       Q.  Well, I don't think you want to do that until you

12    look at it.  You don't answer that "no" until you look

13    at it all the way, all the way to the end, please.  You

14    don't have to read it, I just want to see if you

15    recognize it.  Particularly, look at the end page,

16    second to the last page.

17       A.  Uh-huh.

18       Q.  So, for the record, what Exhibit Number 17 is, is

19    Plaintiff's Responses and Objections to Defendant's

20    First Set of Interrogatories to Plaintiff.

21            Have you seen this document, which is

22    Exhibit Number 17, before?

23       A.  No, sir.

24       Q.  And on the second to the last page, if you can

25    turn to that second to the last page, which is not
```

1    numbered, but it's the second to the last page, there is

2    a signature above the name of Odette Blanco Fernandez

3    Rosell.  Is that your signature?

4        A.  Yes, sir.

5        Q.  Did you, in fact, sign that?

6        A.  Did I what?

7        Q.  Sorry.  Did you sign that page?  Is that your

8    signature that you signed?

9        A.  Yes.

10       Q.  You took a pen and you signed it?

11       A.  Yes.

12       Q.  And did you sign that for the purposes of

13   answering questions in this lawsuit?  I'll ask it

14   easier.

15           Why did you sign it?  Why did you sign this

16   document?

17       A.  What I said is it's okay.

18       Q.  I'll read -- it says, "I declare under the

19   penalty of perjury that the foregoing Plaintiff's

20   objections and responses to Defendant Steamboard Marine

21   Limited's first set of Interrogatories to Plaintiff are

22   true and correct to the best of my present knowledge,

23   information, and belief, based on my recollection and

24   based on an investigation undertaken on my behalf."

25           So, was that true --

```
 1     A.  Yes.

 2     Q.  -- when you signed it?

 3     A.  It's true.

 4     Q.  Did you review the answers in this document

 5  before you signed it?

 6     A.  No, sir.  Were I supposed to -- before I sign, to

 7  read all this?

 8             MR. WHITE:  Please wait for a question.

 9  BY MR. BROCHIN:

10     Q.  Well, whether you were supposed to or not, the

11  fact is that you didn't do it, right?  You didn't read

12  them before you signed it?

13             MR. WHITE:  Objection, asked and answered.

14      Objection, form.

15  BY MR. BROCHIN:

16     Q.  You didn't read that before you signed it, that's

17  what you said?

18     A.  No, I didn't.

19     Q.  And to prepare for your testimony today, did you

20  do anything to prepare for today's testimony?

21     A.  No, I only have to say the truth.

22     Q.  And did you meet with anyone prior to this

23  deposition?

24     A.  Yes.

25     Q.  And who did you meet with?
```

```
 1      A.  Him, (indicating).

 2      Q.  That would be Mr. White?

 3      A.  Mr. White and Mr. --

 4      Q.  Gaebe?

 5      A.  Gaebe.

 6      Q.  And when did you meet with them?

 7      A.  I cannot tell you the date exactly.

 8      Q.  But within the last day or two?  Was it this

 9  week?

10      A.  This week, yes.

11      Q.  So, today is Friday, you testified on Tuesday, do

12  you remember, for a short period of time?

13      A.  Uh-huh.

14      Q.  Did you meet with them since last Tuesday?

15      A.  No, sir.

16      Q.  You haven't met with them since the last time you

17  testified?

18      A.  Uh-huh.

19      Q.  Let's make sure I got that answer right.

20          Have you met with Mr. White, Mr. Gaebe, or any

21  attorney of yours, since your testimony on Tuesday?

22      A.  No.

23      Q.  Have you reviewed any documents to prepare for

24  your testimony?

25      A.  If I read some -- no.
```

```
 1      Q.   Yeah, did you read documents or look at documents

 2   before this deposition, so you would be prepared?

 3      A.   No, I -- no, I just can't remember.

 4      Q.   That's okay.

 5      A.   I -- I don't recall this.  You know, I'm almost

 6   92, come on.

 7           MR. BROCHIN:  Let me take that document.

 8      Thank you.

 9           THE WITNESS:  My brother doesn't believe.

10           MR. BROCHIN:  At this point, I have no

11      further questions.

12           MR. WHITE:  I do have questions.  Given the

13      hour and she's been here for so long, I'm going

14      to reserve my questions.

15           MR. BROCHIN:  No way.  We're going to finish

16      this today.

17           MR. WHITE:  I'm going to reserve my

18      questions.  We've been here since 9:30.

19           MR. BROCHIN:  I know, but you --

20           MR. WHITE:  And if the deposition had

21      started on time, perhaps I could do it, but I'm

22      not going to subject her to that.

23           MR. BROCHIN:  First of all, the deposition

24      didn't start on time.  I was here on time.  And

25      that is no reason.  You need to finish these
```

```
 1        questions.  You can't reserve questions and then

 2        come back later and ask questions.  That's not

 3        going to work.

 4             MR. WHITE:  Yeah, well --

 5             MR. BROCHIN:  I don't even understand what

 6        you mean.

 7             MR. WHITE:  We'll notice her deposition

 8        again.

 9             MR. BROCHIN:  Again?

10             MR. WHITE:  If we need to.  And I reserve

11        questions, today.

12             MR. BROCHIN:  Explain to me what you mean by

13        you reserve questions.

14             MR. WHITE:  I get the opportunity to do my

15        questioning, based on your questioning.

16             MR. BROCHIN:  You do.  Now's your chance.

17             MR. WHITE:  No, I disagree.

18             MR. BROCHIN:  You mean you get to pick the

19        time and place that you get to ask the questions.

20             MR. WHITE:  That's how I'm going to get it.

21             MR. BROCHING:  After you get a chance to go

22        back and talk to people?

23             MR. WHITE:  In consultation with you, we'll

24        pick a date and time.

25             MR. BROCHIN:  Let me be crystal clear.  We
```

```
1          will not agree, under any circumstances, to

2          continuing this deposition.  We are here.  You

3          already took her deposition on Tuesday.  You

4          asked her a ton of questions then.  You then

5          redirected on Tuesday and you have plenty of

6          time.  I didn't even take near my seven hours of

7          testimony time.  There's plenty of time.

8               I'm happy to take a break, if you want to

9          rest, you know.  Do you want to come back

10         tomorrow?

11              MR. WHITE:  She's 92 years old.  She was

12         subjected to hours of repetitive, and I would

13         submit, in my opinion, harassing questioning.

14         She's exhausted.  Now, is not the time.

15              MR. BROCHIN:  If you want to redirect your

16         own witness, after you've already deposed her, I

17         suggest you do it now or take a break or if you

18         want to tell me that it has to be continued to

19         tomorrow, I would consider that, but not happily,

20         but I would consider that.

21              What I will not agree to, and I want to be

22         clear, for the record, that you, in any way, have

23         any right to reserve the right to redirect at

24         some time of your choosing.

25              MR. WHITE:  What is your authority?
```

```
 1                MR. BROCHIN:  Pardon me?

 2                MR. WHITE:  What is your authority for that?

 3                MR. BROCHIN:  Civil Rules of Procedure.

 4                MR. WHITE:  Which rule?

 5                MR. BROCHIN:  Rule 30, probably, to start

 6         with, but I don't know that.

 7                MR. WHITE:  Okay.  We have a disagreement.

 8                MR. BROCHIN:  I've never heard anybody

 9         reserve their right to redirect, at least not in

10         this district.  Maybe a different practitioner.

11                MR. GAEBE:  IF you're looking at me, it was

12         my suggestion because I think it would be

13         discourteous and unprofessional to do anything

14         but agree to reserve cross, at a different time,

15         if we deem it necessary, but she's been here --

16         we can't possibly get done by 5:00.  And

17                MR. BROCHIN:  Wait a minute.  What do you

18         mean you can't get done by 5:00?  You just told

19         me it might not be necessary.

20                MR. GAEBE:  It might not.

21                MR. BROCHIN:  Okay.  So, how do you know it

22         can't be done by 5:00?

23                MR. GAEBE:  Well, because we don't know

24         until we start.  So, it is what it is.  You can

25         make all the noise you want, but at this point,
```

```
 1          this lady is going home.

 2               MR. BROCHIN:  That's fine.  Okay.  Then,

 3          let's do it tomorrow.

 4               MR. GAEBE:  We're not doing it tomorrow.

 5               MR. BROCHIN:  The deposition is noticed from

 6          day-to-day, until finished.  And that's the way

 7          we do it.

 8               MR. GAEBE:  Well, take it up with the Court.

 9               MR. BROCHIN:  I'm not taking it up with the

10          Court.

11               MR. GAEBE:  We're done for today.

12               MR. BROCHIN:  No, this deposition is

13          completed.

14               MR. GAEBE:  No, you can't say it's

15          completed.  You can say whatever you want.

16               MR. BROCHIN:  Your time is now to ask the

17          questions.  I've offered to continue it.  I have

18          not even come close to taking seven hours of

19          testimony.

20               MR. GAEBE:  We can agree to disagree.  How's

21          that?

22               MR. BROCHIN:  About what?

23               MR. GAEBE:  About everything you just said.

24               MR. BROCHIN:  That I took seven hours?

25               MR. GAEVE:  No, about -- Bobby, we're not
```

```
1              going to put this woman through --

2                   MR. BROCHIN:  I got it.

3                   MR. GAEBE:  -- anymore than what she's been

4              through today.  No more.  And that's, you know,

5              if you want to disown part of your participation

6              in that, fine, but this lady is going home.

7                   MR. BROCHIN:  I will state, for the record,

8              I'm prepared to be here at 9:30 tomorrow morning,

9              to continue this deposition.  She can get herself

10             a good night's rest and we can pick it up in the

11             morning, because the only reason, supposedly, for

12             doing this is she's tired, and I appreciate that

13             part.

14                  MR. GAEBE:  It's more than just being tired.

15                  MR. BROCHIN:  Okay.  Whatever it may be, but

16             --

17                  MR. GAEBE:  What she's been subjected to is

18             fairly, you know, it was close to harassing.  It

19             was.  And I'm going to take her home.  Sorry, I'm

20             going to exercise my obligation, as an attorney

21             and a human being, to make sure this lady is well

22             taken care of.

23                  MR. BROCHIN:  You can take her home.

24                  MR. GAEBE:  Thank you.

25                  MR. BROCHIN:  But I want to continue the
```

```
1           deposition tomorrow.

2                MR. GAEBE:  I heard you the first time.

3           Let's go.

4                THE WITNESS:  Tomorrow?

5                MR. GAEBE:  No, we're not doing tomorrow.

6                MR. BROCHIN:  Our view is this deposition is

7           over and we would like a copy ordered, please.

8                MR. GAEBE:  Very good.

9                THE VIDEOGRAPHER:  Going off the record at

10          4:34.

11               THE COURT REPORTER:  Mr. White, would you

12          like a copy?

13               MR. WHITE:  Yes, I would.

14               (Thereupon, the above deposition was

15          concluded at 4:34 P.M.)

16

17

18

19

20

21

22

23

24

25
```

```
 1                    CERTIFICATE OF OATH

 2
      STATE OF FLORIDA
 3
      COUNTY OF BROWARD
 4

 5

 6             I, the undersigned authority, certify that

 7       ODETTE BLANCO DE FERNANDEZ remotely appeared before

 8       me and was duly sworn on the 17th day of December,

 9       2021.

10

11             Signed this 28th day of December, 2021.

12

13

14
                        LAURA LENTOSKI, RPR, FPR
15                      Notary Public, State of Florida
                        My Commission No. GG 216183
16                      Expires:  May 19, 2022

17

18

19

20

21

22

23

24

25
```

1

CERTIFICATE OF REPORTER

2

3        I, LAURA LENTOSKI, Registered Professional

4        Reporter, do hereby certify that I was authorized

5        to and did stenographically report the foregoing

6        deposition of ODETTE BLANCO DE FERNANDEZ; that a

7        review of the transcript was not requested; and

8        that the transcript is a true record of my

9        stenographic notes.

10

11        I further certify that I am not a relative,

12        employee, attorney, or counsel for any of the

13        parties, nor am I a relative or employee of any

14        of the parties' attorney or counsel connected

15        with the action, nor am I financially interested

16        in the action.

17

18        Dated this 28th day of December, 2021.

19

20

21        LAURA LENTOSKI, RPR, FPR

22

23

24

25

## WORD INDEX

**< $ >**
**$10,000** 107:*13, 14, 18*
**$40,000** 43:*19*

**< 1 >**
**1:41** 88:*23*
**10** 2:*1* 3:*1* 64:*13* 76:*17* 92:*5, 6* 113:*12, 14* 118:*17* 128:*12* 129:*14, 15, 16* 133:*18*
**10,000** 92:*4* 94:*6* 107:*7, 8, 9, 10, 16, 20, 21*
**10:51** 50:*14*
**102** 3:*1*
**105** 3:*1*
**109** 3:*1*
**10-minute** 170:*19*
**11** 3:*1* 96:*10, 12* 98:*2, 25*
**11:05** 50:*17*
**11:28** 64:*8*
**110** 2:*1*
**1101** 2:*1*
**12** 3:*1* 103:*2, 19* 105:*7, 8* 106:*1, 6, 9*
**12:04** 88:*20*
**120** 3:*1*
**12th** 68:*18*
**13** 3:*1* 36:*15, 16, 18* 105:*9, 11, 15, 25* 106:*3*
**135/Lines** 3:*1*
**14** 3:*1* 36:*12, 13* 37:*15, 22* 38:*5, 7* 109:*16, 19, 24* 123:*3*
**15** 3:*1* 34:*4* 57:*10* 68:*13* 69:*2, 16* 118:*18* 120:*8* 121:*8* 123:*2, 4*
**16** 3:*1* 74:*2* 165:*20, 25* 166:*7* 167:*3* 168:*15, 20* 174:*13, 15, 19, 21, 22*
**165** 3:*1*
**17** 1:*1* 3:*1* 4:*4* 174:*12, 20* 175:*5, 18, 22*
**1700** 4:*9*
**175** 3:*1*
**17th** 2:*1* 186:*8*
**18** 75:*8*
**19** 3:*1* 42:*15, 16* 56:*12* 62:*9* 186:*16*
**1929** 62:*4*

**1930** 59:*14* 62:*12* 65:*1*
**1933** 60:*8* 62:*12* 63:*8* 65:*1*
**1936** 60:*11* 63:*8, 21* 66:*16* 67:*13*
**1938** 62:*3* 66:*16* 67:*8, 9, 13, 15*
**1945** 68:*13, 16, 20* 69:*16* 75:*24* 77:*8* 78:*25*
**1949** 69:*23, 25* 78:*18* 79:*8, 13, 17* 80:*16* 89:*23*
**1950** 31:*7* 62:*10* 70:*4* 71:*9* 79:*8, 9, 10*
**1950-ish** 121:*25*
**1950s** 90:*2* 124:*20*
**1951** 31:*9*
**1952** 18:*15*
**1954** 18:*16* 34:*2* 124:*21* 158:*12* 163:*8*
**1955** 112:*12* 158:*12* 169:*19, 22*
**1957** 29:*23* 30:*2, 4* 86:*13, 22*
**1958** 18:*15*
**1959** 71:*15* 124:*21*
**1960** 47:*6* 48:*18* 50:*24* 69:*13, 17* 71:*11* 84:*6* 107:*4* 122:*5, 16* 131:*19, 22*
**1961** 46:*10, 19, 23* 47:*5, 13*
**1962** 22:*3, 4, 6, 8, 17* 24:*1, 11, 22* 25:*8* 53:*19*
**1964** 23:*24, 25* 24:*1* 27:*24* 28:*20, 25* 29:*3, 13* 33:*15* 38:*1* 47:*10* 48:*4* 52:*10* 53:*19* 55:*25* 57:*5*
**1965** 36:*1*
**1967** 29:*22* 53:*4*
**1968** 53:*4*
**1978** 37:*23, 24* 38:*3, 18, 23* 39:*5, 19* 41:*19* 42:*14* 43:*10, 13* 44:*4*
**1979** 37:*21*
**1987** 52:*22* 55:*18* 57:*5*
**1987-ish** 55:*16*
**1990** 43:*7* 45:*3* 57:*14*
**1992** 42:*22*

**1992-ish** 43:*6*

**< 2 >**
**2** 120:*10*
**2:40** 129:*17*
**2:56** 129:*22*
**20** 3:*1* 58:*24* 129:*13* 173:*4, 14*
**200** 2:*1* 36:*7*
**2000** 57:*19* 58:*16*
**20036-4798** 2:*1*
**202** 2:*1*
**2021** 1:*1* 3:*1* 4:*4* 186:*9, 11* 187:*18*
**2022** 186:*16*
**20-cv-25176-BLOON/Otazo-Reyes** 1:*1*
**21** 12:*14* 58:*25*
**216183** 186:*15*
**25** 112:*12*
**2506** 109:*20*
**27** 155:*3*
**27,000** 43:*21*
**28** 155:*7*
**28th** 186:*11* 187:*18*
**293-5555** 2:*1*

**< 3 >**
**3** 105:*6* 129:*16*
**3:57** 170:*22*
**30** 112:*13* 182:*5*
**305** 2:*1*
**33** 63:*22*
**33131** 2:*1*
**33155** 12:*10*
**33156** 2:*1*
**36** 63:*22, 23*
**38** 63:*23*

**< 4 >**
**4:15** 170:*25*
**4:34** 185:*10, 15*
**40** 113:*16*
**40,000** 45:*5*
**415-3000** 2:*1*

**< 5 >**
**5** 96:*16*
**5:00** 182:*16, 18, 22*
**50** 25:*11* 113:*14, 17*
**52** 18:*15* 31:*9*
**5300** 2:*1*
**54** 31:*10* 158:*22, 24*
**55** 158:*22, 24* 163:*8*
**5520** 12:*10*

**55th** 33:*12* 45:*24, 25* 56:*22*
**57** 29:*24* 86:*14*
**5870** 2:*1*
**5th** 68:*18*

**< 6 >**
**60** 27:*20* 113:*17* 133:*7* 134:*23*
**607-4755** 2:*1*
**61** 48:*18* 50:*24*
**62** 47:*8* 134:*23* 135:*1* 154:*11* 155:*8*
**64** 3:*1* 38:*2* 47:*9*

**< 7 >**
**70** 13:*3*
**70th** 12:*10*
**72nd** 32:*21*
**78** 37:*21* 42:*15*

**< 8 >**
**8** 3:*1* 166:*1*
**86** 52:*23*
**87** 52:*23*

**< 9 >**
**9:30** 1:*1* 3:*1* 179:*18* 184:*8*
**9:50** 4:*5*
**90** 14:*12*
**91** 43:*7* 45:*3*
**9130** 4:*8*
**92** 14:*12* 42:*22* 156:*13* 179:*6* 181:*11*
**96** 2:*1* 3:*1*

**< A >**
**A.M** 1:*1* 3:*1* 4:*5* 50:*14, 17*
**able** 6:*4* 28:*4* 101:*20* 108:*11*
**above-entitled** 3:*1*
**Absolutely** 10:*16* 137:*14*
**accomplishment** 13:*4* 14:*15*
**accountants** 170:*17*
**acknowledge** 4:*17, 20*
**acknowledging** 5:*13*
**acquire** 78:*18*
**acquired** 24:*12*
**action** 187:*15, 16*
**actively** 7:*12*
**add** 5:*22*
**addition** 164:*2, 15*

**address** 12:*8, 9* 56:*19* 67:*19*
**adjacent** 123:*14*
**administer** 4:*22*
**administered** 4:*21*
**Administrative** 4:*24*
**admitted** 17:*2*
**aerial** 167:*13* 174:*15, 22*
**afternoon** 95:*13*
**age** 3:*1* 34:*19*
**ago** 12:*24* 14:*19* 16:*24* 27:*20* 31:*19* 41:*3* 134:*23* 154:*11* 155:*8* 172:*13* 173:*4, 14*
**agree** 5:*5, 7, 16, 19, 21* 6:*8* 181:*1, 21* 182:*14* 183:*20*
**agreed** 5:*17* 9:*7*
**agreement** 5:*2, 3* 148:*16* 149:*8* 162:*2* 168:*13*
**ahead** 51:*8*
**air** 112:*17, 21*
**airport** 112:*13, 15, 16*
**al** 1:*1*
**albeit** 102:*15*
**Alfredo** 7:*16* 20:*11, 19, 21* 23:*2, 3, 5, 8* 24:*23, 24* 25:*3, 8, 19* 26:*12, 15, 17* 28:*2, 16, 22, 23, 24* 29:*13, 16* 33:*6* 43:*14* 46:*8* 47:*3* 49:*21* 50:*20* 53:*10* 55:*24* 59:*20* 75:*25* 76:*8* 78:*5* 83:*17* 84:*10, 24* 85:*2, 15* 86:*2, 3, 10* 93:*7, 19, 20* 107:*3* 108:*25* 114:*21* 122:*15* 123:*7, 11* 124:*23* 127:*9* 153:*2* 158:*1* 160:*2, 7* 163:*12, 25* 164:*12*
**alive** 13:*11* 61:*6, 7* 94:*9* 132:*1*
**allegedly** 86:*2*
**allow** 88:*7*
**allowed** 150:*12*
**Amended** 3:*1* 166:*2*
**amount** 45:*6* 94:*5*
**Ana** 2:*1* 122:*7* 143:*21* 171:*23*

Odette Blanco de Fernandez                                    12/17/2021
Case 1:20-cv-25176-BB   Document 127-5   Entered on FLSD Docket 02/22/2022   Page 191 of 204

Page 2

Andrew 42:*20, 24, 25* 43:*1, 3* 57:*15*
A-N-G 90:*25*
Angela 90:*22, 24* 91:*2, 3, 4*
Angosta 108:*3, 4*
A-N-G-O-S-T-A 108:*4*
answer 8:*13, 16* 9:*15, 16, 17, 18* 10:*4, 7* 11:*3, 17, 18* 15:*12, 16, 22* 16:*8, 9* 77:*5* 78:*23* 82:*11* 85:*12, 13* 93:*17* 101:*7, 22* 115:*20* 116:*13, 15, 17* 122:*13, 25* 124:*15* 125:*10, 11, 16, 24* 127:*13* 128:*4, 5* 129:*1, 9* 131:*15* 132:*8* 134:*9* 136:*13, 25* 137:*8* 138:*2, 5, 6, 7* 139:*12* 140:*12* 141:*1, 5, 23* 144:*23, 24, 25* 146:*15* 147:*7, 20, 23* 148:*9, 16* 150:*19, 20* 164:*10* 171:*16* 172:*5* 175:*10, 12* 178:*19*
answered 114:*3* 115:*13* 127:*12, 19* 128:*25* 129:*8* 132:*7* 147:*24* 155:*21* 160:*21* 161:*3, 18* 167:*21* 177:*13*
answering 100:*4* 176:*13*
answers 126:*17* 136:*15* 137:*1* 147:*25* 177:*4*
anybody 28:*4* 59:*16* 95:*25* 107:*1* 122:*5* 182:*8*
anymore 125:*25* 184:*3*
AOSC-20-23 4:*24*
apart 140:*8* 147:*8*
apartment 35:*10, 12, 15, 17* 36:*4, 18* 37:*21* 38:*8* 47:*22* 58:*9*
apologize 19:*14*
APPEARANCES 2:*1* 5:*14*
appeared 186:*7*
appears 121:*8*
appreciate 102:*23* 132:*24* 184:*12*

approximately 46:*9* 57:*5* 113:*16* 169:*2*
architect 71:*23* 170:*4*
area 84:*2* 100:*18* 154:*19, 24* 168:*23* 169:*12*
arrangement 4:*22, 25*
arrived 47:*4*
ashes 23:*16, 17*
asked 14:*3* 16:*1* 20:*15* 25:*23* 30:*18* 49:*15* 71:*2* 83:*13* 87:*3* 101:*23* 111:*9* 114:*3* 115:*13* 118:*24* 127:*11, 19* 128:*24* 129:*7* 132:*6* 137:*20* 155:*20* 159:*22* 160:*21* 161:*3, 17* 166:*21, 25* 167:*21, 25* 172:*1, 22* 177:*13* 181:*4*
asking 9:*2* 15:*8* 19:*11* 82:*13* 102:*21* 125:*6* 126:*2, 7* 128:*19* 130:*15, 18* 136:*16* 137:*4* 138:*25* 146:*21, 22* 155:*17* 166:*10, 12*
asset 21:*6, 12*
assets 17:*12, 23* 21:*21*
Associates 169:*25* 170:*2*
association 4:*11, 13*
assume 34:*15* 130:*22*
assuming 43:*3* 65:*16*
assure 143:*11*
Atlanta 31:*15*
attack 54:*8* 87:*10*
attending 5:*25* 6:*8*
attention 166:*4*
attorney 6:*14* 178:*21* 184:*20* 187:*12, 14*
attorney/client 136:*19* 137:*8* 138:*3* 171:*14*
attorneys 4:*16* 5:*12* 7:*11* 27:*19* 135:*11, 12*
authority 181:*25* 182:*2* 186:*6*
authorized 187:*4*

Avenue 45:*18* 68:*18*
Azucarera 81:*2, 12, 17, 19*
A-Z-U-C-A-R-E-R-A 81:*3*

< B >
baby 19:*8, 9, 17* 62:*20*
back 33:*13* 44:*12* 50:*16* 53:*10* 59:*1* 64:*7* 71:*4, 6* 73:*7* 75:*10* 76:*14* 83:*7* 88:*22* 95:*13* 99:*23* 116:*23* 118:*23* 129:*22* 131:*21* 134:*7, 20* 138:*24* 145:*10* 150:*24* 170:*24* 180:*2, 22* 181:*9*
background 73:*20* 120:*25*
bad 30:*22* 86:*4* 97:*1*
Balcinge 90:*12*
bank 14:*16* 32:*4*
BARON 2:*1* 5:*15* 88:*24*
barred 132:*21*
base 112:*21*
based 137:*11* 176:*23, 24* 180:*15*
basis 138:*19*
Bastinde 79:*20, 21* 123:*7, 8, 11, 12*
Bates 103:*14* 109:*20*
bath 56:*5*
bathroom 97:*9* 98:*15, 16*
bathrooms 98:*14*
Bay 65:*4, 7, 10, 11* 94:*14, 16* 110:*3, 4* 111:*11, 14, 23* 154:*1, 2, 3, 9, 16, 17, 19* 159:*15, 20* 160:*13, 18, 24* 161:*2* 162:*4, 11* 164:*6, 15* 168:*24* 169:*21* 170:*14, 17*
bedrooms 97:*16, 17, 19* 117:*24*
Beeck 2:*1*
began 144:*11* 160:*8*
beginning 14:*24* 46:*22* 49:*8*
begun 144:*11*
behalf 2:*1* 176:*24*
belief 176:*23*

believe 9:*7* 69:*8* 83:*9* 88:*13* 125:*15* 133:*9* 135:*17, 19* 136:*9* 137:*13* 139:*2, 13* 144:*9* 152:*11, 17* 165:*11* 179:*9*
belonged 122:*18*
belongings 17:*12*
belongs 14:*22* 32:*7* 40:*3* 87:*20*
BERLINER 2:*1*
Bernice 17:*16* 18:*9, 15* 30:*22, 24* 31:*5, 9, 17, 21* 32:*4* 41:*13* 46:*25* 54:*8*
best 10:*22* 28:*14* 176:*22*
bet 43:*23*
better 19:*11* 39:*8* 54:*16*
big 18:*24* 39:*10* 42:*5, 19* 43:*4* 59:*17* 146:*10* 147:*1* 153:*20* 155:*7* 159:*18, 22*
birth 59:*1, 5, 8*
Biscayne 2:*1* 45:*24*
bit 20:*15* 89:*3* 111:*10* 112:*2* 121:*1*
BLANCO 1:*1* 3:*1* 4:*2, 7* 6:*14* 7:*17, 19* 12:*7* 18:*8, 9* 23:*3* 60:*21, 22, 25* 89:*10, 12, 13* 95:*8* 121:*20* 122:*6, 18* 163:*23* 176:*2* 186:*7* 187:*6*
blank 81:*9*
block 45:*23*
blown-up 76:*23*
blow-up 64:*20* 153:*19*
blue 83:*8* 108:*12, 21* 109:*1* 133:*20*
Blvd 2:*1*
boat 104:*15, 16, 19, 22, 25* 106:*15, 16* 159:*18, 22* 161:*7, 13*
boating 106:*19*
boats 104:*18, 25* 105:*3* 159:*20* 165:*6*
Bobby 5:*6* 7:*7* 183:*25*
Bobby.brochin@mo rganlewis.com 2:*1*
BOCKIUS 2:*1*

born 18:*15* 31:*7* 59:*2, 3, 4, 8, 13* 65:*5* 71:*4* 79:*8*
bought 24:*16, 17* 27:*17* 28:*2* 40:*14* 41:*23* 42:*23* 43:*21* 44:*18* 45:*10* 50:*3* 53:*12, 13, 14* 57:*13* 62:*4, 5, 10* 66:*22* 68:*17, 20* 69:*1, 9, 25* 72:*10, 14, 24* 73:*13* 75:*21* 77:*8* 78:*17* 80:*24* 90:*11, 18, 19, 20* 91:*7, 24* 92:*19, 20* 93:*6, 18* 97:*2* 104:*1* 106:*24* 107:*6* 117:*15* 119:*7* 121:*23*
Boulevard 4:*9* 45:*24*
boys 19:*3*
break 16:*12* 50:*6, 10, 15, 19* 64:*4* 88:*7, 14, 15, 17, 21* 128:*12* 129:*13, 19* 130:*9* 131:*5* 170:*20, 23* 181:*8, 17*
BROCHIN 2:*1* 5:*6, 22* 6:*6, 18, 21* 7:*1, 4, 7, 14, 23* 8:*13, 19, 24* 9:*6* 10:*4, 15* 14:*14* 15:*13* 18:*12* 19:*16* 22:*21, 22* 23:*1* 25:*22* 37:*2* 50:*9, 18* 53:*2, 9* 64:*9* 72:*4* 78:*22* 80:*25* 81:*6, 11* 82:*8, 20* 83:*4* 85:*11* 88:*9, 18* 89:*1* 90:*6* 92:*12* 95:*1* 96:*5, 11, 14* 97:*25* 99:*9, 25* 100:*2, 5, 8* 101:*15, 18, 24* 102:*3, 14, 22* 103:*1, 11, 17* 105:*10, 14* 108:*16, 20* 109:*15, 19, 21* 110:*6, 10, 13, 14* 113:*20* 114:*4* 115:*15, 21* 116:*3, 5, 14, 24* 119:*20* 120:*8, 13* 122:*9, 11, 25* 123:*4, 5, 15* 124:*1* 125:*14, 18, 23* 126:*4, 12, 16, 21, 23* 127:*15, 18, 21, 24* 128:*13, 15, 18* 129:*3, 12, 15, 23* 130:*5, 8, 14, 16, 21* 131:*1, 3, 4, 17*

132:*10, 13, 20*
133:*17, 19* 134:*8,*
*18, 19* 135:*14*
136:*4, 14, 18, 23*
137:*1, 4, 7, 12, 14,*
*20* 138:*1, 9, 14*
139:*8, 14, 19* 140:*1,*
*14* 141:*3, 8* 142:*1,*
*5, 14, 16* 143:*8, 12,*
*14* 144:*1, 5, 6, 25*
145:*3* 146:*20*
147:*10, 14, 16*
148:*3, 8, 13* 149:*5,*
*15* 150:*18* 151:*4*
152:*23* 153:*8, 15,*
*18* 155:*22* 156:*20*
160:*22* 161:*5, 19*
162:*1, 3* 163:*2, 20*
164:*9, 20* 165:*11,*
*14, 18, 23* 166:*16,*
*21, 24* 167:*1, 23*
168:*2, 3, 13, 14*
170:*19* 171:*1, 20,*
*24* 172:*15* 174:*18,*
*21, 24* 175:*4* 177:*9,*
*15* 179:*7, 10, 15, 19,*
*23* 180:*5, 9, 12, 16,*
*18, 25* 181:*15*
182:*1, 3, 5, 8, 17, 21*
183:*2, 5, 9, 12, 16,*
*22, 24* 184:*2, 7, 15,*
*23, 25* 185:*6*
**BROCHING**
180:*21*
**brother** 23:*7*
34:*11, 13, 16* 78:*6*
85:*24* 115:*11*
116:*1, 18* 122:*21*
127:*9, 16* 128:*20*
129:*4* 131:*9* 179:*9*
**brothers** 18:*25*
34:*5* 54:*4* 62:*1*
68:*10* 72:*1* 84:*24*
114:*23* 116:*8*
152:*3, 4* 155:*4*
159:*5*
**brought** 132:*24*
157:*18*
**BROWARD** 186:*1*
**build** 72:*2, 6, 25*
112:*21* 117:*13*
119:*9, 11* 158:*1, 15*
159:*10, 13*
**building** 37:*9, 10*
98:*24* 159:*25*
**built** 71:*16, 20, 22,*
*23* 72:*7, 8, 9, 10, 15,*
*17* 73:*2, 13* 116:*19*
117:*21* 131:*9*
160:*13* 162:*5*
**bungalos** 122:*22*

**burned** 57:*22*
58:*2, 6, 22*
**business** 17:*15, 16,*
*23, 24* 18:*18, 19*
27:*13* 30:*19* 31:*21*
33:*17* 35:*24* 39:*10,*
*25* 40:*8, 10* 73:*23*
132:*5, 17, 22* 155:*5*
163:*16*
**businesses** 157:*22*
**buy** 35:*12* 36:*20*
40:*12* 42:*7* 43:*17*
44:*9, 10, 21* 56:*14*
90:*20* 91:*8* 92:*25*
93:*3, 4*
**buying** 107:*19*
**buys** 56:*1* 78:*17*
**Byron** 20:*13*
21:*17, 19, 21* 73:*17*
84:*25* 85:*6, 23*
127:*16* 128:*19*
**Byron's** 72:*20, 21*

**< C >**
**cabin** 117:*4*
**cabins** 116:*20*
117:*6, 8, 13, 21, 24*
119:*6, 7, 17, 23*
120:*3* 122:*22*
130:*2, 12* 131:*9*
**Calas** 60:*21, 24, 25*
**C-A-L-A-S** 60:*24*
**call** 23:*7* 101:*3*
122:*23* 146:*1*
151:*5, 6, 16*
**called** 46:*2* 60:*2*
81:*2, 16* 89:*4*
101:*10* 124:*3*
132:*25* 171:*9*
172:*7* 173:*16*
**calls** 13:*10* 135:*8*
136:*12* 138:*3*
140:*5, 24* 171:*14*
**camera** 4:*10*
**cane** 27:*4* 59:*10,*
*15* 62:*15* 64:*24*
65:*3* 91:*10, 15*
**capital** 51:*21*
**care** 54:*1, 15* 55:*3,*
*4* 70:*17* 88:*4*
184:*22*
**case** 6:*24* 9:*18*
**Castro** 158:*5, 6, 10*
**cause** 3:*1*
**center** 121:*15*
**Central** 79:*7, 22*
80:*1, 10, 16* 83:*9,*
*21* 84:*3, 7, 10, 13,*
*17* 85:*7, 16, 19, 22,*
*24* 86:*1, 5, 8, 16, 20,*

*23* 87:*11, 15*
162:*12*
**certain** 9:*23, 24, 25*
**certainly** 9:*11* 88:*9*
**CERTIFICATE**
186:*1* 187:*1*
**certify** 186:*6*
187:*4, 11*
**chairs** 101:*21*
**chance** 180:*16, 21*
**charge** 78:*6*
156:*16*
**chart** 76:*24*
**chest** 102:*5*
**child** 60:*25* 104:*16*
**children** 18:*14, 18*
34:*16, 18, 22* 38:*16,*
*19* 39:*2* 41:*1* 42:*2,*
*5* 43:*17* 47:*12*
48:*11, 16* 49:*17*
51:*14, 22, 23* 54:*7,*
*10, 15* 56:*20* 70:*10*
72:*12* 73:*9* 86:*3*
105:*20* 114:*19*
116:*22* 117:*1*
119:*11, 12, 13*
131:*24* 152:*13*
**choice** 10:*2, 3, 6,*
*18* 27:*11*
**choose** 9:*4* 90:*7*
**choosing** 181:*24*
**circle** 83:*8* 108:*12*
109:*1, 3, 9*
**circumstances** 84:*6*
181:*1*
**citizens** 19:*20, 22*
**city** 124:*7*
**Civil** 182:*3*
**claim** 7:*2, 4*
135:*19* 136:*9*
139:*2*
**Clara** 60:*2, 8, 17*
61:*9, 12, 23* 62:*7*
63:*9, 22, 25* 65:*19,*
*24* 66:*11* 67:*4*
77:*4*
**clarification** 7:*6*
18:*10* 99:*22*
**cleaning** 40:*21*
**cleanings** 18:*22*
**clear** 9:*10* 15:*4*
33:*13* 38:*7* 62:*12,*
*21* 71:*3* 72:*5*
99:*20* 151:*12*
159:*12* 160:*12*
180:*25* 181:*22*
**clearly** 138:*17*
**close** 45:*23* 47:*12*
48:*14* 59:*11, 12*
63:*25* 66:*7* 74:*8*
76:*21* 95:*12*

112:*21* 116:*22*
118:*15, 21, 22, 23*
119:*24* 162:*9*
183:*18* 184:*18*
**closed** 27:*14*
**club** 71:*16* 72:*11,*
*15, 24* 73:*12*
**coastline** 154:*19*
**Coke** 102:*2*
**College** 74:*21* 75:*6*
**colonia** 91:*14*
**Columbia** 58:*11*
74:*21*
**come** 6:*2* 27:*22*
38:*16* 39:*19* 41:*24*
46:*11* 48:*15* 54:*2*
61:*11, 17* 70:*18*
95:*13* 140:*10*
150:*8* 179:*6* 180:*2*
181:*9* 183:*18*
**comes** 46:*19*
47:*14* 48:*20* 49:*21*
52:*5* 145:*22*
156:*19*
**comfortable** 16:*8*
**coming** 50:*21*
156:*19* 163:*19*
165:*6* 169:*21*
**commencing** 3:*1*
**Commission** 186:*15*
**communications**
135:*9* 136:*12*
171:*15*
**community** 32:*22*
88:*3*
**companies** 28:*10*
127:*2*
**company** 28:*8, 11*
80:*22* 81:*2, 16, 22*
82:*2* 83:*2* 123:*22*
124:*2, 9* 125:*8*
126:*25* 127:*4, 7*
128:*23* 129:*5*
132:*25* 152:*19*
159:*6* 162:*19*
171:*8* 172:*7*
173:*16*
**compared** 124:*8*
**compensation**
133:*6*
**completed** 128:*16*
164:*21, 22, 23*
183:*13, 15*
**complex** 46:*3*
**Complies** 169:*7*
**compound** 115:*14*
166:*14*
**concession** 157:*5, 6,*
*7, 10, 14, 17, 19*
158:*1, 14, 18, 24, 25*
159:*3, 9, 13* 160:*3*

162:*21* 163:*4, 9, 13,*
*21* 164:*1, 13* 169:*9*
170:*14*
**concessions** 157:*22*
**concise** 112:*25*
**concluded** 185:*15*
**conducted** 9:*8*
**conference** 118:*20*
**confiscated** 77:*12*
88:*4* 140:*12*
**confuse** 132:*12*
**congregacion** 87:*22*
**congregation** 87:*20,*
*21*
**connected** 187:*14*
**Connecticut** 74:*15*
**consent** 4:*25*
**consider** 63:*18*
181:*19, 20*
**construct** 117:*3*
144:*11*
**Construction** 170:*7*
**consultation** 180:*23*
**context** 142:*18*
172:*3*
**continue** 139:*11*
183:*17* 184:*9, 25*
**continued** 181:*18*
**continuing** 181:*2*
**continuously** 69:*16*
71:*9*
**convenience** 16:*18*
88:*12*
**convent** 22:*2, 4, 5,*
*9, 17*
**conversation** 19:*14*
101:*20* 173:*12*
**cook** 98:*6* 118:*7*
**co-owners** 41:*15*
**copy** 102:*20, 24*
103:*4, 14* 174:*16*
185:*7, 12*
**Coral** 42:*23* 43:*2*
44:*13, 18* 45:*14*
57:*13, 17* 58:*22*
**Corazon** 60:*3, 5*
**C-O-R-A-Z-O-N**
60:*5*
**CORCORAN** 2:*1*
**corner** 104:*4, 7*
121:*8*
**corporation** 82:*22*
162:*17*
**correct** 9:*3* 17:*21*
18:*25* 25:*25* 55:*1*
80:*22* 83:*5* 89:*21*
94:*2* 98:*2* 106:*4*
114:*6* 119:*24*
140:*16* 141:*10*
151:*14* 152:*20*

168:21  176:22
correctly  118:10
Costa  22:12, 15, 18
23:12, 14, 15, 20
24:4, 8, 12, 15  25:3,
6, 8, 16  26:18
27:19, 20  28:11, 15
33:9, 15  36:22
51:12, 14, 15, 20, 21
52:2, 6, 18  53:18,
19  54:17  55:25
56:9, 10, 13  57:9
counsel  4:25  5:4,
6, 15, 18, 20  7:7
50:5  88:6  102:17
103:6  105:23
111:4  123:2
137:11, 17, 18
139:5, 6, 7, 24
140:2, 3, 4  147:8
149:4  164:17
166:1  187:12, 14
counselor  141:7
country  71:16
72:11, 15, 24  73:12
County  16:22
55:20  186:1
couple  7:23  130:12
course  9:5, 12
63:17  113:9
COURT  1:1  3:1
4:12, 16, 23  5:11,
23  6:5, 12, 16  7:9
10:9  17:2  93:13
100:1  108:14, 18
115:24  129:22
132:16  134:11
136:4, 8  138:17
139:1, 15  142:1, 2,
8  143:5, 13, 15
148:17  149:9
164:11  166:3
172:6  183:8, 10
185:11
cousin  61:1
cousins  74:15
Cove  110:24
covered  100:23, 25
101:2
crop  23:18
crops  27:3
cross  182:14
Crowley  171:9
172:7, 13, 19  173:6,
9, 12  174:2, 3, 5
C-R-O-W-L-E-Y
171:9  172:8
crystal  180:25
Cuba  21:25  22:1,
10, 17  24:13  28:10
29:20  30:6  39:25

46:11, 14  47:13
48:18  49:1  50:23
53:23  59:3, 4, 9
60:2  65:5  71:14
75:10, 12, 13  82:2
83:2  84:6, 11, 14
85:8, 17, 20, 23
107:4  108:1, 3
112:11  120:1, 6
122:15  131:19, 21,
24  132:2  141:18
143:19, 23  144:12,
13, 18  145:18, 23
146:11, 24  149:23
150:9, 11, 12, 25
151:8, 19, 20, 24
152:2, 8, 9, 10, 11
156:22  157:15
164:24  165:1
170:5, 7
Cuban  55:1, 2
82:22  123:22
132:4, 17, 21
156:25  157:6, 10,
12, 14, 25  158:14,
19  160:5  163:3, 12,
22  164:2, 14
Cubans  39:24
curious  45:11
124:8  145:12
current  12:8, 17
currently  32:11
57:21, 24  126:24
cut  172:21

< D >
dad  56:7  57:4
61:8  66:22  77:10
79:7  84:22
Dadeland  4:8
DALE  2:1  5:18
date  4:4  23:24
27:6  56:13  89:20
178:7  180:24
Dated  187:18
dating  142:3
daughter  7:15, 16
18:9  31:14  70:21,
22
daughters  14:18,
23  31:23
DAVID  2:1  5:15
day  23:14  48:25
52:19  95:20, 21
114:6, 14, 16
115:11, 25  116:7, 9,
23  117:12  146:17
178:8  186:8, 11
187:18
days  34:4  36:8
46:15  57:10  59:10

80:12, 13  95:23
114:12  115:12
116:2, 10
day-to-day  183:6
Dbaron@bcr-
dc.com  2:1
DC  2:1
DE  1:1  3:1  4:2, 7
7:19  59:3, 9  60:3,
5  65:5  153:13
186:7  187:6
D-E  60:5
dead  61:6
dealing  155:23
Deceased  55:7
December  1:1  3:1
4:4  186:8, 11
187:18
decide  128:3
decision  127:23
declare  176:18
deed  13:22  92:9,
13
deem  182:15
deep  159:24
deeper  159:24
Defendant  1:1  2:1
3:1  5:21  176:20
DEFENDANT'S
3:1  175:19
del  65:25
Delago  26:16
Delgado  45:18
Delicias  153:13
depicted  98:2
deposed  181:16
DEPOSITION  1:1
3:1  4:6, 17, 18, 19
5:9, 25  7:13  8:1
9:8  14:25  96:9, 17
102:16, 18, 19
105:6  120:9  143:7,
10  153:21  177:23
179:2, 20, 23  180:7
181:2, 3  183:5, 12
184:9  185:1, 6, 14
187:6
Deppler@bcr-
dc.com  2:1
depth  143:20
Describe  101:10
described  84:5
121:12
describing  101:9
destroyed  33:19
detergent  18:20, 21
develop  144:11
158:1, 16  159:10
160:8  162:20
163:9  164:3, 6, 15

developed  35:21
162:5
development  35:23
developments
35:20
die  16:21  55:20
died  13:16  16:24
26:5  32:3  46:5, 6
54:7  55:11, 16, 18
57:1, 3  73:7  86:25
87:6
difference  83:14
different  8:18
18:21  66:1  87:23
159:4, 7  166:9
182:10, 14
differently  121:22
Direct  2:1  10:14
166:4
disagree  139:9
140:1  180:17
183:20
disagreement  182:7
disaster  27:6
disclose  135:10
148:22
disclosed  137:16,
18
Disclosures  3:1
166:2
discourteous
182:13
discovery  3:1
discuss  135:12
discussed  16:7
64:25  149:4
discussion  112:20
153:17  174:25
discussions  139:24
140:2  147:8
disown  184:5
disposing  17:3
distance  111:25
DISTRICT  1:1
3:1  182:10
division  74:3, 14,
17
dock  99:13, 15
100:10  102:8
103:23, 24  104:1,
13, 18, 23, 25  105:3,
20, 25  106:1, 3, 4, 6,
14, 15, 18  110:8
119:2, 3  120:3, 21
130:1, 11  131:7
135:7, 17, 20, 22
136:10  139:3
140:16, 18, 21
141:10, 12  142:9
143:16, 20  144:7, 9,
10, 15, 17, 21

145:25  146:1, 4, 5,
6, 11, 13  147:5, 17
148:5, 19  149:11,
18, 25  150:14, 15,
23, 24  151:5, 6, 7,
13, 16, 18, 24  152:1,
4, 12, 20, 24, 25
153:2, 5, 13  154:8,
15, 18  155:7, 10, 12
156:1, 12, 14, 22
157:1, 2  158:2
159:10, 13, 25
160:10, 13  161:7,
12, 22  162:4, 9, 20
163:10  164:21
165:1  169:8, 9
171:3, 6  172:19, 23
173:2, 3, 6, 9, 10, 13,
17
docked  165:6
docks  106:12
135:4  146:23
156:16
document  14:21
32:5  92:9, 14
110:21  175:21
176:16  177:4
179:7
documents  178:23
179:1
doing  54:12  71:25
72:1  139:16
155:14, 15, 16, 19
183:4  184:12
185:5
dollars  92:6
107:10, 16
Dolores  54:21
Dominican  37:5,
10, 13
Doral  41:10
drink  102:2
Drive  32:21
duly  6:10  7:20
186:8

< E >
earlier  20:15
30:17  83:13
102:18  171:2
early  43:7
easier  64:22  76:23
176:14
east  65:7, 8, 16
94:14, 15  154:3, 9
160:17
Ebby  20:5, 6, 7
21:23, 24  23:12
24:1  41:22, 23
42:3, 4, 7, 8  43:15
44:3, 6, 10, 24  45:1,

Trustpoint.One   Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

11, 12 48:13 68:10
86:5 87:11, 14
152:7, 13
**Ebby's** 42:1 43:2,
7, 10 45:19, 22
**edification** 7:14
**educated** 75:14
**educational** 73:19
**eight** 67:22 68:9
119:16
**either** 9:16, 25
11:18 66:6 107:10,
16
**E-L-A** 91:2
**electrical** 37:12
**electricity** 98:9
**element** 112:2
**elicits** 8:16
**Emma** 6:13 7:14
**employee** 187:12,
13
**English** 9:8, 16, 19
10:1, 5 15:3, 15
74:16, 20, 22 75:2
101:6 172:4
**enjoyed** 117:3
**Enrique** 20:12
21:8, 12 34:14
35:11, 16 47:25
84:24 85:6, 22
129:4
**Enrique's** 34:25
35:6
**entered** 148:25
**entertaining** 130:2
**entire** 9:12 16:4
18:7 36:13 126:19
**entirety** 10:2, 5
**EPPLER** 2:1 5:18
84:19 92:11
109:13
**erupt** 23:17
**ESQUIRE** 2:1
**essentially** 138:20
**establish** 166:19
**estate** 35:24
**esteemed** 50:5
**estimate** 84:1
112:24
**et** 1:1
**eventually** 44:10
**Everybody** 13:10
54:12 55:7 88:10
135:21 145:21
159:7
**evidence** 3:1 103:3
**exact** 46:24 56:12
103:4 160:14
**exactly** 40:6 45:6
51:7 121:6 137:20
155:14 178:7

**examination** 2:1
10:14
**example** 54:8
171:8 172:7
**excavate** 159:23
**exception** 8:3
**exchange** 92:5
**Excuse** 23:22
58:14 61:14 69:21
93:25 125:14, 18
136:18
**exercise** 184:20
**exhausted** 181:14
**Exhibit** 64:5, 13
76:14 96:12, 16
98:2, 25 102:12, 14
103:2, 7, 12, 19
105:6, 7, 11, 12, 15
106:3, 6, 9 109:17,
24 120:8, 10, 11
121:8 123:2
133:12, 18 153:20
165:21, 25 166:5, 6
167:3 168:15, 20
174:12 175:2, 5, 18,
22
**EXHIBITS** 3:1
165:16
**exile** 69:12
**exist** 169:19
**Expires** 186:16
**Explain** 180:12
**exported** 162:14
**extent** 171:13

< F >
**facilities** 133:7
146:19 150:9
**fact** 176:5 177:11
**factories** 37:12
**factory** 18:20
40:14, 18, 20, 22, 24
41:4, 5, 15, 17
**fair** 44:7 82:1
114:11 135:2
144:2, 7, 9 154:14
**fairly** 166:3
184:18
**familiar** 28:10
81:1 108:3, 8
123:16, 22 124:2
168:5
**family** 18:23, 24
24:6 40:3 42:5
59:16 63:4, 6
66:20 67:6 69:19
70:3 79:17, 19, 21
81:16 84:20 89:8,
9, 12, 13 90:12
94:21 95:8 97:4
114:17 121:20

122:6, 18 123:8, 11,
12 144:10 150:11,
24 151:18, 20
152:3 155:2
157:22 158:15, 25
159:1, 4, 7, 9 163:4,
13, 23 164:1, 13
**family's** 94:18
**far** 56:3 65:7, 8
84:21 88:10 98:22
100:9 110:16
111:25 169:22
**farm** 59:11, 15, 18,
19, 22 61:9 62:15,
17, 22 64:24 65:3
66:9, 11 67:6, 10
90:9 91:14, 15
123:16, 19
**farms** 27:18
**fast** 85:1
**father** 22:13, 23
23:5 29:6, 9 33:4,
6, 11, 21 34:2, 6, 20
41:23, 25 42:4, 8
43:14, 21, 23 45:23
46:4, 8 47:10, 13,
23 48:1, 3, 5, 7, 11,
15, 18 49:1 50:1, 2,
20 51:20 52:2, 14
53:17 54:11 55:2,
3, 12, 14, 16, 24
59:17 61:17 62:4
67:5 68:4, 5, 9, 17,
21, 25 69:24 72:10,
14 73:7, 8, 12
75:21, 22 77:7
78:17, 24 80:21, 24
83:17 84:9, 10, 16
87:19, 22 88:5
90:16 92:19, 21, 25
93:6, 7, 19, 20, 23
94:1, 4, 9, 12
106:24, 25 107:3,
14 109:5 114:21
116:8 117:19
119:17 120:1, 5
123:6, 10 124:23
141:18 151:11, 21,
22 152:12 155:4
156:21 157:1, 25
158:5 159:5, 22
160:7 162:5
163:17, 25 164:12
**father's** 23:2
27:23 29:14 30:8
33:14 34:3 56:16,
17 70:5 86:19
**feel** 16:8 137:18
**feet** 118:18
**FERNANDEZ** 1:1
3:1 4:2, 7 7:19

8:1 9:10, 23, 25
12:7 13:10, 11
14:3 17:6 18:8, 9,
17 20:16 25:9, 14,
15 40:8 50:19
64:10 89:2 96:15
109:22 112:24
140:15 148:4, 18
149:10 150:23
153:19 159:3
162:23 163:19
165:24 176:2
186:7 187:6
**Fernandez's** 6:20
**Fidel** 158:5, 6, 20,
21, 23
**field** 79:3
**fields** 79:1, 14
83:15, 16, 18, 20
84:2 161:9
**figure** 133:22
155:9, 24 165:16
**filed** 3:1 166:3
**finally** 21:17
**Finance** 162:16
**financial** 170:13
**financially** 187:15
**find** 150:13 174:17
**fine** 130:5 139:6,
22 183:2 184:6
**finger** 106:13
**finish** 15:8 19:10
22:21 82:8, 14, 17
93:10, 12 112:18
115:15, 16, 19
130:6 147:14
162:1, 8 164:5
167:23 179:15, 25
**finished** 75:8
130:14 183:6
**finishes** 82:11
115:18 130:18
**firm** 170:4, 7
**First** 3:1 11:3
48:8 52:14 62:12
64:24 70:13, 14, 15
81:23 86:5 89:9
115:22 122:25
142:17, 23 143:2
173:25 175:8, 20
176:21 179:23
185:2
**fish** 106:16
**fishing** 106:19
**five** 18:25 19:2, 3,
18, 20, 22 86:3, 8
**fix** 97:4
**fixed** 135:22, 23
**FL** 2:1
**fled** 71:14 84:11,
14, 18, 23 85:8, 16,

20, 23, 24 107:4
122:15
**fleeing** 84:6
**flies** 22:18
**Florentino** 20:12,
24 21:1 47:25
84:24 85:4, 19
116:18, 21, 25
117:1, 5, 13 119:9,
14, 15 122:21
**FLORIDA** 1:1
3:1 4:9, 23 12:10
186:1, 15
**focus** 158:10
**follows** 7:21
**food** 98:6
**foregoing** 176:19
187:5
**forget** 162:11
**forgot** 149:7
**form** 8:4, 10, 12,
15, 25 22:20 25:20
72:3 80:23 82:7
83:3 85:10 94:24
97:24 99:7 110:9
113:19 116:12
119:19 122:19
127:11, 18 128:24
129:7 130:3, 13
131:13 132:6
150:16 152:21
153:6 155:20
161:17 166:13, 17
177:14
**formal** 11:25
**formed** 124:16
**Fort** 46:16, 17, 18,
20, 22 47:3, 14, 16
48:4, 23, 24 49:2, 6,
7, 12, 16, 22 50:21
51:1, 3, 10, 14 52:5
**found** 66:4 77:8
**foundation** 166:14
**four** 29:14 30:13,
15 34:16, 18, 22
38:15, 19 39:2
42:1, 5 43:17
48:16 51:22, 23
61:4 69:25 86:3
131:24 147:25
152:4 156:5
**FPR** 186:11
187:18
**frame** 50:24
**Franchito** 61:7
**Francisco** 60:21,
22, 25 66:25 76:4,
5
**Franklin** 61:7
**free** 37:10 137:18

Friday 4:4 178:11
friends 39:9
front 64:23
109:22 138:12
Ft 1:1
full 9:16, 17 11:20
16:8, 9 18:5, 6, 7
54:20
fun 115:6 116:7
furniture 156:24
further 4:20
179:11 187:11
furthermore
143:21

< G >
Gables 42:23 43:2
44:14, 18 45:15
57:13, 17 58:22
GAEBE 2:1 6:7
90:5 129:20 178:4,
5, 20 182:11, 20, 23
183:4, 8, 11, 14, 20,
23 184:3, 14, 17, 24
185:2, 5, 8
GAEVE 183:25
garage 57:12
Garas 23:3
gated 32:22
generally 17:11
162:11
gentleman 54:12
90:10 172:12, 16,
18
Georgia 31:15
getting 39:24
139:19 143:3
GG 186:15
girl 19:3, 9, 17
70:16, 19
Giselle 14:23 31:3,
6, 7, 11, 22 32:7, 13,
14 70:20 79:8
Giselle's 58:7, 10
give 9:2 12:6
16:9 31:22 54:20
83:7 93:7, 20
107:16 138:5, 6
148:13 157:8, 11,
25 158:14, 15, 24
given 149:12
158:18 179:12
giving 16:8
107:13, 17 157:21
glasses 105:16
go 6:2 28:24 29:5
30:8 33:13, 21
34:1 36:3 39:2
41:19 44:20 47:11,
21, 23 51:8 53:11
59:1 67:1, 18, 20

73:21, 24 76:14, 16
77:24, 25 78:2
80:12 88:2, 18
89:25 94:15 95:10,
14, 23 100:21
114:5, 11, 17 115:1,
3, 6, 8 117:9, 11
118:23 134:20
143:14 148:16
149:8 150:10, 12
153:15 155:6
156:1 159:17
162:2 167:7, 10
168:13 175:6, 7
180:21 185:3
goes 52:5
going 5:8, 13 10:8,
21 11:20, 21, 22
15:14 23:4 33:13
37:1 39:18 40:2
47:21 50:7, 13
51:9 55:3 64:3, 12
65:9 69:3 88:2, 6,
19 93:22 96:7, 8,
15 103:13, 15
105:7 109:15, 25
114:8 116:3, 4
121:3, 6 123:23
124:14 127:24
128:7, 11 129:17
130:7, 22 134:20
138:15 139:10, 11
141:20 142:2, 18,
21 147:21 148:20
151:5, 16 153:12
155:6, 8 156:4, 13
165:16 166:13
167:10 170:21
172:21, 23 174:11
175:6 179:13, 15,
17, 22 180:3, 20
183:1 184:1, 6, 19,
20 185:9
good 24:17 27:17
36:8 40:4 50:8
53:24 54:6 75:6
88:13, 14 93:15
105:21 118:5
128:12 135:21
153:10 184:10
185:8
government 132:4,
17, 21 151:9, 10
156:25 157:6, 11,
12, 14, 19, 21, 25
158:14, 19, 23
160:5 163:3, 13, 22
164:2, 14
graduate 74:2
grandmother 54:6

granted 163:4, 22
164:1, 13
great 14:15 102:25
green 169:12
greens 91:15
grew 91:10
grounds 144:22
guess 7:23 14:9
53:7 105:20, 21, 24
139:11
Gulf 37:4, 18
39:16
guy 11:11
guys 50:10

< H >
Hacha 108:10, 11,
17
H-A-C-H-A 108:17
half 75:7
handful 161:23
handwriting
104:10 111:1
handwritten 104:5
110:23
happen 9:20, 21
86:23
happened 23:16
26:25 27:13, 16
28:1 86:25 140:23
173:13
happening 116:11
136:22, 23
happens 55:4
happily 181:19
happy 11:1 81:6
135:24 141:22
181:8
harassing 181:13
184:18
Harbor 74:4, 10, 17
Havana 54:3 62:3
65:13, 14, 16 67:9,
17, 18 68:1, 11, 12
70:4, 18 71:19
74:2, 12 95:20, 21
116:22 117:9
158:7
head 55:5
hear 10:1 85:12
93:16 118:10
162:24 171:11
172:10
heard 81:2, 4, 22,
24 108:6 123:19
162:16 169:24
170:11 171:2, 5, 8
172:6 182:8 185:2
hearsay 8:5, 11, 14,
16, 20, 21, 22

heart 54:8 73:25
74:11, 12 87:10
he'd 73:8
Heddy 20:4
heiress 155:5
held 153:17
174:25
help 27:10, 22
52:6 113:5, 7
169:8
helpful 6:1 64:21
heretofore 3:1
Hernandez 142:7
hey 111:10
hide 136:16, 18, 19
high 73:21, 22
167:15
highway 167:7, 10
hit 26:23
hits 57:15
Hold 72:5 147:18
holder 82:5 127:7
holler 16:14
home 12:8 17:18
25:25 33:3 35:7
44:4 45:14, 17, 19,
22 49:3, 5, 7 55:25
56:1, 3, 15 57:13
62:19, 23 63:12
67:24 68:3 69:10
77:13, 22 80:1, 4, 7
94:18, 21, 22, 23
95:8, 10 117:9
183:1 184:6, 19, 23
Horr 4:7
hospital 59:9
host 102:5
hour 50:8 88:7
128:11 179:13
hours 181:6, 12
183:18, 24
house 12:11 13:25
14:4, 18, 22 15:6
17:15 27:23 29:10,
11, 12, 14 30:8
31:24, 25 32:3, 7,
10, 15 33:12, 14
34:3, 25 36:5, 10
41:23, 25 42:1, 3, 7,
11, 13, 23 43:2, 6,
10, 13, 14, 16, 17, 19,
22, 24 44:9, 13, 14,
16, 17, 20, 21, 22, 25
45:10, 11, 12 46:5,
6 47:23 48:10
49:22 51:22 53:12,
15 56:14 57:1, 3, 4,
8, 18, 22 58:2, 6, 7,
10, 22, 24 67:19, 20
68:11, 12, 17, 19, 23
69:15, 24 70:5, 6

71:8, 16, 17, 20, 22,
23 72:2, 6, 7, 8, 12,
13, 15, 17, 18, 19, 20,
21, 22, 25 73:2, 4, 5,
12, 17 77:13 78:4,
5, 9, 10, 11, 12, 14
80:1, 9, 13 95:3, 4,
7 96:1, 20, 21, 23
97:10 98:1, 20, 25
99:5 100:9, 20
102:8 118:8, 15, 25
119:1, 23, 24 120:2
121:17, 18 122:5
130:1, 11 131:7
156:24
housekeeping 7:24
houses 35:20, 23
72:21, 23 116:20
How's 183:20
huh 13:2 169:5
human 184:21
hundred 44:7
113:10 156:6
hurricane 42:16,
24 43:3, 8 57:15
hurry 51:6
husband 12:23
13:11 16:21 17:6
18:17 20:16 22:23
24:23 25:17, 19
26:3, 8 27:9, 17
28:1, 15 34:16, 23,
24 35:1, 18 37:4, 6,
18 38:15, 25 39:9
42:10 44:9 51:16
52:1 54:14 58:11
70:8 71:3, 25
89:17, 18 90:7, 18,
20 91:7, 8, 16, 19,
24 92:17 93:1, 7,
19, 22 96:24 99:11
102:10 106:25
107:20 120:17
122:14 132:1
159:5
husband's 13:8
70:2 92:14

< I >
ice 102:5
idea 72:2 105:21
112:7 154:14
identical 64:17
identification 64:6
96:13 102:13
105:13 109:18
120:12 165:22
175:3
identified 123:19
identify 96:18

Trustpoint.One   Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

**image** 103:*3*
105:*15* 166:*5, 6*
**important** 145:*22*
146:*4, 6, 10, 11, 13*
**improper** 142:*15*
**improvements**
97:*6, 7*
**inappropriate**
126:*1* 138:*4*
**including** 8:*1*
**incredible** 167:*17*
**independent**
137:*16, 19* 139:*22,
23*
**indicate** 5:*2*
**indicated** 118:*17*
**Indicating** 106:*13*
178:*1*
**individuals** 84:*22*
**inform** 6:*13*
**information** 140:*6,
25* 149:*3* 176:*23*
**infused** 147:*20*
**inherently** 147:*19*
**Initial** 3:*1* 166:*2*
**initially** 28:*24* 34:*7*
**inside** 118:*8* 155:*5*
**inspect** 102:*24*
**instruct** 115:*20*
125:*15* 135:*10*
136:*13* 148:*22*
**instructing** 141:*5*
**instruction** 125:*21*
138:*2* 147:*7*
171:*25*
**intend** 88:*7*
**interest** 13:*16*
61:*23* 81:*16, 19*
87:*15* 127:*10*
129:*5*
**interested** 19:*25*
53:*22* 187:*15*
**interjecting** 19:*14*
**interpret** 9:*24*
143:*4*
**interpretation**
141:*25*
**interpreted** 171:*18*
**Interpreter** 2:*1*
6:*10* 9:*9, 18* 10:*7*
16:*3, 4* 142:*6, 24,
25* 143:*3* 171:*22*
174:*15, 20, 22*
**Interrogatories** 3:*1*
175:*20* 176:*21*
**Interrogatory**
137:*1, 10, 24* 138:*8,
11*
**interrupt** 53:*6*
**intersecting** 9:*22*

**intervened** 132:*5,
17*
**investigate** 150:*11*
**investigation**
137:*11* 176:*24*
**involved** 28:*12*
39:*14, 25* 173:*19*
174:*1*
**island** 65:*6, 15*
74:*4, 5, 6, 7, 8, 23,
24, 25* 77:*3*
**Isle** 76:*25*
**issue** 9:*7* 14:*25*
**items** 7:*24*
**its** 10:*2, 4*

< J >
**Jesus** 60:*3, 5, 6*
**J-E-S-U-S** 60:*6*
**job** 48:*9*
**JOHN** 2:*1* 6:*7*
**Johngaebe@gaebela**
**w.com** 2:*1*
**Johnny** 13:*10*
17:*6, 17* 18:*15, 17*
20:*16* 22:*13* 24:*23*
25:*8* 28:*20* 30:*9,
10, 24, 25* 31:*2, 4, 9,
17, 21* 34:*20* 35:*18*
40:*8, 24* 41:*13, 14*
45:*9* 47:*20* 48:*8*
75:*9, 12, 14* 89:*18*
90:*7, 10, 11, 18, 20*
93:*1* 120:*17*
**Johnny's** 31:*19*
69:*19*
**join** 6:*14*
**joined** 90:*5* 92:*11*
**Jose** 51:*21, 23*
169:*24* 170:*1*
**Jr** 23:*8* 25:*3, 8, 19*
26:*12* 28:*2, 16*
31:*4* 127:*9*
**Jr's** 26:*15, 17*
**Juan** 13:*10, 11*
18:*4, 7, 8* 36:*7, 11*
38:*22* 76:*21*
149:*13, 21, 22, 24*
150:*4, 8, 13, 14, 22,
23*
**judge** 127:*23*
128:*3*
**Junior** 25:*1, 2*
**justice** 133:*6*

< K >
**keep** 101:*15*
128:*10* 142:*2*
162:*23*
**Kennedy** 23:*15*

**kept** 104:*22*
107:*24*
**Kess** 40:*15, 17*
41:*6, 15, 17*
**K-E-S-S** 40:*15*
41:*8*
**kids** 29:*14* 30:*13,
15* 42:*11* 52:*3, 8*
54:*13* 106:*14*
114:*25* 115:*11*
116:*1, 8* 117:*5*
**kind** 22:*14* 97:*6, 7*
121:*14* 128:*15*
155:*13* 158:*10*
**kitchen** 98:*4*
118:*1, 7*
**knew** 40:*1* 54:*9*
167:*8*
**know** 5:*9* 6:*15*
10:*21* 11:*6, 11*
14:*3, 11, 12, 16, 18,
20, 24* 15:*4* 16:*14,
18* 17:*6, 11* 20:*20,
21, 25* 21:*23* 23:*15*
25:*21* 27:*5, 7, 19,
20* 28:*8, 9* 32:*24*
34:*20* 35:*21* 37:*11,
12* 39:*10, 18, 23, 24*
40:*6, 7, 11, 13*
42:*18* 43:*17, 18*
44:*5* 45:*13* 46:*25*
47:*11* 48:*15* 49:*14,
17* 50:*11, 23* 51:*3,
15, 17* 53:*1, 8, 23*
54:*1, 3, 7, 11, 14*
55:*22* 56:*4, 15, 18,
19, 20* 57:*25* 59:*10,
12* 65:*2, 13* 68:*24,
25* 69:*1, 2, 4, 8*
73:*6, 14, 15, 19, 23*
74:*16, 22* 76:*10, 13,
21* 78:*5* 79:*15, 23,
25* 80:*15, 18, 20, 24*
81:*10, 15, 21, 25*
82:*15* 83:*13, 17*
84:*5* 85:*18, 21, 25*
86:*21* 87:*2, 5, 9, 20,
23, 25* 88:*1* 92:*7*
94:*13* 98:*5, 22*
99:*2* 100:*15*
104:*12* 105:*4, 22,
24* 106:*2, 8, 11, 17*
107:*12, 15, 20*
108:*8* 109:*7, 8, 9,
10, 11* 110:*1, 5, 18*
111:*8, 17, 20* 112:*3,
4, 9, 14, 20, 23*
116:*10, 19, 20*
117:*2* 118:*9, 17*
119:*10, 11, 22*
120:*14* 121:*21, 22*

124:*15, 17* 125:*1, 7,
12, 13* 126:*6, 8*
127:*1, 3, 4, 8, 9, 14*
129:*2, 10, 11, 24*
130:*21* 131:*10, 12,
16* 132:*4, 9, 16, 19,
21, 23, 24* 133:*2, 22,
24* 134:*24* 135:*5, 6,
16* 137:*25* 138:*24*
139:*6* 140:*10*
141:*3, 12, 16* 142:*8,
12* 143:*11, 12, 15,
24* 144:*16, 19, 20*
145:*1, 2, 5, 12, 19,
22* 146:*12, 16, 18,
25* 147:*1, 3, 8*
148:*10* 149:*13, 17,
18, 19, 21, 23* 150:*6,
8, 11, 12, 20, 23*
151:*2, 7, 9* 152:*22*
153:*7, 12, 23* 154:*8,
11, 12, 20, 21, 23*
155:*2, 3, 5, 6, 14, 24,
25* 156:*4, 15, 17*
157:*7, 15, 16, 17*
159:*4, 8, 12, 14, 15,
16, 19, 21, 24*
160:*12, 17, 23*
161:*1, 14, 16*
162:*11, 13, 19, 22*
163:*15, 16, 21, 24,
25* 164:*4, 11, 16*
165:*2, 3, 15* 167:*6,
7, 11* 168:*18*
169:*11, 20, 24*
170:*4, 9, 13, 16*
171:*7* 179:*5, 19*
181:*9* 182:*6, 21, 23*
184:*4, 18*
**knowledge** 28:*14*
128:*22* 137:*16, 19,
23* 138:*19* 139:*22,
23* 176:*22*
**known** 123:*16, 22*
124:*4, 9* 125:*9*
128:*23* 129:*5*
152:*19* 157:*5*
162:*19*
**knows** 138:*4*
139:*4, 5* 140:*13*
141:*2*

< L >
**lack** 166:*14*
**lady** 183:*1* 184:*6,
21*
**laid** 161:*20*
**land** 27:*16, 18*
28:*1, 4* 72:*11, 14,
17* 73:*13* 83:*23*
84:*1* 91:*10, 12*

93:*4, 6* 95:*12*
108:*25* 109:*5, 8*
111:*18*
**lands** 83:*17* 84:*2*
123:*16, 19*
**language** 14:*25*
**Large** 3:*1* 97:*10,
11* 156:*12* 167:*6*
**larger** 97:*12*
**Las** 153:*13*
**Lauderdale** 1:*1*
46:*16, 17, 18, 20, 22*
47:*3, 14, 16* 48:*4,
23, 24* 49:*2, 6, 7, 12,
16, 22* 50:*21* 51:*1,
3, 10, 15* 52:*5*
**laundry** 18:*21*
**LAURA** 3:*1* 4:*12,
15* 115:*22* 142:*5,
22* 148:*15* 172:*1*
186:*11* 187:*3, 18*
**LAW** 2:*1*
**lawful** 3:*1*
**lawsuit** 132:*25*
157:*18* 173:*22*
174:*2* 176:*13*
**lawsuits** 173:*19*
174:*8*
**lawyer** 127:*22*
148:*10, 23*
**lawyers** 110:*22*
140:*9, 22* 141:*14*
142:*10* 143:*18*
147:*12*
**leading** 162:*6, 9*
**learn** 74:*22* 75:*2*
**learned** 74:*20*
**leave** 18:*19* 20:*21*
21:*4, 12, 21* 31:*22*
33:*17* 57:*25* 108:*1*
**leaves** 22:*17*
47:*13* 48:*18*
101:*13*
**leaving** 120:*6*
165:*6*
**left** 17:*11, 18, 23*
18:*17* 22:*4, 5, 9*
24:*13* 30:*6* 31:*20*
32:*3* 40:*24* 43:*6,
11* 44:*12, 13* 46:*14*
64:*20* 71:*13* 84:*19*
89:*25* 109:*13*
112:*12* 120:*1*
122:*2* 131:*19, 21*
132:*2* 133:*13*
141:*18* 143:*19, 23*
145:*8* 150:*10*
151:*8, 18, 20, 24*
152:*2, 6, 8, 9, 10, 11*
156:*21* 157:*15*
164:*24* 165:*1*

Trustpoint.One | Alderson.
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

left-hand 104:*4*
110:22 121:*8*
length 118:*20*
156:*14*
LENTOSKI 3:*1*
4:12 186:*11* 187:*3*,
*18*
LEWIS 2:*1*
lieu 4:*20*
likes 119:*9*
Limited's 176:*21*
line 126:*2, 10, 19*
lines 154:*1*
listen 11:*21* 12:*3*
50:*9* 88:*10* 139:*8*
little 19:*11* 20:*15*
32:*25* 50:*6* 54:*2*
85:*1* 89:*3* 112:*2*
116:*20* 120:*25*
live 12:*11, 17*
22:*18* 23:*12* 28:*24*
29:*5, 9, 13* 31:*11*,
*14* 32:*1* 33:*6, 11,*
*21, 23* 34:*1, 2, 6, 11,*
*13, 15* 35:*15* 41:*19,*
*20, 24* 42:*11, 13*
46:*16* 47:*3, 24*
48:*6* 49:*3* 53:*11*
57:*7, 24* 58:*7, 8, 13,*
*19* 59:*5, 6, 22, 25*
60:*10* 67:*1, 8, 18,*
*20, 24* 68:*16* 69:*15,*
*18* 70:*16* 71:*8*
73:*4, 5* 77:*16, 19,*
*24* 78:*2, 8, 14* 80:*5,*
*9* 95:*4, 7, 25* 97:*12,*
*14, 21, 22* 98:*1*
99:*1, 6* 117:*8*
122:*5, 16* 130:*2*
lived 25:*3* 32:*15*
33:*3* 35:*10* 37:*20*
38:*1* 42:*1* 43:*10,*
*18* 46:*4* 49:*15*
57:*4* 62:*9, 25* 63:*4,*
*10, 21* 65:*1* 67:*10*
68:*6* 69:*24* 78:*6*
121:*18*
lives 31:*13, 15, 17*
46:*22*
living 12:*13* 17:*20*
22:*12* 28:*22* 29:*12,*
*15* 32:*11* 33:*25*
36:*4* 50:*21* 51:*16*
58:*10, 15* 59:*25*
60:*7* 62:*13* 69:*10*
79:*21* 99:*3* 100:*15*
LLP 2:*1*
loan 162:*20*
located 4:*8* 41:*9*
45:*20* 59:*12* 94:*19*

154:*15, 17, 18, 23*
155:*10*
location 46:*25*
48:*14*
Locka 39:*10* 40:*3*
Lola 53:*23* 54:*5, 9,*
*14, 18* 55:*1, 3, 4, 5,*
*6, 8, 11, 18, 20, 22*
56:*7*
Lola's 54:*20* 56:*17*
lonely 73:*8*
long 12:*13* 13:*2*
23:*12* 26:*22* 35:*15,*
*16* 36:*10* 42:*13*
47:*2* 49:*11, 12*
52:*2* 57:*17* 58:*13,*
*15* 59:*22* 60:*10*
68:*11, 12* 69:*10*
70:*25* 74:*4, 6, 7, 8,*
*24, 25* 77:*10* 92:*17,*
*20, 21, 23* 129:*13*
179:*13*
longer 116:*9*
look 64:*22* 76:*22,*
*23* 99:*15* 103:*9*
105:*18* 109:*25*
121:*14* 168:*5, 8*
175:*12, 15* 179:*1*
looked 64:*17*
111:*22*
looking 48:*9*
103:*21* 105:*19*
106:*1* 110:*2*
133:*12* 182:*11*
looks 104:*15*
106:*15* 110:*23*
111:*17* 112:*1*
120:*20, 23* 121:*1,*
*15* 167:*12*
lose 23:*20* 27:*3, 7,*
*11*
loss 28:*6, 7*
lost 28:*3* 55:*5*
lot 10:*21* 23:*16*
37:*12* 39:*9, 12, 24*
72:*24* 73:*6* 111:*17*
117:*3*
loud 118:*3*
Louis 58:*11*
loves 117:*2*
lubricants 40:*6*
lunch 88:*7, 16*

< M >
Madam 6:*12* 7:*9*
100:*1* 136:*4* 142:*1,*
*2*
Maersk 173:*16*
174:*6*
M-A-E-R-S-K
173:*17*

Manati 69:*18*
70:*16, 24*
manner 5:*1*
Manuel 18:*8*
Map 3:*1* 64:*16, 22*
65:*1, 19, 21* 66:*10,*
*13* 76:*15, 16, 18, 24*
77:*8* 83:*7* 108:*11*
133:*12, 17, 22, 24*
153:*16, 19* 167:*7, 8*
Maria 26:*16*
101:*3* 122:*7*
143:*21* 145:*24, 25*
171:*23*
Mariel 61:*6*
MARINE 1:*1* 4:*3*
5:*7* 7:*8* 64:*13*
132:*25* 133:*2, 4, 9,*
*21* 134:*2, 4, 12, 15,*
*21, 25* 135:*3, 5, 6,*
*17, 20* 136:*9* 137:*2*
139:*3* 140:*11, 15,*
*18, 21* 141:*9, 12, 17*
142:*9* 143:*16, 24*
144:*8, 10, 14, 17, 21*
146:*12, 17, 23*
147:*4, 12, 17* 148:*5,*
*18* 149:*10, 17, 24*
150:*15, 22* 151:*14*
154:*9* 155:*11, 12*
157:*4, 18* 171:*3*
173:*1, 7, 9, 13*
176:*20*
Maritani 153:*13*
Maritima 123:*23*
124:*4, 6, 7, 10, 16,*
*18, 21, 23* 125:*1, 3,*
*5, 7, 9* 126:*6, 8, 9*
127:*10, 17* 128:*23*
129:*6* 132:*5, 18, 22*
134:*3, 4, 5, 6, 14, 15,*
*16, 17* 152:*19*
153:*4* 162:*19*
mark 96:*8* 105:*7,*
*10* 108:*21* 133:*20*
139:*14* 174:*11*
Marked 3:*1* 64:*5,*
*12* 96:*6, 12, 16, 17*
102:*12, 14, 15, 17*
103:*3, 8, 12* 105:*5,*
*12* 109:*1, 3, 9, 17,*
*19, 23* 120:*9, 11*
153:*20* 165:*9, 21,*
*25* 175:*2, 5*
married 12:*22, 23*
13:*2* 26:*12* 53:*21*
54:*16, 18* 56:*7*
69:*18, 20, 22, 25*
75:*9* 89:*21*
Marymount 74:*3,*

*14*
massive 87:*10*
matter 4:*2*
MATTHEW 2:*1*
5:*20*
Matthew.papkin@
morganlewis.com
2:*1*
mean 13:*22* 19:*3*
49:*3* 69:*2* 80:*4*
86:*25* 88:*9* 89:*6*
128:*13* 133:*24*
139:*9* 153:*4* 156:*6*
167:*8* 180:*6, 12, 18*
182:*18*
meaning 157:*17*
means 124:*7, 8*
154:*18* 157:*9*
164:*23* 168:*23*
meet 177:*22, 25*
178:*6, 14*
MELVIN 2:*1* 5:*4,*
*16*
member 121:*20*
members 114:*17*
164:*1, 12*
men 19:*3*
mention 75:*16*
mentioned 21:*23*
30:*17* 31:*20* 64:*25*
66:*15* 75:*16* 81:*23*
129:*25* 130:*9*
161:*6* 172:*25*
met 75:*9, 12*
178:*16, 20*
Mexico 159:*19*
Miami 2:*1* 4:*9*
12:*10* 20:*9, 11, 14*
21:*17, 18, 24* 22:*11,*
*14, 15, 18* 27:*23*
28:*20* 29:*2, 7, 8, 9*
30:*8* 31:*13, 17, 18*
32:*15, 20* 33:*23*
34:*1, 18, 23* 37:*23*
38:*18, 23, 25* 39:*3,*
*5, 11, 14, 20* 41:*24*
46:*9, 11, 14, 19*
48:*4, 5, 7, 12, 15, 20,*
*22, 25* 49:*9, 13, 20,*
*21* 50:*21* 51:*4*
52:*11, 12, 13, 19*
53:*10, 11* 55:*24*
56:*23* 89:*25*
Miami-Dade 16:*22*
55:*20*
microphone 164:*18*
middle 60:*1* 65:*20*
77:*3*
migrates 46:*19*
mile 159:*21*

mill 23:*14* 24:*4, 7,*
*8, 12, 15* 25:*7, 12,*
*15, 18* 26:*7, 10, 13,*
*17, 20, 22, 25* 28:*9,*
*12, 15* 51:*16, 18, 25*
59:*17* 60:*1, 2, 8, 10,*
*13, 17, 20* 61:*12, 23*
62:*5, 6, 7, 10* 63:*8*
64:*1* 65:*23* 69:*19*
70:*2, 24* 75:*17, 23*
76:*1, 6, 9, 12, 17*
77:*7, 11, 14, 20*
78:*6, 18, 24, 25*
79:*1, 3, 12, 13, 22*
80:*2* 83:*9, 14, 21*
84:*8, 11, 13, 17*
85:*16* 93:*5* 123:*13*
159:*16*
Miller 32:*21* 49:*23*
million 43:*22*
mills 39:*11, 13, 15*
40:*2* 54:*3* 66:*3*
78:*18* 161:*8*
162:*12, 14*
mind 65:*10* 88:*11*
minute 82:*5*
161:*11* 182:*17*
minutes 128:*12*
129:*14, 15*
Miramar 68:*18*
69:*11, 16, 25* 70:*6*
71:*8*
misconstrues 78:*20*
130:*3* 131:*13*
161:*24*
missed 67:*16*
missing 174:*14*
Missouri 58:*12*
74:*21* 75:*5*
mistaken 174:*1*
misunderstood
32:*2*
mixed 23:*10*
mom 30:*4*
money 27:*4, 8*
44:*19* 45:*7, 9, 10,*
*12* 92:*8*
monitor 4:*5*
month 36:*7*
months 14:*19*
34:*25* 70:*22*
MORGAN 2:*1*
Morning 45:*25*
46:*1, 2* 50:*3, 4*
53:*12* 56:*1, 2, 15,*
*19, 22* 57:*4, 8*
95:*13* 184:*8, 11*
mother 29:*17*
53:*25* 54:*2, 7, 9, 13*
59:*8* 68:*9, 17, 22*
70:*17* 73:*7* 86:*12,*

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

**22** 87:4, 19, 22
94:9, 11 116:9
**move** 35:9 39:2, 5
44:12, 13 56:25
58:5, 7 67:8, 9
70:8 73:8, 17
164:17
**moved** 35:6 38:23,
25 42:4, 8 43:2, 13,
16 45:14 47:5, 10,
22 48:1, 3 49:12
57:20, 23 58:2, 20
67:9, 15 70:2, 4, 18
71:4, 6, 15, 16, 17
**moves** 49:20, 22,
25 55:24, 25
**multiple** 82:13, 16
126:9
**Muriel** 65:4, 10, 11
66:7 81:2, 3, 13, 17,
20 94:14, 16 110:3,
4, 24 111:11, 13, 23
112:13, 16 123:23
124:4, 6, 10, 16, 21,
24 125:1, 3, 5, 7, 9
126:6, 8, 9 127:10,
17 128:23 129:6
132:5, 18, 22 133:5
134:3, 4, 5, 6, 14, 15,
16, 17 135:21
145:21 146:2, 3, 4,
6, 13 150:5 151:5,
6, 7, 16, 18, 24
152:1, 4, 12, 19, 20
153:4, 23 155:6
158:2 159:10, 15,
20, 25 160:10, 13
161:12, 22 162:4,
20 163:9 164:6, 15,
21 165:1 168:12,
19, 21, 24 169:9, 13
170:14, 17 171:3, 6
172:19, 23 173:2, 3,
6, 10, 13, 17
**MURPHY** 82:14,
17
**mute** 7:13
**Mwhite@bcr-**
**dc.com** 2:1

**< N >**
**name** 4:10 5:3
12:6 13:9, 22 14:4
18:5, 6, 7 23:2
26:15 28:8, 11
32:22 40:10 41:5,
7 54:20 56:16, 17
60:14, 23 66:19, 20
74:11 76:8, 9, 11
89:7, 8, 9 91:4, 5
92:14 124:5, 12

134:1, 12, 24
172:16 173:5
176:2
**named** 40:15
**names** 18:1 89:10
**National** 162:16
**natural** 27:6
**nature** 117:2
**naval** 112:21
**near** 59:15, 19, 22
63:9 64:25 65:3
108:25 109:8
112:17, 18 159:15
181:6
**necessary** 182:15,
19
**nee** 1:1
**need** 8:3, 6, 10
16:12 50:10 76:22
100:2 105:16, 23
130:24 138:14
162:23 171:20
179:25 180:10
**needs** 138:5, 6
**never** 61:20, 21
88:1 95:10, 16
98:12 114:1 118:8
125:5 170:11
182:8
**new** 35:23 74:8
**news** 146:9, 10
**niece** 6:20 7:15
**night** 80:14
**night's** 184:10
**noise** 182:25
**non-party** 6:22
**normal** 19:13
**north** 56:23 65:17
160:23
**Northeast** 33:12
56:24, 25
**Northwestern** 37:7,
8
**Notary** 3:1 186:15
**note** 5:25 6:3
104:5 164:18
**noted** 126:22
**notes** 187:9
**notice** 3:1 180:7
**noticed** 183:5
**Novak** 4:7
**Now's** 180:16
**Number** 64:13
76:17 98:2, 25
103:2, 14, 19 105:6,
7, 11, 15, 25 106:1,
3, 6, 9 109:24
120:8, 10 133:12,
18 165:25 166:6
167:3 168:15

175:5, 18, 22
**numbered** 176:1
**nun** 21:24, 25
22:6, 7 41:21
87:19, 21 152:10
**NW** 2:1

**< O >**
**Oars** 104:20
**oath** 4:21, 22 7:20
186:1
**object** 8:22, 25
9:1 25:20 94:24
113:19 115:16
122:19 123:24
126:13, 15, 19
127:22 128:2, 10
130:6, 7, 23, 24
132:15 136:11
144:22 147:19
148:20, 21 153:6
155:20 166:13
168:9
**objected** 8:7
**objecting** 128:10
166:17
**objection** 8:11
22:20, 24 53:6
72:3 78:20 80:23
82:7 83:3 85:10
94:25 97:24 99:7
110:9 114:3
115:13 116:12
119:19 126:21
127:11, 18 128:7, 9,
24 129:7 130:3, 13
131:13 132:6, 12
135:8 138:16
140:24 146:14
147:6, 13 148:2, 6,
7, 10, 21 149:5
150:16, 17 151:1
152:21 160:21
161:3, 17, 24
167:21 171:13, 17
177:13, 14
**Objections** 3:1
5:1 8:2, 5, 10
128:3, 4 175:19
176:20
**objects** 128:2, 6
**obligation** 184:20
**observer** 6:15
**obviously** 71:4
139:9
**ODETTE** 1:1 3:1
4:2, 7 7:19 12:7
14:23 19:10 31:4,
9, 14, 23 32:7, 14
176:2 186:7 187:6

**O-D-E-T-T-E** 31:4
**offered** 183:17
**OFFICES** 2:1
**Oh** 7:1 32:6 33:8
38:9 42:20 44:15
45:19 47:13 57:23
58:5 66:20 67:19
85:15 89:22, 24
107:7 146:3
171:11 172:10
173:15
**oil** 39:12 40:6
**Okay** 5:8, 11 6:6,
16 8:24 10:17
11:2, 19 12:4 14:2,
6 15:21 16:3, 6, 13,
15, 17, 18, 20 18:13
19:2 20:10 21:23
23:5, 9, 11 24:17
25:3 31:6 32:2
34:6 39:18 43:3,
10 44:15 46:8
47:9, 13 48:24
49:15 50:5 51:13
52:18 53:10 57:11
58:5 60:4, 6, 7, 25
61:8 64:14 65:13,
19 66:15 68:22
69:24 71:2, 20, 24
83:12, 23 90:17
91:7 97:4 98:16
99:10 100:5, 16
101:8, 9 103:2, 10
105:23 106:9
110:13 111:25
113:14 116:25
118:21 126:21
127:22 128:19
129:15 130:17, 20
131:1 133:23
135:15 136:1, 3
139:8, 14, 21
141:16 142:12
143:2, 5, 10 144:5
151:6, 17 153:25
154:17 158:8, 18
166:16, 24 168:8
171:11, 24 172:10
176:17 179:4
182:7, 21 183:2
184:15
**old** 18:14, 20 31:6
36:8 54:9 67:22
68:9, 13 69:3
70:22 74:3 112:13
155:3, 7 156:13
181:11
**older** 58:8 68:8
**oldest** 20:2, 3 31:2,
3 32:12, 13

**once** 35:2, 5 80:14
82:13 113:8
115:18 156:8
167:22
**ones** 48:12 165:9
**Opa** 39:10 40:2
**operating** 132:22
**operation** 26:22
**operator** 4:10
**opinion** 181:13
**opportunity** 9:3
180:14
**option** 9:15 15:25
16:7
**options** 11:8
125:22
**Order** 4:24 102:1
**ordered** 185:7
**organized** 124:18
**Oriente** 69:19
**original** 66:19
99:23 133:16
**originally** 73:12
**outdoor** 101:10
**outside** 35:6
36:23 100:21
159:21
**overnight** 95:14,
17 114:1 115:12
116:2 117:4, 22
122:24
**owned** 13:14 17:3
24:15 28:15 33:11
44:6, 10 45:1, 11
53:15 59:16 61:11,
18, 20 68:25 70:3
82:1, 6, 21 83:2
84:7, 10, 16, 17, 22
86:8 89:13 98:18
109:8 119:17
124:21 125:5
127:2 140:19, 22
141:10, 13 142:9
143:16 151:7, 18
152:4, 24, 25 153:2
155:2
**owner** 12:20
13:12, 19, 21 14:11,
21 15:6 25:17, 19
26:10, 20 33:2
40:17 41:17 43:14,
15 59:21 60:20
66:19 67:5 68:19
69:5, 6, 7 73:10
80:15 90:9, 12
91:16, 19, 20
107:22 152:11
**owners** 12:17
30:18, 22 86:1
125:7 152:15, 17
156:22 157:2

www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

ownership 13:*16*
25:*23* 61:*22* 68:*22*
76:*6* 81:*16, 19*
86:*18, 23* 87:*1, 15*
93:*21* 94:*11*
107:*11, 24* 127:*10*
129:*5* 143:*22*

owning 28:*12*
owns 14:*3* 155:*2*

< P >
P.A 2:*1*
P.M 88:*20, 23*
129:*18, 22* 170:*22,
25* 185:*15*
PA 4:*8*
pack 27:*22*
pad 164:*18*
PAGE 2:*1* 3:*1*
166:*1* 175:*15, 16,
24, 25* 176:*1, 7*
paid 43:*18* 92:*8*
107:*8, 9, 20* 163:*3*
Palm 101:*12*
Palmerson 4:*11, 13*
Palms 101:*1, 2*
paper 14:*2, 4* 44:*3*
69:*3* 73:*11* 81:*9*
93:*8, 20* 124:*3*
PAPKIN 2:*1* 5:*20*
88:*24* 133:*13*
148:*25*
Pardon 182:*1*
part 32:*20* 37:*5*
56:*23* 61:*8* 86:*5,
16, 18* 184:*5, 13*
participating 4:*17*
7:*12*
participation 184:*5*
particular 141:*6*
158:*16* 159:*6*
Particularly 175:*15*
parties 4:*24*
187:*13, 14*
party 6:*21, 22, 23,
24*
pass 12:*23* 14:*13,
16, 17, 22* 21:*3*
32:*5, 10, 11* 55:*8*
passed 19:*18, 23,
25* 20:*9, 11, 12, 13,
19, 22* 21:*1, 8, 10,
17, 24* 29:*19, 20*
30:*4* 31:*20* 41:*3*
42:*6* 52:*20, 22*
57:*5* 61:*7* 86:*13,
15, 22* 172:*12*
Paul 2:*1* 4:*10*
pay 27:*5* 163:*13*
paying 107:*19*

pen 83:*8* 108:*21,
22* 133:*20* 169:*1*
176:*10*
penalty 176:*19*
pending 3:*1*
128:*14*
peninsula 108:*4*
penny 52:*17*
people 5:*22* 6:*2*
17:*4* 24:*20* 27:*5*
40:*1, 4* 78:*2, 14*
80:*4, 7* 87:*25*
97:*19, 21* 98:*1, 19*
102:*6* 104:*12*
105:*1, 3* 120:*14*
143:*20* 145:*22*
146:*8, 24* 149:*19,
20* 172:*25* 180:*22*
percent 25:*11*
44:*7* 85:*7* 86:*18*
Perez 149:*13, 22,
24* 150:*4, 8, 14, 22,
23*
Perfect 16:*12*
108:*24* 122:*8*
136:*3*
period 47:*18* 73:*6*
92:*22* 112:*11*
178:*12*
perjury 176:*19*
permission 159:*23*
person 4:*21* 53:*24*
54:*6* 149:*13* 173:*4,
8*
pesos 92:*5, 6*
107:*10, 17*
phone 5:*23*
Photo 3:*1*
photograph 96:*16*
103:*2, 18* 109:*23*
111:*3, 6* 166:*5, 6,
23* 167:*2, 13* 168:*4,
16*
photographed
168:*5*
photographs 96:*5*
phrase 115:*22*
139:*25*
physical 145:*23*
physically 4:*18*
113:*2* 155:*7*
pick 180:*18, 24*
184:*10*
picture 96:*19*
99:*15* 103:*22*
105:*19* 106:*9*
110:*2* 111:*13*
167:*12* 168:*4, 17,
18, 20* 169:*8*
piece 14:*2, 4* 44:*3*
72:*11, 14* 73:*11*

81:*9* 93:*8, 20*
124:*3* 133:*25*
Pilar 65:*25*
place 7:*25* 12:*10*
27:*3* 40:*22* 47:*3*
57:*23* 62:*19, 25*
63:*2, 4, 6, 9* 74:*11*
77:*16, 19* 80:*4*
98:*6* 160:*14*
167:*20* 168:*1*
180:*19*
Plaintiff 2:*1* 5:*5,
16, 19* 7:*12* 175:*20*
176:*21*
Plaintiffs 1:*1* 5:*17*
Plaintiff's 3:*1*
175:*19* 176:*19*
planning 165:*13*
plans 112:*20*
platform 110:*8, 15,
18*
Please 5:*2* 15:*20*
53:*22* 82:*11* 90:*23*
132:*14* 147:*18*
148:*15* 149:*8*
156:*18* 164:*8, 10*
175:*13* 177:*8*
185:*7*
plenty 181:*5, 7*
point 49:*21* 86:*15*
126:*10, 12* 169:*13,
15* 179:*10* 182:*25*
pointed 109:*6*
pointing 169:*17*
poor 27:*21*
port 134:*25*
145:*22* 147:*1*
159:*14, 17* 167:*9,
10* 168:*19, 21*
169:*13*
pose 9:*10*
position 39:*8*
positive 14:*10*
possible 6:*2*
126:*17*
possibly 182:*16*
potential 6:*22, 23*
power 158:*6*
practitioner 182:*10*
prefer 50:*6* 143:*6*
prepare 177:*19, 20*
178:*23*
prepared 179:*2*
184:*8*
pre-revolution
160:*5, 6* 163:*3, 21*
pre-revolutionary
164:*2, 14*
present 2:*1* 4:*18*
176:*22*
preserved 8:*2, 6*

pretty 96:*25*
105:*21* 166:*25*
previous 8:*1*
96:*16* 105:*6* 120:*9*
principle 37:*5*
prior 78:*20* 103:*7*
130:*4* 131:*5, 14*
139:*5, 7* 161:*24*
177:*22*
privilege 136:*19*
137:*8* 138:*4*
144:*22* 147:*20, 21*
privileged 135:*8*
136:*12* 139:*24*
140:*2, 6, 24* 171:*14*
probably 43:*22*
142:*16* 182:*5*
problem 136:*14*
139:*19*
Procedure 182:*3*
proceed 122:*20*
proceeding 11:*25*
produce 159:*16*
produced 170:*16*
production 103:*10,
11*
Professional 187:*3*
prominent 88:*2*
pronouncing
153:*10*
properties 123:*6,
10, 14*
property 21:*15*
36:*20, 22* 38:*10*
63:*19* 79:*16* 89:*3,
16, 19* 90:*8, 13, 15*
91:*9* 92:*9* 93:*18,
22* 94:*12* 96:*24*
99:*11* 100:*10, 11,
13* 101:*9* 102:*9*
104:*1* 106:*10, 24*
107:*1, 4, 6, 9, 11*
110:*19* 112:*18*
113:*2* 117:*16, 18*
118:*24* 119:*18*
120:*2, 5* 121:*19*
122:*15, 16, 17*
130:*10* 131:*6, 11,
19* 133:*5, 8, 10, 20*
134:*1, 12, 21, 25*
135:*3, 4, 22* 137:*2*
140:*12* 141:*18*
147:*2* 150:*10*
protecting 140:*6*
protocol 165:*12*
provided 111:*3*
province 60:*2, 8,
18* 61:*9, 13, 23*
62:*7* 63:*9, 22, 25*
65:*14* 66:*1, 4, 11*
67:*3*

Public 3:*1* 170:*16*
186:*15*
Puerto 20:*12, 13*
21:*2, 3, 4, 8* 34:*4, 5,
9, 10, 15, 24* 35:*3,
16, 21* 36:*6, 7, 23*
37:*9, 11, 13, 16, 20*
38:*1, 10, 13* 47:*6, 8,
10, 20, 21, 24* 48:*1,
3, 6, 11, 17* 173:*5*
purchase 25:*7*
26:*13* 75:*22* 76:*6*
78:*25* 79:*3, 7, 13,
17, 24* 80:*21, 22*
83:*14, 15, 20* 89:*18*
90:*8* 92:*1*
purchased 24:*19*
66:*24* 75:*18, 20, 25*
79:*1, 10, 16* 80:*16*
83:*17, 24* 84:*2*
89:*15* 93:*25* 96:*24*
99:*11* 102:*10*
121:*19* 122:*14*
123:*6, 10*
purchases 78:*24*
purpose 3:*1* 95:*19*
101:*19* 107:*17*
114:*8* 117:*21*
143:*3*
purposes 17:*3*
115:*4* 159:*25*
176:*12*
pursuant 3:*1* 4:*23*
162:*20* 170:*14*
put 102:*1* 109:*22*
138:*11* 159:*17, 24*
161:*12* 169:*1, 4, 6*
172:*22* 184:*1*

< Q >
Q-U 108:*9*
Question 3:*1* 8:*4,
15, 25* 9:*2, 10, 13,
16, 17* 10:*1, 18, 24*
11:*4, 14* 15:*9, 12,
16, 18* 16:*1, 5*
22:*11* 29:*1* 33:*5*
36:*25* 58:*1* 64:*24*
82:*9, 18* 86:*4*
87:*17* 99:*23* 100:*3*
101:*5, 23* 110:*11*
112:*4* 115:*17, 23*
116:*4* 122:*10, 12*
123:*9* 125:*16, 24*
128:*5, 8, 14* 130:*6,
22* 132:*11, 13*
134:*7, 9, 10* 135:*25*
136:*1, 5, 12* 138:*2,
18, 22* 139:*1, 12, 14*
140:*5* 141:*6, 22, 23,
25* 142:*6, 23, 25*

Trustpoint.One    Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

Odette Blanco de Fernandez                    12/17/2021
Case 1:20-cv-25176-BB   Document 127-5   Entered on FLSD Docket 02/22/2022   Page 200 of
204

Page 11

147:*15, 19, 22, 23,*
*24* 148:*11, 13, 14*
149:*6, 7* 153:*9*
156:*18* 162:*1*
163:*18, 19* 164:*7*
166:*9, 18* 167:*24*
171:*14* 172:*21, 22,*
*24* 175:*8* 177:*8*
**questioning** 126:*3,*
*11, 20* 180:*15*
181:*13*
**questions** 10:*22*
15:*15, 22* 82:*13, 16*
101:*17* 110:*12*
124:*15* 126:*7, 13,*
*18* 136:*16* 138:*10*
139:*21* 142:*15, 22,*
*23* 148:*2* 172:*2, 3*
176:*13* 179:*11, 12,*
*14, 18* 180:*1, 2, 11,*
*13, 19* 181:*4*
183:*17*
**Quibera** 108:*9, 10,*
*11*
**Q-U-I-E-B-R-A**
108:*16*
**quite** 53:*3*

**< R >**
**rail** 161:*15*
**railroad** 161:*20*
162:*6*
**raised** 8:*3, 6*
**Ramon** 66:*5, 6, 8*
*79:4, 5, 6, 7, 22*
*80:2, 10, 16* 83:*9,*
*21* 84:*3, 7, 11, 13,*
*17* 85:*8, 16, 19, 22,*
*24* 86:*2, 6, 8, 16, 20,*
*23* 87:*12, 15* 91:*11,*
*15* 123:*13* 162:*12*
**Ramona** 62:*5, 6*
*75:17, 22, 25* 76:*6,*
*9, 11, 17* 77:*1, 3, 7,*
*11, 13, 19* 78:*11, 12,*
*24* 79:*1, 6* 162:*13*
**read** 99:*23* 115:*22*
134:*7, 9* 138:*24*
142:*16, 17, 22, 23*
143:*2* 175:*6, 14*
176:*18* 177:*7, 11,*
*16* 178:*25* 179:*1*
**Ready** 12:*4* 143:*13*
**real** 35:*24* 66:*7*
**realized** 74:*19*
**Really** 9:*1* 10:*23*
*13:6, 8* 73:*8* 75:*6*
76:*24*
**re-ask** 128:*7*

**reason** 93:*13*
*111:22* 179:*25*
*184:11*
**re-boot** 172:*23*
**recall** 49:*18* 56:*6*
81:*25* 82:*23, 24*
83:*1* 84:*4* 85:*14,*
*15* 92:*13, 16, 23*
*93:9, 24* 94:*3*
97:*17* 98:*8, 12, 13*
99:*4, 5, 13* 104:*2, 3,*
*14, 24* 106:*8*
109:*16* 110:*17, 20*
111:*5, 7* 112:*22*
115:*10, 24* 116:*6,*
*11* 124:*11, 25*
157:*21* 162:*5*
173:*5* 179:*5*
**recalled** 49:*15*
**recognize** 81:*13*
86:*12* 103:*5, 18*
105:*15* 110:*1, 8, 15*
166:*6, 12* 167:*2, 3,*
*8, 11, 20, 25* 168:*4,*
*20* 175:*7, 15*
**recollection** 87:*6*
176:*23*
**record** 4:*1* 5:*3*
*6:3, 7* 10:*10* 12:*6*
15:*4* 18:*10* 19:*15*
50:*13, 16* 64:*2, 3, 7*
76:*17* 88:*18, 19, 22*
96:*7* 129:*16, 17, 22*
130:*23* 142:*22*
147:*25* 153:*17*
170:*21, 24* 175:*1,*
*18* 181:*22* 184:*7*
185:*9* 187:*8*
**recorded** 4:*6*
**recreate** 116:*7*
**recreation** 95:*25*
105:*1, 3* 106:*15*
114:*9, 10*
**recreational**
104:*18* 106:*19*
115:*4*
**redirect** 181:*15, 23*
182:*9*
**redirected** 181:*5*
**re-do** 172:*3*
**refer** 23:*4, 7*
**referring** 121:*7*
146:*1*
**refreshment** 115:*21*
**refrigerator** 102:*5*
**refused** 27:*10*
**Regalato** 123:*17, 20*
**regarding** 170:*17*
**Registered** 187:*3*
**regulation** 72:*12*
**relation** 65:*4*

**relationship** 6:*19*
40:*4*
**relative** 187:*11, 13*
**relax** 100:*21* 115:*8*
**remained** 34:*22, 23*
48:*3, 12*
**remains** 48:*5, 7*
143:*24*
**remarried** 53:*18*
**remarry** 53:*17*
**remember** 25:*5, 6*
28:*13* 39:*17* 43:*24*
45:*6* 46:*15, 24*
47:*1* 49:*11* 51:*5, 7*
55:*9, 11* 56:*12, 13*
62:*11* 82:*3, 23, 24*
83:*6* 84:*4* 89:*20*
99:*4* 106:*18, 21*
112:*15, 16, 17*
113:*3* 117:*14*
124:*5, 6, 9, 11, 12,*
*13, 19, 22* 134:*23*
135:*1, 2* 150:*21*
151:*3* 155:*8*
156:*15, 16* 159:*12*
161:*21, 23* 162:*10,*
*15* 163:*8, 15* 165:*3,*
*4, 5, 8* 166:*8, 11*
169:*21* 170:*8, 12,*
*18* 172:*17* 178:*12*
179:*3*
**REMOTE/ZOOM**
1:*1* 3:*1*
**remotely** 3:*1* 4:*20,*
*22* 186:*7*
**rent** 35:*12* 51:*22*
53:*13* 68:*11, 14*
**Rented** 35:*14*
36:*5, 10, 13, 18*
38:*7* 68:*2, 3, 12*
**repeat** 10:*12, 24*
11:*1, 8, 9* 29:*2*
78:*23* 91:*12* 122:*9,*
*12* 132:*11* 141:*22*
142:*5, 21* 148:*1, 11,*
*12, 14* 164:*7*
171:*23*
**repeated** 126:*7*
171:*24*
**repeatedly** 155:*21*
**repetitive** 181:*12*
**rephrase** 9:*3, 11*
15:*20* 100:*6*
110:*13* 116:*3*
128:*16*
**report** 187:*5*
**Reporter** 3:*1* 4:*12,*
*16* 5:*11, 23* 6:*5, 12,*
*16* 7:*6, 10* 10:*9*
93:*13* 100:*1*
108:*14, 18* 115:*24*

132:*16* 134:*11*
136:*4, 8* 139:*1*
142:*1, 2, 8* 143:*5,*
*13, 15* 148:*17*
149:*9* 164:*11*
172:*6* 185:*11*
187:*1, 4*
**Reporting** 4:*12, 14,*
*19* 5:*1*
**represent** 133:*2*
165:*25*
**Republic** 37:*6, 10,*
*14*
**requested** 187:*7*
**required** 138:*15*
**re-read** 132:*13*
136:*5* 142:*6* 172:*2*
**re-reading** 149:*6*
**reserve** 179:*14, 17*
180:*1, 10, 13*
181:*23* 182:*9, 14*
**reside** 69:*15* 80:*7,*
*9* 98:*1* 117:*9*
122:*23*
**resided** 63:*2, 6*
**residence** 63:*14, 16*
**residential** 63:*19*
**residing** 62:*17*
**response** 137:*10,*
*24* 138:*8, 12*
**Responses** 3:*1*
137:*10* 175:*19*
176:*20*
**responsibility** 155:*4*
**rest** 181:*9* 184:*10*
**restate** 147:*22*
**return** 117:*12*
**returned** 88:*25*
129:*20* 132:*2*
**returning** 95:*20*
**reveal** 147:*21*
**review** 177:*4*
187:*7*
**reviewed** 178:*23*
**revolution** 73:*6*
158:*3* 163:*5*
**rewind** 90:*17*
**Rhode** 74:*5, 6, 23*
**Rica** 22:*12, 15, 18*
23:*12, 14, 15, 20*
24:*4, 8, 12, 15* 25:*3,*
*6, 8, 16* 26:*18*
27:*19, 20* 28:*11, 15*
33:*9, 15* 36:*22*
51:*12, 14, 15, 20, 21*
52:*2, 6, 18* 53:*18,*
*19* 54:*17* 55:*25*
56:*9, 10, 13* 57:*9*
**Rico** 20:*12, 13*
21:*2, 3, 4, 8* 34:*4, 5,*
*9, 10, 15, 24* 35:*3,*

*16, 21* 36:*6, 7, 23*
*37:9, 11, 13, 16, 20*
38:*1, 10, 13* 47:*6, 8,*
*10, 20, 21, 24* 48:*1,*
*3, 6, 11, 17* 173:*5*
**Ridgepointe** 32:*23,*
*24* 33:*3, 7* 58:*9, 13,*
*15*
**Right** 8:*19* 10:*8*
11:*11* 12:*4* 15:*24*
18:*24* 20:*8* 25:*24*
26:*3* 30:*20* 31:*13*
32:*25* 33:*15* 36:*9*
43:*7, 23* 44:*19, 22*
45:*3* 47:*2* 49:*20,*
*21* 53:*3* 56:*25*
62:*17, 21* 63:*10, 16,*
*24* 64:*19, 22* 65:*10,*
*23* 66:*1, 3, 18*
67:*18* 71:*8, 24*
77:*2, 10* 79:*16*
81:*23* 82:*4, 19*
83:*5* 84:*16* 86:*15*
87:*17* 90:*2, 3* 95:*4,*
*5* 100:*7* 104:*8*
106:*3, 4* 107:*8*
109:*22* 110:*24*
111:*11* 113:*8*
114:*25* 119:*23*
121:*14* 123:*1*
127:*22* 128:*2, 9, 17*
129:*12* 131:*1*
133:*17* 136:*20*
138:*9* 142:*19, 20*
145:*15, 17* 150:*5*
151:*13* 153:*20, 24*
154:*18* 157:*22*
158:*12* 161:*7*
165:*20* 167:*13, 18*
168:*24* 172:*17*
174:*2* 177:*11*
178:*19* 181:*23*
182:*9*
**right-hand** 104:*7*
110:*7, 16, 19*
**rights** 87:*24*
158:*15* 163:*14*
**Rio** 65:*25* 76:*25*
**Risa** 61:*6*
**ROBERT** 2:*1*
**roll** 12:*4*
**roof** 101:*12*
**room** 4:*19* 42:*10*
97:*21* 118:*20*
**rooms** 56:*5*
**ROSELL** 1:*1*
176:*3*
**Rosita** 61:*6*
**roughly** 49:*11*
69:*13*
**ROWE** 2:*1*

**RPR** 186:*11*
187:*18*
**Ruiz** 90:*22, 24*
91:*6, 7, 9* 92:*20*
96:*24* 117:*16*
**R-U-I-Z** 91:*6*
**rule** 182:*4, 5*
**rules** 15:*5* 182:*3*
**Running** 98:*11*

**< S >**
**SA** 81:*2, 3, 13*
123:*24* 124:*4, 10,
16, 18, 21, 24* 125:*1,
3, 5, 9* 127:*10, 17*
128:*23* 129:*6*
132:*5, 18, 22*
152:*19*
**Sacred** 73:*25*
74:*11, 12*
**Sada** 153:*13*
**Sag** 74:*4, 10, 17*
**sale** 44:*20, 21*
45:*8, 9, 12*
**San** 36:*7, 11*
38:*22* 51:*21, 23*
66:*5, 6, 8* 76:*21*
79:*4, 5, 7, 22* 80:*2,
10, 16* 83:*9, 21*
84:*3, 7, 11, 13, 17*
85:*8, 16, 19, 22, 24*
86:*2, 6, 8, 16, 20, 23*
87:*12, 15* 91:*11, 15*
123:*13* 162:*12*
**Santa** 60:*2, 8, 17*
61:*9, 12, 23* 62:*7*
63:*9, 21, 25* 65:*19,
24* 66:*11* 67:*4*
77:*3*
**Santiago** 59:*3, 9,
11, 12, 15, 19, 23*
62:*14, 15* 64:*25*
65:*3, 5, 14* 66:*9, 10*
**Santos** 54:*21*
**Saturday** 117:*12*
**save** 27:*6*
**saw** 146:*9, 10*
165:*6*
**saying** 137:*7*
138:*1* 139:*23*
155:*12* 160:*7*
**says** 41:*24* 43:*15*
47:*21, 23* 54:*12*
65:*25* 69:*8* 104:*5*
135:*21* 136:*15*
137:*24* 145:*21*
169:*13* 176:*18*
**SBM** 64:*13* 96:*12*
**SBM-10** 64:*5*
**SBM-11** 96:*17*

**SBM-12** 102:*12, 15*
103:*15*
**SBM-13** 105:*11, 12*
**SBM-14** 109:*17*
**SBM-15** 120:*11*
**SBM-16** 165:*21*
**SBM-17** 175:*2*
**schedule** 88:*11*
**school** 34:*19*
38:*20* 51:*23* 52:*3,
8* 54:*4* 67:*19*
73:*21, 22, 25* 74:*3*
75:*4*
**schools** 51:*17*
74:*14*
**screen** 5:*13* 84:*19*
88:*25* 90:*5* 92:*11*
109:*14* 129:*21*
133:*14* 149:*1*
**sea** 111:*18*
**SEABOARD** 1:*1*
4:*3* 5:*7* 7:*8*
64:*13* 132:*25*
133:*2, 4, 9, 21*
134:*2, 4, 12, 15, 21,
24* 135:*3, 5, 6, 17,
19* 136:*9* 137:*2*
139:*3* 140:*11, 15,
18, 21* 141:*9, 12, 17*
142:*9* 143:*16, 24*
144:*7, 10, 14, 17, 20,
21* 146:*12, 17, 22*
147:*4, 12, 17* 148:*4,
18* 149:*10, 17, 24*
150:*15, 22* 151:*14*
154:*8* 155:*11, 12*
157:*4, 18* 171:*3*
173:*1, 7, 8, 13*
**second** 9:*6* 54:*9*
64:*2* 142:*19, 25*
175:*16, 24, 25*
176:*1*
**see** 27:*2, 9, 10*
32:*6* 42:*15* 47:*21*
48:*1* 51:*5* 81:*5*
104:*4, 7, 8, 15, 16*
110:*7, 21, 24* 111:*7,
25* 112:*2, 3* 113:*5,
7* 120:*25* 121:*1, 4,
16* 145:*15, 20*
146:*25* 154:*1*
156:*1* 165:*5*
168:*11* 169:*12, 15*
175:*7, 14*
**seen** 111:*6* 145:*19*
166:*20, 22* 167:*5*
175:*8, 21*
**sell** 28:*4* 90:*10, 15*
91:*15* 92:*21*
106:*25* 159:*18*

**selling** 35:*20, 22*
39:*12, 15* 40:*5*
**send** 48:*15*
**sending** 52:*2*
**Senior** 24:*25* 49:*21*
**Senior's** 86:*3*
**sense** 10:*19* 29:*23*
83:*23* 112:*25*
**sent** 161:*13*
**sentence** 93:*16*
**separate** 72:*21, 23*
**servant** 53:*25*
**service** 102:*4*
**Set** 3:*1* 175:*20*
176:*21*
**settle** 48:*9*
**settled** 34:*20*
**seven** 68:*14*
119:*16* 181:*6*
183:*18, 24*
**sew** 54:*1*
**Shakes** 118:*2*
119:*25*
**shallow** 159:*20, 23*
**shape** 97:*1*
**share** 127:*7*
**shareholder** 125:*8*
127:*4*
**shares** 82:*6, 21*
83:*2* 127:*16*
128:*22* 129:*4*
**she'll** 136:*6* 172:*4*
**shipping** 161:*6*
**shoes** 37:*12*
**short** 50:*15* 64:*4*
73:*5* 88:*21* 129:*19*
170:*23* 178:*12*
**show** 14:*4* 64:*12*
69:*3* 81:*6, 9* 93:*21*
96:*15* 105:*5*
108:*12* 153:*15*
174:*11*
**showing** 81:*12*
165:*24*
**sibling** 20:*22*
152:*13*
**siblings** 19:*22*
61:*22* 68:*5, 7* 71:*3*
86:*8* 152:*1, 25*
156:*21* 157:*1*
**sick** 70:*16, 19*
**side** 9:*15* 45:*25*
46:*1, 2* 50:*3, 4*
53:*12* 56:*1, 2, 15,
19, 22* 57:*4, 8*
110:*7, 16, 19, 23*
118:*13, 14* 154:*9,
10* 160:*17, 20, 23*
161:*1*
**sign** 176:*5, 7, 12,
15* 177:*6*

**signature** 176:*2, 3,
8*
**signed** 176:*8, 10*
177:*2, 5, 12, 16*
186:*11*
**similar** 64:*16*
103:*3*
**Similarly** 63:*8*
65:*23*
**simply** 11:*20*
**sir** 6:*5* 13:*15*
17:*13* 19:*1, 24*
20:*23* 21:*11, 14*
22:*16* 25:*10, 13*
26:*11, 19, 21* 27:*15,
20, 25* 28:*13, 21*
30:*3* 32:*9* 33:*1, 16,
20, 22* 34:*8, 18*
35:*4* 36:*2, 14, 19,
24* 37:*17, 19* 38:*14*
40:*23* 41:*16* 42:*12*
43:*12* 44:*5, 11*
45:*16* 46:*5, 21*
47:*15, 17* 49:*10, 19*
50:*22, 25* 52:*11*
53:*16* 55:*21* 56:*2*
58:*4, 23* 60:*9, 19*
61:*19* 63:*11* 64:*18*
65:*25* 66:*23* 67:*7*
68:*15* 70:*1, 7*
71:*10, 12* 72:*16, 18*
73:*22* 75:*1* 76:*13*
77:*21* 78:*16* 80:*3,
17* 81:*14* 83:*22, 25*
84:*15* 86:*7* 89:*14*
90:*4* 91:*25* 95:*18*
96:*2, 22* 97:*20*
98:*21* 100:*22*
104:*14* 105:*2*
106:*5* 107:*15, 23*
108:*2, 7* 110:*17*
111:*2, 24* 112:*19,
22* 113:*18* 115:*5*
117:*20* 118:*4*
119:*5* 120:*4* 121:*9*
122:*4* 123:*18*
124:*25* 125:*23*
131:*20, 23, 25*
133:*3, 11* 135:*18*
140:*17, 20* 141:*11,
15* 142:*11* 146:*7*
152:*18* 154:*4*
157:*15* 158:*17*
159:*11* 160:*4, 9*
166:*8* 167:*4*
168:*22* 169:*11, 23*
170:*3, 15* 171:*4, 10*
172:*9* 173:*18*
174:*9* 175:*23*
176:*4* 177:*6*
178:*15*

**sister** 20:*3, 4*
41:*20* 58:*8* 62:*2*
68:*10* 87:*14* 152:*7,
10*
**sisters** 18:*25* 72:*2*
114:*23*
**sit** 82:*4* 100:*14, 21*
101:*20, 21*
**sits** 110:*19*
**sitting** 82:*25*
100:*18*
**six** 19:*7*
**size** 56:*3*
**Skipp** 4:*8*
**sleep** 95:*16* 97:*19*
**slept** 114:*1*
**Slightly** 166:*9*
**slowly** 10:*12* 15:*12*
**small** 17:*16* 35:*10*
40:*14* 41:*10, 11, 12*
47:*18* 76:*19, 20*
100:*14* 102:*1*
104:*19* 119:*11*
**Smaller** 97:*14*
**SMB-10** 133:*15*
**smiling** 43:*23*
**Smith** 2:*1* 4:*11*
**Sold** 24:*18* 43:*1*
44:*14, 16, 17, 22*
45:*3, 5, 7* 90:*16*
93:*18* 94:*1, 3, 8*
99:*12* 107:*20*
117:*18* 120:*5*
**somebody** 8:*21*
24:*19* 39:*16*
122:*17* 149:*22*
150:*5*
**someday** 128:*3*
**son** 18:*8, 10*
**sons** 17:*24* 18:*1, 2,
3*
**Soon** 92:*24* 158:*6*
**sorry** 7:*3* 12:*25*
15:*10* 19:*12, 13*
29:*21* 32:*18* 34:*22*
36:*23* 44:*25* 53:*5*
56:*6* 60:*22* 67:*15*
69:*22* 74:*25* 85:*1,
12* 86:*19* 87:*3*
93:*14* 103:*6, 10*
118:*6* 146:*3* 150:*7*
163:*1* 176:*7*
184:*19*
**sort** 9:*20* 102:*4*
112:*1*
**sorted** 165:*19*
**sought** 162:*20*
**sounded** 111:*9*
**sources** 141:*13*
142:*10* 143:*17*

**South** 2:*1* 4:*8*
161:*1*
**SOUTHERN** 1:*1*
3:*1*
**Southwest** 12:*10*
**Spain** 27:*9*
**Spanish** 6:*10* 9:*13,*
*14, 17* 10:*1, 5*
11:*14, 18, 24* 14:25
16:*9* 24:*18, 20*
27:*9* 46:*17* 87:*21*
101:*16* 135:*23, 25*
136:*2* 141:*19*
144:*3* 149:*6* 153:*9,*
*10* 172:*5*
**specific** 147:*2*
159:*14*
**specifically** 8:*5*
130:*25* 149:*12*
160:*14*
**speculated** 111:*10*
**spell** 60:*4, 15* 81:*3*
90:*23* 108:*14*
**spelling** 81:*5*
**spend** 77:*25* 78:*2*
122:*24*
**squiggly** 154:*1*
**Sr** 23:*5* 24:*24*
28:*22, 23, 24* 29:*13*
33:*6* 43:*14* 46:*8*
47:*3* 50:*20* 53:*10*
55:*24* 59:*20* 61:*8,*
*12* 67:*5* 72:*1*
75:*25* 83:*17* 84:*10*
85:*15* 86:*2, 10*
93:*7* 107:*3* 108:*25*
122:*15* 123:*7, 11*
124:*23* 153:*2*
158:*1* 160:*2, 7*
163:*12, 25* 164:*12*
**Sr's** 29:*16* 76:*8*
**St** 58:*11*
**stamped** 109:*20*
**standing** 64:*13*
120:*20*
**start** 6:*13* 20:*2*
23:*15, 17* 35:*1, 20*
37:*4, 9, 10* 39:*12,*
*23* 40:*2, 5* 93:*12*
130:*7* 131:*3*
179:*24* 182:*5, 24*
**started** 34:*21* 35:*2,*
*5* 179:*21*
**starve** 88:*10*
**State** 3:*1* 7:*2*
110:*5* 184:*7* 186:*1,*
*15*
**statement** 14:*17*
**STATES** 1:*1* 3:*1*
22:*11* 47:*4* 50:*24*

**71:**13 75:12, 14
159:18
**stating** 5:2, 13
**stay** 22:13 41:25
43:16 48:25 49:3
52:16 80:12, 13
98:19 116:9, 21
117:6
**stayed** 25:5 34:18,
19, 25 42:1 46:14
47:8 48:16 49:1
51:25 52:19 54:5,
14 57:9, 12 98:22
115:12 116:1, 2
**staying** 38:12
100:20 117:22
**Stays** 47:18 48:22
**Steamboard** 176:20
**stenographic** 187:9
**stenographically**
187:5
**Stephens** 74:21
75:6
**stipulation** 6:9
7:25 8:9
**stipulations** 7:24
**stock** 82:2, 5, 6, 22
126:24 127:2, 17
128:23 129:5
**stop** 16:16 147:18
166:14
**stopped** 98:12
**stove** 98:7
**Street** 2:1 12:8
32:21 56:22 68:18
**strike** 24:7 79:12
124:20 129:24
144:8
**strips** 112:17
**struck** 8:21
**structure** 98:24
100:12 101:10
110:15, 18 121:1, 7,
16
**structures** 99:10
102:9 112:1
118:24 120:1
130:10 131:6, 10,
18
**studied** 73:23
**studies** 170:13, 16
**stuff** 116:19
**subject** 8:20
179:22
**subjected** 181:12
184:17
**submit** 181:13
**submitted** 166:3
**substantive** 8:4
**suddenly** 87:9
**sued** 133:4 157:4

**sugar** 23:14 24:2,
7, 8, 12, 15 25:7, 11,
15, 18 26:7, 10, 13,
17, 20, 22, 25 27:4
28:9, 12, 14 39:9,
11, 12, 15, 25 40:2
51:16, 17, 25 54:3
59:10, 15, 17, 18, 19,
22 60:1, 2, 7, 10, 13,
17, 20 61:9, 12, 23
62:5, 6, 10, 15, 22
63:8 64:1, 24 65:3,
23 66:3, 8, 11 67:6,
10 69:19 70:2, 24
75:17, 23 76:1, 6, 9,
11, 17 77:7, 11, 13,
19 78:6, 17, 18, 24,
25 79:1, 3, 12, 13,
22 80:2 83:9, 14,
15, 16, 17, 18, 20, 21
84:1, 8, 11, 13, 17
85:16 91:10, 14
93:5 123:13
159:16, 17 161:6, 7,
8 162:12, 14
**suggest** 181:17
**suggesting** 35:5
**suggestion** 182:12
**suggestions** 9:24
**suing** 155:11, 12
157:4 174:2, 3, 5, 6
**Suite** 2:1 4:9
**summer** 94:18, 23
95:8, 10
**summers** 95:11
**Sunday** 115:11, 25
**Sundays** 114:12, 13
**Supplemental** 3:1
166:2
**supplies** 40:21
**supposed** 72:11
177:6, 10
**supposedly** 85:8
184:11
**Supreme** 4:23
**Sure** 6:17 13:5
15:3, 14 18:23
44:7 52:24, 25
56:20 62:21 69:7
89:22 100:3
111:20 133:24
146:22 166:10
171:19 172:22
178:19 184:21
**surely** 156:19
163:19
**surrounding** 84:2
**SW** 2:1
**swear** 5:9

**sworn** 6:11 7:20
136:15 138:20
186:8

**< T >**
**table** 102:1
**take** 10:8 38:15
48:2 51:6 55:3
70:17 82:4 88:4,
14, 16 93:16 94:11
99:15 105:16
108:13 109:25
118:5 129:12
138:17 139:15
172:2 179:7 181:6,
8, 17 183:8 184:19,
23
**taken** 3:1 4:7
12:2 22:5 50:15
64:4 88:21 120:18
129:19 133:8
167:15 170:23
184:22
**takes** 55:4
**talk** 11:21 50:20
89:2 99:21 130:18,
19 137:2 149:19,
20 180:22
**talked** 14:24 131:8
**talking** 8:17, 19
27:19 42:24 43:25
50:1 66:6, 8 73:11
77:1 129:25 131:5,
6, 7, 8 150:6
151:12, 13, 15
**Tapia** 89:4, 6, 7, 13,
15, 19 90:8, 9, 13,
15, 18, 19, 20, 21
91:8, 14, 17, 19, 20,
24 92:1, 8, 9, 17, 25
93:19, 22 94:1, 3, 8,
12, 14, 15, 19, 21
95:3, 4, 7, 16, 20
96:1, 21 99:11
100:10, 12 101:9
102:9 103:24
104:6, 9 106:3, 4, 7,
10, 12, 24 107:1, 3,
6, 9, 11, 14, 17, 22
110:19, 23 111:6
112:18, 21 113:1,
25 114:9 118:15,
24 119:18 120:2, 5,
18, 19 121:18
122:6, 15, 16, 17
129:25 130:1, 10
131:6, 18 156:16
169:1, 6
**tell** 8:14 14:19
23:4, 13 50:10
53:21 64:16 83:10

**110:**1, 21 125:24
126:16 139:11
141:3 147:4 148:4,
17 149:9, 21, 24
150:2, 14, 15 169:8
171:20 172:18
178:7 181:18
**telling** 138:18
144:19
**tells** 128:4 171:22
**terms** 7:24 9:6
**Terrace** 33:12
45:24, 25 100:17
101:10, 11, 12, 19,
21 102:8 119:4
120:3 121:2, 11, 12
130:2, 11 131:8
**terribly** 142:3
**testified** 7:20
89:12 171:2 174:8
178:11, 17
**testify** 137:17
149:2
**testimony** 8:14, 20,
22 51:8 78:21
113:25 130:4
131:14 161:25
177:19, 20 178:21,
24 181:7 183:19
**Thank** 6:6, 16 7:9
11:2 13:1 50:7, 12
82:12 103:16
108:18 130:19
131:2 164:19
179:8 184:24
**thing** 11:17
100:14 140:4
142:4 169:13
**things** 8:18 27:22
35:22 39:12 40:7
48:9 73:23
**think** 5:24 6:1
14:7, 8, 10 15:11
22:3 23:13, 24
24:11 30:23 37:11
42:22 44:6 48:2
50:19 51:8 52:22,
23 53:3 57:14
62:4 64:21 81:25
82:5 87:5 89:12
92:10 97:9, 18
101:3 110:4
111:13 120:23
121:10 125:18, 20,
23 128:12 136:14
139:21 141:24
144:4 154:8 155:8
156:13 166:19
169:2 174:13, 23
175:11 182:12

🔻 **Trustpoint**.One    Alderson    www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)

**thought** 32:2 50:8
54:11 55:3 71:2
78:4 88:1 125:21
166:24 174:5
**thousand** 92:5, 6
**three** 16:1 34:25
54:8 56:5 59:24
71:6 117:4 147:24
156:5, 10
**three-bedroom**
56:14
**tickets** 48:15
**time** 4:5 13:2
16:12 22:11 25:6
26:13 30:15 35:22
37:20 42:3, 6
43:11, 17 47:18
48:2 50:8, 9, 11, 24
51:6 54:5 58:10
61:10, 11, 15, 17, 24,
25 71:6 78:2
79:24 81:23 82:1,
4, 21 84:7, 11, 14,
18, 23 85:16, 20, 23,
24 88:1, 14 89:13
90:9 92:22 94:8
98:19 105:16
107:4 108:13
112:11, 12 115:3
117:9 120:6
121:19, 23 122:2,
14, 15 128:12
151:7 156:25
159:8 178:12, 16
179:21, 24 180:19,
24 181:6, 7, 14, 24
182:14 183:16
185:2
**timeframe** 163:8
**times** 16:2 112:23
113:1, 3, 10, 12, 14,
17, 25 114:5, 8
116:6 126:9
147:25 156:3, 4, 5,
6, 10 161:23
**tired** 184:12, 14
**title** 13:25 14:5
33:2 43:24, 25
44:1, 3 56:15
73:10 76:11 80:15
92:9, 13 93:8, 21
107:11
**today** 31:6 81:23
82:25 88:8 97:12
131:11 165:10
167:17 177:19
178:11 179:16
180:11 183:11
184:4
**Today's** 4:4

177:20
**toilets** 98:14
**told** 30:23 47:23
48:10, 14 84:21
100:9 121:11
135:12 137:23
138:21 140:9, 22
146:6, 8 147:11
148:23 171:11
172:10, 13, 16, 18,
25 173:2, 8, 9, 16
182:18
**tomorrow** 181:10,
19 183:3, 4 184:8
185:1, 4, 5
**ton** 181:4
**total** 28:6, 7
**town** 25:24 108:8,
12 112:13 153:23,
24 154:5
**townhome** 17:20
25:24 26:2 32:11
33:3 43:25 44:1
97:12, 14
**townhomes** 32:25
33:1
**Townhouse** 12:12,
13, 15, 17 13:12, 14,
19, 22 32:17, 19
33:7 44:22, 25
57:20 58:3, 19, 20
**tracks** 161:20
162:6
**trafficking** 140:11
**tragically** 29:19
**transcript** 187:7, 8
**transfer** 14:20
**transferred** 75:4
**transferring** 17:3
**translate** 9:8
10:9 11:12, 22
101:4, 6, 16 122:12
127:25 136:6
148:15 164:9
172:4
**translated** 9:13, 14
148:21 168:10
**translation** 9:7
**translator** 5:10
9:22 136:5
**transport** 162:13
**travelling** 37:13
95:19
**tree** 18:24
**true** 176:22, 25
177:3 187:8
**Trustpoint** 4:11, 13
**truth** 144:19
177:21
**try** 100:16

**trying** 50:20
112:25 145:4, 24
149:16 150:13
155:9, 24 165:5
**Tuesday** 64:17
84:5 153:21
178:11, 14, 21
181:3, 5
**turn** 92:21 175:25
**two** 8:17 12:24
14:19, 23 16:24
17:24 18:1, 3, 14,
18 24:19 26:23
30:17, 22 31:19
32:13 34:5 41:1, 3
47:7 49:1 52:3, 4
56:5 66:3 67:11
70:22 72:21, 23
84:21 97:17
110:12 115:23
116:20 117:3
118:10, 12 119:6
120:3 122:22
125:21 130:2
131:8 142:21, 23
143:2 156:4, 10
172:2, 3, 5 178:8
**type** 18:18, 21

**< U >**
**Uh-huh** 8:23
10:20, 25 11:13
12:1 13:5 15:2
23:6, 19 29:4, 18
30:1, 21 32:22
34:12 36:9, 17
37:9, 11 41:23
42:5, 21 43:21
45:2, 4 46:2, 24
47:19 48:19 51:19,
24 53:21 54:19
56:21 64:15 66:2
67:23 69:14 70:4
71:15 74:6 77:17
85:3, 5 87:11 89:5
91:1, 4 97:3
100:19, 22 101:1
104:9, 21 107:20
111:12, 19 113:15
114:24 117:10
118:19 120:18
121:13, 24 122:1, 4
137:6 150:1 153:3
157:9 158:11, 13
167:14, 16, 19
168:25 173:23
175:17 178:13, 18
**Unasia** 60:14
63:23, 25 66:16, 17
67:6, 12
**U-N-A-S-I-A** 60:16

**uncle** 60:21 66:25
76:3, 4, 5
**uncomfortable**
16:19
**underlined** 124:3
**undersigned** 186:6
**understand** 10:12,
23 11:4, 5, 7, 14, 16
13:7 15:4, 15, 18,
23 16:1, 11 19:17
20:17 29:1, 16
33:5 63:16 100:16
145:4, 24 146:3
148:1 149:16
155:10 180:5
**understanding** 8:8
143:22
**understands** 171:19
**undertaken** 176:24
**unfortunately** 54:7
**un-hun** 22:7
**Union** 37:6
**UNITED** 1:1 3:1
22:10 47:4 50:24
71:13 75:12, 14
159:18
**unprofessional**
182:13
**upper** 104:4, 7
121:8
**use** 3:1 105:1, 3,
16 144:14, 17
145:1, 2, 5 155:11
165:1
**utility** 102:4

**< V >**
**vacation** 95:24
116:10 117:11
**Vargas** 54:21, 23,
24
**V-A-R-G-A-S**
54:23
**Varios** 54:22
**venues** 158:16
**version** 102:16
**versus** 4:3 15:1
**VIDEO** 1:1 3:1
4:5, 6
**Videographer** 2:1
4:1 7:9 50:13, 16
64:3, 7 88:19, 22
129:17 170:21, 24
185:9
**view** 185:6
**Vila** 169:25 170:1
**vis-à-vis** 39:15
**visit** 48:6
**visited** 131:24
**voice** 162:24

**volcano** 23:17
26:23 27:1, 2
33:19 52:9, 10
**VS** 1:1

**< W >**
**Wait** 15:8 19:10
36:25 115:19
130:18 156:18
161:11 163:18
177:8 182:17
**waive** 5:1 9:1
**waived** 8:7
**want** 11:3, 4 15:3,
14, 22, 25 16:19
18:23 19:15 59:1
88:14 90:10 91:8
96:18 99:20
101:16 122:9, 22
127:24 129:13
132:11 133:6
135:24 137:25
140:8 144:2
148:11 149:21
153:15 164:17
166:4 171:18
174:11 175:6, 11,
14 181:8, 9, 15, 18,
21 182:25 183:15
184:5, 25
**wanted** 6:15
62:21 75:2 83:16
90:15 97:22
100:20 128:16
**wants** 88:13
**warehouse** 161:10
167:9
**warehouses** 17:17
167:9
**Washington** 2:1
**water** 98:11
168:23
**waters** 159:23
**way** 16:19 22:15
45:19 47:16 65:16
67:10 83:1 107:24
126:24 139:25
175:13 179:15
181:22 183:6
**ways** 137:12
**week** 102:18
116:10 153:22
178:9, 10
**weekend** 114:12
116:19
**weekends** 77:25
**Well** 5:8 8:23
10:12 13:12 18:21
22:11 23:13 25:17
27:2, 17 34:17
36:14 37:4 47:11
48:25 51:21 53:3

54:1   59:8   62:3
68:25   70:11   71:23
76:23, 25   78:11
81:1   84:21   90:12
97:9   100:5   107:16
111:9   115:14
117:12   119:7
124:8   125:8, 17, 20
126:2, 4   130:17
134:1, 11   135:4
136:17   137:9
138:22   139:17
140:5   141:21
143:19   144:17
146:17   148:21
150:1   152:24
154:17   155:6, 9
157:8   160:17
165:14   166:25
168:11   175:11
177:10   180:4
182:23   183:8
184:21
**went** 14:16, 19
22:2, 12, 14, 15
23:15, 18   27:3, 9
29:9, 12   32:4   33:6,
8, 11   34:4, 9, 10, 15,
16, 24   37:23   38:19
46:16   48:5, 11
50:23   51:1, 3, 12,
15, 20, 23   52:11, 13
58:9   59:10   60:1,
13   62:3   63:23
67:9, 19, 24   69:18
73:22   74:3, 14, 15,
17, 20   75:4, 10
80:14   88:4   90:10
95:12, 16   113:1, 24
114:16   115:3
116:6, 23   158:7
**We're** 4:1   5:8
15:3   27:21   33:13
42:5   88:22   129:16
141:20   142:20
150:6   151:5
155:19, 23   165:16
179:15   183:4, 11,
25   185:5
**west** 154:2, 10
160:20
**Western** 37:5, 6,
18   39:16
**we've** 7:25   9:7
42:18   50:7   64:12
73:11   88:6   128:11
136:14   151:12, 15
179:18
**WHITE** 2:1   5:4,
16   6:12, 17, 20, 24
7:3, 5, 16   8:10, 17,

23   9:5   14:9   15:8,
11   18:11   19:10, 13
22:20, 24   25:20
36:25   50:5, 7, 12
52:24   53:5   72:3
78:20   80:23   81:8
82:7, 10, 15, 19
83:3   85:10   88:6,
16   94:24   96:10
97:24   99:7, 22
100:1, 3, 7   101:22
102:17, 23   103:6,
13   105:8   110:5, 9,
12   113:19   114:3
115:13, 18   116:12,
17   119:19   122:19
123:2, 12, 24
125:11, 17, 20
126:2, 5, 15, 19
127:11   128:9, 14,
17, 24   129:7, 14
130:3, 13, 15, 17, 24
131:2, 13   132:6
133:15   134:7
135:8   136:11, 17,
21, 24   137:3, 6, 9,
13, 15, 22   138:7, 11,
22   139:4, 13, 17, 21
140:5, 24   141:6, 24
142:4, 15   143:6, 10
144:4, 22   146:14
147:6, 13, 18   148:6,
20   149:2, 8   150:16
151:1   152:21
153:6   155:20
156:18   160:21
161:3, 17, 24   162:2,
23   163:18   164:7,
17   165:9, 12, 15
166:13, 19, 22
167:21, 25   168:9
171:13   174:13, 16,
19, 23   177:8, 13
178:2, 3, 20   179:12,
17, 20   180:4, 7, 10,
14, 17, 20, 23
181:11, 25   182:2, 4,
7   185:11, 13
**widow** 12:23
**wife** 26:17   28:16
29:16   86:19   117:5
**wife's** 26:15   76:8
**willing** 157:8
**willingness** 157:11
**win** 139:10
**wind** 27:3
**wise** 37:20
**wished** 41:20
**withdraw** 138:16
**Withdrawn** 100:6

**WITNESS** 2:1
3:1   5:10   6:22
7:22   9:15   10:3, 11
14:10   15:10   19:12
22:25   25:3   52:8
80:24   81:10   88:12,
13   94:25   99:8
101:25   102:24
108:19   116:18
118:17   122:21
123:13   125:13, 15,
24   126:17   127:14,
20   129:2, 10
130:20   131:16
132:9, 19   136:13
139:12   143:19
144:24   145:1
146:16   147:9
148:7, 22   149:12
150:17   151:2
152:22   153:7
161:4   163:1
164:16   167:22
168:11   172:12
179:9   181:16
185:4
**Witness's** 138:19
**wives** 114:25
116:8
**woman** 19:3   184:1
**wondering** 5:12
143:8   155:13
**word** 63:16   89:6
104:5, 7   108:16
153:11
**words** 9:23, 24, 25
53:5   94:15
**work** 24:1   35:18
38:12   39:14   41:4
98:16   141:17
158:5   160:8
164:21   180:3
**worked** 172:13
**working** 34:21
35:1, 2, 6, 22   37:4,
18   39:15, 19, 23
53:24   173:5
**works** 170:14
**worry** 112:24
**worth** 43:22
**write** 81:8   103:14
104:10   123:23
**wrong** 8:15
110:10   166:17
**wrote** 81:12   157:5

**< X >**
**X-person** 150:8

**< Y >**

**Yeah** 11:6, 16
12:5   13:8   14:24
15:19   24:10, 17
29:21, 25   32:24
33:10   35:25   43:20
46:2, 12, 13   50:9
51:11, 25   56:11
57:17   59:7   61:3
62:2   65:12   66:1
67:14   75:3   83:7
87:11   89:5, 9, 11
94:7   95:23   96:11
97:8   101:25
102:22   108:24
109:11   111:16
114:2   122:4   123:8
128:15   130:5
139:19   142:14
145:15   148:9
150:3   158:22
165:18   167:6, 12,
22   174:1, 24   179:1
180:4
**year** 23:21, 23
35:17, 19   36:3
42:6, 16   52:3   55:9,
10   56:6, 8   57:16
59:13   69:20, 22
71:1, 15   74:18, 19,
25   75:7, 8, 9
**years** 12:14, 24
13:3   16:24   26:23
27:20   31:19   36:12,
13, 15, 16, 18   37:15,
22   38:5, 7   41:3
52:3, 4   54:9   57:7
58:25   59:24   67:11,
22   68:9, 13, 14
69:2, 16, 25   74:2
98:18   112:13
113:21, 24   122:3
133:7   134:23
135:1   154:11
155:3, 7, 8   156:13
172:13   173:4, 14
181:11
**Yep** 143:14
**York** 74:8
**younger** 55:2
**youngest** 19:5

**< Z >**
**zone** 37:10
**Zoom** 6:1, 8, 14
7:11   84:19   88:25
90:5   92:11   109:12
129:20   133:13
148:25

Trustpoint.One   Alderson
www.trustpoint.one
www.aldersonreporting.com
800.FOR.DEPO
(800.367.3376)