# EXHIBIT "F"

| | |
|---|---|
| **From:** | Melvin White <mwhite@bcr-dc.com> |
| **Sent:** | Tuesday, January 18, 2022 8:36 PM |
| **To:** | Brochin, Robert M.; Papkin, Matthew; Herman, Brian A.; Stern, Justin |
| **Cc:** | Dale Eppler; David Baron; John Gaebe |
| **Subject:** | Fernandez v. Seaboard Marine_Conclusion of Ms. Fernandez's December 17 Deposition |

[EXTERNAL EMAIL]

Bobby,

Further to Seaboard Marine's December 17 deposition of Ms. Fernandez, we would like to do our examination of Ms. Fernandez on January 26 at 2:30 pm.

Let us know your availability.

Thanks,

```
--
Melvin White
Berliner Corcoran & Rowe LLP
(202) 375-6884 (office direct)
(202) 412-8149 (mobile)
```
https://www.bcr.us/white