# EXHIBIT "G"

| | |
|---|---|
| **From:** | Brochin, Robert M. |
| **Sent:** | Wednesday, January 19, 2022 10:24 AM |
| **To:** | Melvin White; Papkin, Matthew; Herman, Brian A.; Stern, Justin |
| **Cc:** | Dale Eppler; David Baron; John Gaebe |
| **Subject:** | RE: Fernandez v. Seaboard Marine_Conclusion of Ms. Fernandez's December 17 Deposition |

Melvin…

I am not available Jan. 26th for deposition.

The plaintiff's depositions has concluded.  You, as plaintiff's counsel, took the plaintiff's deposition on December 14, 2022 and that deposition was concluded on that day.  We, as defendant, took the plaintiff's deposition on December 17th, and that deposition was concluded on that day, which included plaintiff's counsel asking questions at plaintiff's January 17th deposition.  A third deposition of your own client is not necessary, inappropriate, and not permitted under the rules without leave court.

Thanks. Bobby


**Robert M. Brochin**
**Morgan, Lewis & Bockius LLP**
600 Brickell Avenue, Suite 1600 | Miami, FL 33131-3075
Direct: +1.305.415.3456 | Main: +1.305.415.3000 | Cell: +1.305.986.0742
bobby.brochin@morganlewis.com | www.morganlewis.com



---

**From:** Melvin White <mwhite@bcr-dc.com>
**Sent:** Tuesday, January 18, 2022 8:36 PM
**To:** Brochin, Robert M. <bobby.brochin@morganlewis.com>; Papkin, Matthew <matthew.papkin@morganlewis.com>; Herman, Brian A. <brian.herman@morganlewis.com>; Stern, Justin <justin.stern@morganlewis.com>
**Cc:** Dale Eppler <deppler@bcr-dc.com>; David Baron <DBaron@bcr-dc.com>; John Gaebe <johngaebe@gaebelaw.com>
**Subject:** Fernandez v. Seaboard Marine_Conclusion of Ms. Fernandez's December 17 Deposition

[EXTERNAL EMAIL]
Bobby,

Further to Seaboard Marine's December 17 deposition of Ms. Fernandez, we would like to do our examination of Ms. Fernandez on January 26 at 2:30 pm.

Let us know your availability.

Thanks,

```
--
Melvin White
Berliner Corcoran & Rowe LLP
(202) 375-6884 (office direct)
(202) 412-8149 (mobile)
```
https://www.bcr.us/white