# EXHIBIT "H"

| | |
|---|---|
| **From:** | Melvin White <mwhite@bcr-dc.com> |
| **Sent:** | Friday, January 21, 2022 7:50 AM |
| **To:** | Stern, Justin; dcosmen@admiral-law.com; Brochin, Robert M.; Papkin, Matthew; Valenstein, Carl A.; Herman, Brian A. |
| **Cc:** | dbaron@bcr-dc.com; Dale Eppler; wboeringer@admiral-law.com; wmilliken@admiral-law.com; yaguilar@admiral-law.com |
| **Subject:** | Discovery Disputes_de Fernandez v. Seaboard Marine, Ltd. (Case No. 20-cv-25176-BLOOM/Otazo-Reyes |
| **Attachments:** | De Fernandez v. SML_Discovery Disputes.pdf |

[EXTERNAL EMAIL]

Counsel,

Today we will request a hearing with the Court regarding the discovery disputes set forth in the attached document.

Please respond to this email by noon today with three dates and times that you are available next week for a one-hour hearing. We will be available when you are available. If you do not provide dates and times, the Court will be informed that you have declined to do so.

Please also copy our Miami counsel Bill Boeringer (wboeringer@admiral-law.com )and Yleana Aguilar ( yaguilar@admiral-law.com ) on your response, as they will be contacting the Court.

Best,

```
--
Melvin White
Berliner Corcoran & Rowe LLP
https://www.bcr.us/white
(202) 375-6884 (office direct)
(202) 412-8149 (mobile)
```

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-25176-BLOOM/Otago-Reyes

ODETTE BLANCO DE FERNANDEZ *née*
BLANCO ROSELL,

 Plaintiff,

v.

SEABOARD MARINE, LTD.,

 Defendant.
_____/

**PLAINTIFF'S DISCOVERY DISPUTES WITH
DEFENDANT SEABOARD MARINE, LTD.**

 **1.** **The Conclusion of Plaintiff's December 17 Deposition**. Plaintiff counsel noticed Plaintiff's deposition for December 14 for the purpose of preserving Plaintiff's testimony for trial. Plaintiff is 91 years old. Plaintiff's counsel questioned Plaintiff for about 2 hours. Defense counsel questioned Plaintiff for less than 15 minutes. Then, on December 17, Defendant deposed Plaintiff pursuant to Defendant's Notice of Deposition. Defense counsel questioned Plaintiff for nearly five hours and concluded his questions at around 4:30 pm. By that time, Plaintiff was totally exhausted, to the point where she was falling asleep during breaks. Plaintiff's counsel stated that given that Plaintiff plainly was exhausted, Plaintiff's counsel would conduct his examination at a later time. Defendant's counsel demanded that Plaintiff's counsel continue the deposition that evening, or on the morning of Saturday, December 18. Plaintiff's counsel declined because Plaintiff was in no condition to continue the deposition that evening. *See* Tab A. Moreover, Plaintiff was scheduled to commence holiday travel the morning of December 18. Plaintiff's counsel requested to resume the deposition on January 26. Defendant's counsel refuses to resume the deposition.

1

**2.     The Relevant Time-Period for Defendant's Rule 30(b)(6) Deposition and for Defendant's Non-Custodial Document Production**. Defendant's position is that the relevant time period is January 1 2015 and later. Plaintiff agreed to that time-period for Defendant's ESI custodial searches but did not agree to it for Defendant's Rule 30(b)(6) deposition or for Defendant's non-custodial production. For Defendant's Rule 30(b)(6) deposition and for Defendant's non-custodial production, Plaintiff proposes the following two time-periods:

*January 1, 1959 through January 1, 1960* – The time period covers the seminal events of the Cuban Revolution, the Confiscation of the Blanco Rosell Siblings Cuba properties, and the Blanco Rosell Siblings flight from Cuba to the United States. If Defendant conducted any due diligence before starting its shipping business to the Port of Mariel, Defendant likely would have documents from this time-period. If Defendant did not conduct any due diligence with regard to this time period, that is relevant for inquiry.

*January 1, 2001 – December 31, 2013* – According to media reports, Defendant was actively considering extending its shipping business to Cuba during this period but reportedly it chose not to do business in Cuba. *See* Tab B. However, at some point, Defendant changed its mind and did extend its shipping business to Cuba. Defendant's deliberations concerning whether or not to extend Defendant's shipping business to Cuba is directly relevant because doing business in Cuba is a highly-regulated matter subject to several U.S. laws and regulations, including the Helms-Burton Act.

**3.     Topics for Defendant's February 2, 2021 Rule 30(b)(6) Deposition.** *See* Tab C.

**4.     Defendant Defendant's Financial Data (including Profits) Regarding its Shipping Business to the Port of Mariel.** Defendant asserts that its financial data (including profits) regarding its shipping business to the Port of Mariel is not relevant. *See* Tab C, Topic No. 9. *See also* Tab D. Defendants objections to Plaintiff's Request for Production No. 56.

Dated:  January 21, 2021

*s/ David J. Horr*
David J. Horr
Florida Bar. No. 310761
dhorr@admiral-law.com
William R. Boeringer
Florida Bar No. 347191
wboeringer@admiral-law.com
William B. Milliken
Florida Bar No. 143193
wmilliken@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 S. Dadeland Boulevard
Miami, Florida 33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526

John S. Gaebe
Florida Bar No. 304824
johngaebe@gaebelaw.com
LAW OFFICES OF JOHN S. GAEBE P.A.
5870 SW 96 St.
Miami, Florida 33156
Tel: (305) 607-4755

David A. Baron (admitted *pro hac vice*)
dbaron@bcr-dc.com
Melvin White (admitted *pro hac vice*)
mwhite@bcr-dc.com
Laina C. Lopez (admitted *pro hac vice*)
lcl@bcr-dc.com
BERLINER CORCORAN & ROWE LLP
1101 17th Street, N.W., Suite 1100
Washington, D.C. 20036-4798
Tel: (202) 293-5555
Facsimile: (202) 293-9035

Richard W. Fields (admitted *pro hac vice*)
fields@fieldslawpllc.com
Martin Cunniff (admitted *pro hac vice*)
MartinCunniff@fieldslawpllc.com
Edward Han
edhan@fieldslawpllc.com
FIELDS PLLC

1701 Pennsylvania Ave, N.W., Suite 200
Washington, D.C. 20006
Tel: (833) 382-9816

*Counsel for Plaintiffs*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of January, 2021, I caused the foregoing to be served by electronic mail upon:

>Robert M. Brochin
>bobby.brochin@morganlewis.com
>Matthew Papkin
>matthew.papkin@morganlewis.com
>MORGAN, LEWIS & BOCKIUS LLP
>200 South Biscayne Boulevard
>Suite 5300
>Miami, Florida 33131-2339
>Telephone: 305.415.3000
>Facsimile: 305.415.3001
>
>Carl A. Valenstein
>carl.valenstein@morganlewis.com
>MORGAN, LEWIS & BOCKIUS LLP
>One Federal Street
>Boston, MA 02110
>Telephone: 617.341.7700
>Facsimile: 617.341.7701
>
>*Counsel for Defendant Seaboard Marine, Ltd.*

*s/ John S. Gaebe*
John S. Gaebe
