# EXHIBIT "I"

| | |
|---|---|
| **From:** | Melvin White <mwhite@bcr-dc.com> |
| **Sent:** | Thursday, January 27, 2022 6:24 PM |
| **To:** | William R. Boeringer; Brochin, Robert M.; Papkin, Matthew; Valenstein, Carl A.; Stern, Justin; Winter, Angela C.; Mitchell Issa; Herman, Brian A. |
| **Cc:** | David Horr; William B. Milliken; dbaron@bcr-dc.com; lcl@bcr-dc.com; fields@fieldslawpllc.com; MartinCunniff@fieldslawpllc.com; John Gaebe |
| **Subject:** | DeFernandez v Seaboard Case No. 20-cv-25176-BLOOM |
| **Attachments:** | 20220127 - Odette Fernandez_Eratta Sheet 2.pdf |

[EXTERNAL EMAIL]

Counsel,

Pursuant to Plaintiff's attached errata Sheet and notarized Certificate of Deponent served today, Plaintiff's December 17, 2021 deposition is concluded.

Plaintiff hereby withdraws the CONFIDENTIAL designation of the transcript of Plaintiff's December 17, 2021 deposition on the condition that the errata Sheet and notarized Certificate of Deponent must accompany the deposition transcript, whenever the transcript, or any portion thereof, is used.

--
Melvin White
Berliner Corcoran & Rowe LLP
(202) 375-6884 (office direct)
(202) 412-8149 (mobile)
https://www.bcr.us/white

---

**From:** Melvin White <mwhite@bcr-dc.com>
**Date:** Saturday, January 15, 2022 at 1:11 PM
**To:** "William R. Boeringer" <wboeringer@admiral-law.com>, "bobby.brochin@morganlewis.com" <bobby.brochin@morganlewis.com>, "matthew.papkin@morganlewis.com" <matthew.papkin@morganlewis.com>, "carl.valenstein@morganlewis.com" <carl.valenstein@morganlewis.com>, "Stern, Justin" <justin.stern@morganlewis.com>, "Winter, Angela C." <angela.winter@morganlewis.com>, Mitchell Issa <missa@admiral-law.com>, "Herman, Brian A." <brian.herman@morganlewis.com>
**Cc:** David Horr <dhorr@admiral-law.com>, "William B. Milliken" <wmilliken@admiral-law.com>, "dbaron@bcr-dc.com" <dbaron@bcr-dc.com>, "lcl@bcr-dc.com" <lcl@bcr-dc.com>, "fields@fieldslawpllc.com" <fields@fieldslawpllc.com>, "MartinCunniff@fieldslawpllc.com" <MartinCunniff@fieldslawpllc.com>, John Gaebe <johngaebe@gaebelaw.com>
**Subject:** Re: DeFernandez v Seaboard Case No. 20-cv-25176-BLOOM

Counsel,

1

Plaintiff hereby designates the deposition transcript and exhibits for her December 17, 2021 deposition CONFIDENTIAL pursuant to the Stipulated Confidentiality and Protective Order (Oct. 1, 2021) (ECF No. 74).

Best,

```
--
Melvin White
Berliner Corcoran & Rowe LLP
https://www.bcr.us/white
(202) 375-7884 (direct)//(202) 293-5555 (main)
(202) 412-8149 (mobile)//(202) 293-9035 (facsimile)
```

Notice Date: 01/26/2022

Deposition Date: 12/17/2021

Deponent: Odette Blanco de Fernandez

Case Name: Odette Blanco de Fernandez v. Seaboard Marine, Ltd.

| Page:Line | Now Reads | Should Read |
|---|---|---|
| 75:21 | My father bought it. | My father bought it for my brothers and me. |
| 76:2 | Yes. | Yes. My father bought it for my brothers and me. |
| 77:12 | Until it was confiscated. | My brothers and I owned the Ramona sugar mill when it was confiscated. |
| 79:2 | Yes. Yes. | Yes. He purchased them for my brothers and me. |
| 79:8-9 | 1949 or 1950 - no, 1950, because Giselle was born in 1950. | He purchased Central San Ramon for my brothers and I in 1949 or 1950 - no, 1950, because Giselle was born in 1950. |
| 81:25 | I don't know. I don't recall. I don't think so. | I do not recall the names of all of the family businesses, but I do recall that I was an equal owner in the family's businesses with my four brothers. |
| 84:9 | My Father. | My family. |

| | | |
|---|---|---|
| 84:12 | Yes. | My family owned it. |
| 84:24 | My brothers, Alfredo, Florentino, Enrique, and Byron. | My brothers, Alfredo, Florentino, Enrique, Byron, and I owned San Ramon sugar mill when we fled Cuba. My understanding is that at the time we fled Cuba, my father did not own any of San Ramon sugar mill. |
| 85:14 | No. I don't recall. | My understanding is that I owned 20 per cent. |
| 85:18 | I don't know. | My understanding is that when we fled Cuba, my father didn't own any of San Ramon sugar mill. |
| 85:21 | I don't know. | My understanding is that he also owned 20 per cent. |
| 85:25 | I don't know. | My understanding is that Enrique and Byron also owned 20 per cent. |
| 86:11 | Yes. | My father was head of the family but my understanding is that all of the family's businesses were owned 20% each by my brothers and me. |
| 107:5 | Yes. | My family owned it. |

| | | |
|---|---|---|
| 125:10 | I have to answer you yes or no. No. | As I previously testified, I do not recall the names of all of the family businesses, but I do recall that I was an equal owner in the family businesses with my four brothers. |
| 152:14 | Yes. | My understanding is that my family owned it. |
| 153:3 | Uh-huh. | My understanding is that my family owned it. |
| 157:3 | Yes. | My understanding is that my family owned it. |
| 159:2 | Yes. | My brothers and me. |
| 160:4 | Yes, sir. | My brothers and I got the concession. Our father was the head of the family. |
| 177:6-7 | No, sir.  Were I supposed to – before I sign, to read all of this? | No, I didn't review the document before I signed it. My niece, Emma Blanco, read the document to me in Spanish, then I signed it. |
| 177:18 | No, I didn't. | No, I didn't read the document before I signed it. My niece, Emma Blanco, read the document to me in Spanish, then I signed it. |

CERTIFICATE OF DEPONENT

I hereby certify that I have read and examined the foregoing transcript, and the same is a true and accurate record of the testimony given by me. Any additions or corrections that I feel are necessary, I will attach on a separate sheet of paper to the original transcript.

*Odette B. Fernandez*

Signature of Deponent

I hereby certify that the individual representing himself/herself to be the above-named individual, appeared before me this 27 day of JANUARY, 2022 and executed the above certificate in my presence.

_____

NOTARY PUBLIC IN AND FOR

Notary Public State of Florida
Jorge Otero
My Commission GG 235957
Expires 11/05/2022

County Name MIAMI DADE

MY COMMISSION EXPIRES:

CERTIFICATE OF DEPONENT

I hereby certify that I have read and examined the foregoing transcript, and the same is a true and accurate record of the testimony given by me. Any additions or corrections that I feel are necessary, I will attach on a separate sheet of paper to the original transcript.

_Odette B. Fernández_
Signature of Deponent

I hereby certify that the individual representing himself/herself to be the above-named individual, appeared before me this _27_ day of _JANUARY_, 20_22_ and executed the above certificate in my presence. and acknowledged before me by means of ☐ physical presence, or ☒ FL. driver's license for identification.

_____

NOTARY PUBLIC IN AND FOR

Notary Public State of Florida
Jorge Otero
My Commission GG 235957
Expires 11/05/2022

County Name

MY COMMISSION EXPIRES: