# EXHIBIT "J"

| | |
|---|---|
| **From:** | Papkin, Matthew |
| **Sent:** | Thursday, January 27, 2022 7:31 PM |
| **To:** | Melvin White; William R. Boeringer; Brochin, Robert M.; Valenstein, Carl A.; Stern, Justin; Winter, Angela C.; Mitchell Issa; Herman, Brian A. |
| **Cc:** | David Horr; William B. Milliken; dbaron@bcr-dc.com; lcl@bcr-dc.com; fields@fieldslawpllc.com; MartinCunniff@fieldslawpllc.com; John Gaebe |
| **Subject:** | RE: DeFernandez v Seaboard Case No. 20-cv-25176-BLOOM |

Melvin,

Thank you for sending the below.

This also confirms that pursuant to our conversation this evening, the issue of Plaintiff seeking to continue the December 17, 2021 deposition is resolved and will not be heard before the Magistrate Judge tomorrow morning. In addition, Seaboard Marine does not agree to amend its motion to dismiss for lack of subject matter jurisdiction in light of the changes in the errata, as you suggested on the call this evening.

Thanks,
Matt

**Matthew Papkin**
**Morgan, Lewis & Bockius LLP**
600 Brickell Avenue, Suite 1600 | Miami, FL 33131-3075
Direct: +1.305.415.3392 | Main: +1.305.415.3000 | Fax: +1.305.415.3001 | Mobile: +1.954.817.2452
matthew.papkin@morganlewis.com | www.morganlewis.com
Assistant: Angela Winter | +1.305.415.3333 | angela.winter@morganlewis.com



---

**From:** Melvin White <mwhite@bcr-dc.com>
**Sent:** Thursday, January 27, 2022 6:24 PM
**To:** William R. Boeringer <wboeringer@admiral-law.com>; Brochin, Robert M. <bobby.brochin@morganlewis.com>; Papkin, Matthew <matthew.papkin@morganlewis.com>; Valenstein, Carl A. <carl.valenstein@morganlewis.com>; Stern, Justin <justin.stern@morganlewis.com>; Winter, Angela C. <angela.winter@morganlewis.com>; Mitchell Issa <missa@admiral-law.com>; Herman, Brian A. <brian.herman@morganlewis.com>
**Cc:** David Horr <dhorr@admiral-law.com>; William B. Milliken <wmilliken@admiral-law.com>; dbaron@bcr-dc.com; lcl@bcr-dc.com; fields@fieldslawpllc.com; MartinCunniff@fieldslawpllc.com; John Gaebe <johngaebe@gaebelaw.com>
**Subject:** DeFernandez v Seaboard Case No. 20-cv-25176-BLOOM

[EXTERNAL EMAIL]
Counsel,

Pursuant to Plaintiff's attached errata Sheet and notarized Certificate of Deponent served today, Plaintiff's December 17, 2021 deposition is concluded.

Plaintiff hereby withdraws the CONFIDENTIAL designation of the transcript of Plaintiff's December 17, 2021 deposition on the condition that the errata Sheet and notarized Certificate of Deponent must accompany the deposition transcript, whenever the transcript, or any portion thereof, is used.

```
--
Melvin White
Berliner Corcoran & Rowe LLP
(202) 375-6884 (office direct)
(202) 412-8149 (mobile)
```
https://www.bcr.us/white

---

**From:** Melvin White <mwhite@bcr-dc.com>
**Date:** Saturday, January 15, 2022 at 1:11 PM
**To:** "William R. Boeringer" <wboeringer@admiral-law.com>, "bobby.brochin@morganlewis.com" <bobby.brochin@morganlewis.com>, "matthew.papkin@morganlewis.com" <matthew.papkin@morganlewis.com>, "carl.valenstein@morganlewis.com" <carl.valenstein@morganlewis.com>, "Stern, Justin" <justin.stern@morganlewis.com>, "Winter, Angela C." <angela.winter@morganlewis.com>, Mitchell Issa <missa@admiral-law.com>, "Herman, Brian A." <brian.herman@morganlewis.com>
**Cc:** David Horr <dhorr@admiral-law.com>, "William B. Milliken" <wmilliken@admiral-law.com>, "dbaron@bcr-dc.com" <dbaron@bcr-dc.com>, "lcl@bcr-dc.com" <lcl@bcr-dc.com>, "fields@fieldslawpllc.com" <fields@fieldslawpllc.com>, "MartinCunniff@fieldslawpllc.com" <MartinCunniff@fieldslawpllc.com>, John Gaebe <johngaebe@gaebelaw.com>
**Subject:** Re: DeFernandez v Seaboard Case No. 20-cv-25176-BLOOM

Counsel,

Plaintiff hereby designates the deposition transcript and exhibits for her December 17, 2021 deposition CONFIDENTIAL pursuant to the Stipulated Confidentiality and Protective Order (Oct. 1, 2021) (ECF No. 74).

Best,

```
--
Melvin White
Berliner Corcoran & Rowe LLP
```
https://www.bcr.us/white
```
(202) 375-7884 (direct)//(202) 293-5555 (main)
(202) 412-8149 (mobile)//(202) 293-9035 (facsimile)
```