# EXHIBIT "K"

# BCR
## BERLINER CORCORAN & ROWE LLP

**Melvin White**
mwhite@bcr-dc.com
(202) 375-7884

February 8, 2022

*VIA* ELECTRONIC MAIL

Robert M. Brochin, Esq.
Morgan, Lewis & Bockius LLP
600 Brickell Avenue, Suite 1600
Miami, Florida 33131-3075

      Re:    *de Fernandez v. Seaboard Marine, Ltd.*, Case 1:20-cv-25176-BB (S.D. Fla.)
               Depositions

Dear Bobby:

      Further to our February 4th conferral and my February 5th email to you, Plaintiff's Amended Errata is enclosed. Defendant has suggested that Plaintiff's initial Errata served on January 27, 2022 was not timely. *See* Defendant's Expedited Motion for Extension of Dispositive Motion and Pre-Trial Stipulation Deadlines and Continuance of Trial Date [ECF No.110]. Defendant's suggestion is mistaken. Plaintiff's Errata was due "30 days after being notified by the officer that the transcript … [was] available[.]" *See* Fed. R. Civ. P. 30(e). On December 28, 2021, the court reporter notified Plaintiff's counsel that the transcript was available and provided a copy of the transcript.  Email from Trustpoint Production, to M. White (Dec. 28, 2021) (attached).

                             Sincerely,

                             Melvin White

Notice Date: 01/26/2022

Deposition Date: 12/17/2021

Deponent: Odette Blanco de Fernandez

Case Name: Odette Blanco de Fernandez v. Seaboard Marine, Ltd.

| Page: Line | Now Reads | Should Read | Reasons |
|---|---|---|---|
| 75:21 | My father bought it. | My father bought it for my brothers and me. | Clarifying testimony to be in line with my other testimony and the documents in the case. |
| 76:2 | Yes. | Yes. My father bought it for my brothers and me. | Clarifying testimony to be in line with my other testimony and the documents in the case. |
| 77:12 | Until it was confiscated. | My brothers and I owned the Ramona sugar mill when it was confiscated. | Clarifying testimony to be in line with my other testimony and the documents in the case. |
| 79:2 | Yes. Yes. | Yes. He purchased them for my brothers and me. | Clarifying testimony to be in line with my other testimony and the documents in the case. |

| | | | |
|---|---|---|---|
| 79:8-9 | 1949 or 1950 – no, 1950, because Giselle was born in 1950. | He purchased Central San Ramon for my brothers and I in 1949 or 1950 – no, 1950, because Giselle was born in 1950. | Clarifying testimony to be in line with my other testimony and the documents in the case. |
| 81:25 | I don't know. I don't recall. I don't think so. | I do not recall the names of all of the family businesses, but I do recall that I was an equal owner in the family's businesses with my four brothers. | Clarifying testimony to be in line with my other testimony and the documents in the case. |
| 84:9 | My Father. | My family. | Clarifying testimony to be in line with my other testimony and the documents in the case. |
| 84:12 | Yes. | My family owned it. | Clarifying testimony to be in line with my other testimony and the documents in the case. |
| 84:24 | My brothers, Alfredo, Florentino, Enrique, and Byron. | My brothers, Alfredo, Florentino, Enrique, Byron, and I owned San Ramon sugar mill when we fled Cuba. My understanding is that at the time we fled Cuba, my father did not own any of San Ramon sugar mill. | Clarifying testimony to be in line with my other testimony and the documents in the case. |
| 85:14 | No. I don't recall. | My understanding is that I owned 20 per cent. | Clarifying testimony to be in line with my other testimony and the documents in the case. |

| | | | |
|---|---|---|---|
| 85:18 | I don't know. | My understanding is that when we fled Cuba, my father didn't own any of San Ramon sugar mill. | Clarifying testimony to be in line with my other testimony and the documents in the case. |
| 85:21 | I don't know. | My understanding is that he also owned 20 per cent. | Clarifying testimony to be in line with my other testimony and the documents in the case. |
| 85:25 | I don't know. | My understanding is that Enrique and Byron also owned 20 per cent. | Clarifying testimony to be in line with my other testimony and the documents in the case. |
| 86:11 | Yes. | My father was head of the family but my understanding is that all of the family's businesses were owned 20% each by my brothers and me. | Clarifying testimony to be in line with my other testimony and the documents in the case. |
| 107:5 | Yes. | My family owned it. | Clarifying testimony to be in line with my other testimony and the documents in the case. |
| 125:10 | I have to answer you yes or no. No. | As I previously testified, I do not recall the names of all of the family businesses, but I do recall that I was an equal owner in the family businesses with my four brothers. | At this point in my deposition, I had been questioned for a really long time, I was exhausted and did not understand why I was being asked the same questions again when I already had told the lawyer that I remembered nothing about Maritima Mariel SA other than the name. So when |

|  |  |  |  |
|---|---|---|---|
|  |  |  | the lawyer asked me this question, I was under the mistaken belief that I had to answer yes or no and not say anything else. I am clarifying my testimony to be in line with my other testimony and the documents in the case. |
| 152:14 | Yes. | My understanding is that my family owned it. | At this point in my deposition, I had been questioned for a really long time, I was exhausted and did not understand why I was being asked the same questions time and time again. I was under the mistaken belief that I had to answer yes or no and not say anything else. I am clarifying my testimony to be in line with my other testimony and the documents in the case. |
| 153:3 | Uh-huh. | My understanding is that my family owned it. | At this point in my deposition, I had been questioned a really long time, I was exhausted and did not understand why I was being asked the same questions time and time again. I was under the mistaken |

| | | | |
|---|---|---|---|
| | | | belief that I had to answer yes or no. I am clarifying my testimony to be in line with my other testimony and the documents in the case. |
| 157:3 | Yes. | My understanding is that my family owned it. | At this point in my deposition, I had been questioned for a really long time, I was exhausted and did not understand why I was being asked the same questions again. I was under the mistaken belief that I had to answer yes or no. I am clarifying my testimony to be in line with my other testimony and the documents in the case. |
| 159:2 | Yes. | My brothers and me. | At this point in my deposition, I had been questioned for a really long time, I was exhausted and did not understand why I was being asked the same questions again. I was under the mistaken belief that I had to answer yes or no. I am clarifying my testimony to be in line with my other |

| | | | |
|---|---|---|---|
| | | | testimony and the documents in the case. |
| 160:4 | Yes, sir. | My brothers and I got the concession. Our father was the head of the family. | At this point in my deposition, I had been questioned for a really long time, I was exhausted and did not understand why I was being asked the same questions again. I was under the mistaken belief that I had to answer yes or no. I am clarifying my testimony to be in line with my other testimony and the documents in the case. |
| 177:6-7 | No, sir. Were I supposed to - before I sign, to read all of this? | No, I didn't review the document before I signed it. My niece, Emma Blanco, read the document to me in Spanish, then I signed it. | My answer - while factually correct - did not make clear that I signed it understanding what I was signing, because it had been read to me in Spanish, my preferred language. At this point in my deposition, I had been questioned for a really long time, I was exhausted and I did not explain why I had not read the document in English before I signed it. I am clarifying my testimony to explain why my answer was no. |

| | | | |
|---|---|---|---|
| 177:18 | No, I didn't. | No, I didn't read the document before I signed it. My niece, Emma Blanco, read the document to me in Spanish, then I signed it. | My answer – while factually correct – did not make clear that I signed it understanding what I was signing, because it had been read to me in Spanish, my preferred language. At this point in my deposition, I had been questioned for a really long time, I was exhausted and I did not explain why I had not read the document in English before I signed it. I am clarifying my testimony to explain why my answer was no. |

## CERTIFICATE OF DEPONENT

I hereby certify that I have read and examined the foregoing transcript, and the same is a true and accurate record of the testimony given by me. Any additions or corrections that I feel are necessary, I will attach on a separate sheet of paper to the original transcript.

*Odette B. Fernández*
Signature of Deponent

I hereby certify that the individual representing himself/herself to be the above-named individual, appeared before me this __7__ day of __February__, 20__22__ and executed the above certificate in my presence.

_____

NOTARY PUBLIC IN AND FOR

> Notary Public State of Florida
> Jorge Otero
> My Commission GG 235957
> Expires 11/05/2022

County Name

MY COMMISSION EXPIRES:

Monday, February 7, 2022 at 23:21:12 Eastern Standard Time

| | |
|---|---|
| **Subject:** | Odette Blanco Fernandez v. Seaboard Marine, Ltd. - Transcript for Odette Blanco de Fernandez (12/17/2021) |
| **Date:** | Tuesday, December 28, 2021 at 5:33:18 PM Eastern Standard Time |
| **From:** | Trustpoint Production |
| **To:** | Mwhite@bcr-dc.com, Dbaron@bcr-dc.com, Deppler@bcr-dc.com |
| **Attachments:** | 111431-CT.pdf, 111431.pdf, 111431.ptx, 111431.txt |

Thank you for counting on Trustpoint/Alderson Reporting to deliver accurate, on-time transcripts and summaries.

The transcript of the proceeding referenced below is now available and attached for your convenience.

Hard copies of the transcript and any exhibits can be provided upon request.

In addition, you may access the transcript and any exhibits/video via our secure repository using the hyperlink below. If you need a password, or cannot recall your password, please reply to this message or call 800.FOR.DEPO (367.3376) to have your account reset.

Your repository files for JobNo. 111431 on 12/17/2021 are available for download on RB Connect:

Download Link: https://aldersonreporting.reporterbase.com/Contact?ep=cGdtaWQ9Q0NfUlAwMCZmaWxlTm89OTg0MDM3LDk4NDA0NCw5ODQwMjcsOTg0MDM4

Here's a list of the available files:

| File Type | File Name | Size (KB) | Description |
|---|---|---|---|
| ASCII | 111431.txt | 273 | |
| PDF Transcript | 111431.pdf | 1,270 | |
| PDF Transcript | 111431-CT.pdf | 458 | |
| Transcript | 111431.ptx | 107 | |

Please contact us at Scheduling@Trustpoint.one or 800.367.3376 to register a new user.

This communication may be privileged or contain confidential and proprietary information. If you are not the intended addressee, this message has been sent to you in error, and you are therefore prohibited from relying upon, disclosing, distributing or copying the context of this email, including any and all attachments. If you have received this email in error, please delete and notify the sender via email immediately. Trustpoint.One® and Trustpoint International are not law firms and do not provide or offer legal advice, and no service performed or provided by

either Trustpoint shall be deemed to be legal advice or the practice of law.