UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-25176-BLOOM/Otazo-Reyes

ODETTE BLANCO DE FERNANDEZ *née*
BLANCO ROSELL,

    Plaintiff,

v.

SEABOARD MARINE, LTD.,

    Defendant.

_____/

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE FOR A
<u>REPORT AND RECOMMENDATIONS</u>**

**THIS CAUSE** is before the Court upon Defendant's Motion for Award of Costs, ECF No. [273] (the "Motion"). Plaintiff filed an Opposition, in which Plaintiff suggests that "the Court may prefer to stay Defendant's Motion pending the outcome of Plaintiff's appeal." ECF No. [276] at 1.

Plaintiff has not met its burden to show that a stay is appropriate. The existence of "novel issues on appeal" is an insufficient reason for the Court to stay Defendant's Motion. ECF No. [276] at 1. Plaintiff must additionally "show a substantial likelihood of success on the merits of its appeal[.]" *Levesque v. Gov. Employees Ins. Co.*, 15-cv-14005, 2021 WL 7540798, at * 1 (S.D. Fla. Aug. 31, 2021) (quotation marks omitted). Plaintiff has made no such showing. Local Rule 62.1 indicates that, absent extraordinary circumstances not shown to exist here, the proper time for Plaintiff to seek a stay is after the money judgment is rendered. S.D. Fla. L.R. 62.1.; *see also TYR Tactical, LLC v. Protective Prods. Enters., LLC*, 15-cv-61741, 2016 WL 10647252, at * 1 (S.D. Fla. Nov. 16, 2016) (noting the Court's "regular practice . . . not to stay matters collateral to a final judgment" (quotation marks omitted)).

Case No. 20-cv-25176-BLOOM/Otazo-Reyes

Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that Defendant's Motion for Award of Costs, ECF No. [273] (the "Motion"), is **REFERRED** to Magistrate Judge Alicia M. Otazo-Reyes for a Report and Recommendations.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 7, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record