UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-25176-BLOOM/Otazo-Reyes

ODETTE BLANCO DE FERNANDEZ *née*
BLANCO ROSELL,

    Plaintiff,
v.

SEABOARD MARINE, LTD.,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
<u>REPORT AND RECOMMENDATIONS</u>**

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Award of Costs, ECF No. [273], filed on September 19, 2022 ("Motion"). The Motion was previously referred to the Honorable Alicia M. Otazo-Reyes for a Report and Recommendations ("R&R"). *See* ECF No. [277]. On February 2, 2023, the Magistrate Judge issued a R&R recommending that the Motion be granted in part and denied in part. ECF No. [295]. The R&R states that the parties shall file any objections within fourteen days of the date of service of a copy of the R&R. *Id*. To date, neither party has filed objections.

Nevertheless, the Court has conducted a *de novo* review of the R&R, the record in this case, and is otherwise fully advised. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion must be granted in part and denied in part for the reasons set forth therein.

Case No. 20-cv-25176-BLOOM/Otazo-Reyes

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R, **ECF No. [295]**, is **ADOPTED**;

2. The Motion, **ECF No. [273]**, is **GRANTED IN PART AND DENIED IN PART**;

3. Defendant is awarded **$27,799.65** in taxable costs as the prevailing party in this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 21, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record